**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EAGLE SUSPENSIONS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action  No. 3:12-CV-00611-G |
| | § | |
| **HELLMANN WORLDWIDE** | § | **JURY** |
| **LOGISTICS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

**PLAINTIFF'S APPENDIX IN SUPPORT OF ITS
MOTION FOR ATTORNEYS' FEES AND COSTS**

---

TO HONORABLE UNITED STATES SENIOR DISTRICT JUDGE A. JOE FISH:

Plaintiff Eagle Suspensions, Inc. ("Eagle") files this Appendix in Support of Its Motion for Attorneys' Fees and Costs and incorporates the evidence presented in this Appendix into Its Motion for Attorneys' Fees and Costs as if fully set forth therein.

Respectfully submitted,

*/S/ W. CRAIG STOKLEY*

_____
**W. CRAIG STOKLEY**
State Bar No. 24051392
Email:  cstokley@palterlaw.com
**NATHANIAL L. MARTINEZ**
State Bar No. 24074661
Email: nmartinez@palterlaw.com

**PALTER STOKLEY SIMS WRIGHT, PLLC**
Preston Commons – East
8115 Preston Road, Suite 600
Dallas, TX 75225
Telephone:     (214) 888-3110
Facsimile:      (214) 888-3109

**ATTORNEYS FOR PLAINTIFF
EAGLE SUSPENSIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, I electronically filed the foregoing document via the MC/ECF electronic filing system and served all counsel of record pursuant to Local Rule 5.1(d) and Fed. R. Civ. P. 5(b)(2)(E).

*/S/ W. CRAIG STOKLEY*

_____
**W. CRAIG STOKLEY**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EAGLE SUSPENSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action  No. 3:12-CV-00611-G |
| | § | |
| HELLMANN WORLDWIDE | § | JURY |
| LOGISTICS, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S APPENDIX IN SUPPORT OF ITS
MOTION FOR ATTORNEYS' FEES AND COSTS**

| Tab / Exhibit | Appx. # | Description |
|---|---|---|
| Tab 1 | 1-18 | Declaration of W. Craig Stokley |
| Exhibit A | 19-21 | Firm Resume for W. Craig Stokley |
| Exhibit B | 22-100 | Attorney Fee Invoices from Riney Palter PLLC and Palter Stokley Sims Wright PLC |
| Exhibit C | 101-103 | Firm Resume of John T. Palter |
| Exhibit D | 104-105 | Firm Resume of Nathanial Martinez |
| Exhibit E | 106-107 | Firm Resume of Mahsa Soheil |
| Exhibit F | 108-163 | Summary of Costs with Supporting Documentation |
| Tab 2 | 164-168 | Declaration of John T. Palter |
| Tab 3 | 169-171 | Declaration of Nathanial Martinez |
| Tab 4 | 172-175 | Declaration of Everett Zeller |

# TAB 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **EAGLE SUSPENSIONS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action  No. 3:12-CV-00611-G** |
| | § | |
| **HELLMANN WORLDWIDE** | § | **JURY** |
| **LOGISTICS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

## DECLARATION OF W. CRAIG STOKLEY

---

1.　　My name is W. Craig Stokley.  I am over the age of 21, am of sound mind, and suffer from no legal or mental disabilities.  I have never been convicted of a felony or of a crime involving moral turpitude.  I am fully competent to testify on the facts stated herein, which are within my personal knowledge, and are true and correct.  I submit this declaration in support of Plaintiff Eagle Suspensions, Inc.'s ("Eagle") Motion for Attorneys' Fees ("Motion").

2.　　I am a member of Palter Stokley Sims Wright, PLLC ("PSSW"), attorneys for Plaintiff Eagle in this matter.  I am the lead attorney of record for Eagle in the above-styled lawsuit.

3.　　I have practiced litigation in Dallas, Texas, since 2006.  Prior to that time, I spent one year as a law clerk to the United States District Judge A. Joe Fish in Dallas, Texas.  I received a J.D. from Georgetown University Law Center and was admitted to the State Bar of Texas in 2005.  I am admitted to practice before the United States District Court for the Northern, Southern, Eastern, and Western Districts of Texas as well as the Supreme Court of the United States of America.  Since 2006, my practice has almost exclusively been business

**DECLARATION OF W. CRAIG STOKLEY – PAGE 1**

litigation. I have represented a variety of clients in numerous lawsuits in both state and federal courts. Generally speaking, I spend an equal amount of time in state and federal court and on both sides of the docket. I have litigated matters pending in Texas as well as other states. I have represented companies or individuals located in various parts of the United States. I have represented all types of business entities, ranging from Fortune 500 corporations to individual entrepreneurs and professionals. I have litigated matters in federal court involving contract disputes, the Federal False Claims Act, class actions, intentional torts, and intellectual property. I have litigated cases with millions of dollars in dispute all the way down to routine contract disputes involving thousands of dollars. For the last three years, I have served as Court-Appointed Mediator for cases pending before Judge Fish. My firm resume is attached hereto and incorporated by reference herein as **Exhibit A**.

4. In or about the summer of 2011, a law firm I was previously associated with, Riney Palter, PLLC ("Riney Palter"), was retained by Eagle to represent Eagle in connection with lost shipment of two large industrial presses in Mexico. At that point, Eagle was not a preexisting client of Riney Palter. Eagle was seeking legal advice on how to recover the shipment, because the efforts with the shipping company, Hellmann, were proving unfruitful. I assisted Eagle with a pre-suit investigation of its claims. As part of that investigation, I deposed Hellmann's Corporate Representative, David Kang. Based on Mr. Kang's testimony and our investigation, I was ultimately retained by Eagle to file a lawsuit against Hellmann for losing the shipment. It should be noted that the engagement was based on fixed, standard hourly rates, and payment was not contingent on the outcome of the case.

5. In late December 2012, as this case was gearing up for trial, I left Riney Palter to form a new law firm, PSSW. With Eagle's written approval, PSSW took over the engagement

DECLARATION OF W. CRAIG STOKLEY – PAGE 2

P's Appx. 3

with Eagle and Eagle's files were also transferred to PSSW.

6.      In 2012, I was at full capacity and unable to take on any additional work. By way of example, in addition to the work on this case, I billed in excess of 2500 hours for my clients in 2012. Therefore, preparation and trial of Eagle's claims against Hellmann limited the ability of the attorneys practicing at PSSW to accept new cases, particularly as this case became more time consuming.

7.      Attorneys and legal professionals at Riney Palter and PSSW kept contemporaneous records of the professional time spent representing Eagle in this matter and recorded that time in one tenth of an hour increments. Riney Palter and PSSW then regularly billed Eagle at the law firms' standard hourly rates for the legal services rendered, and also billed Eagle for the expenses incurred. True and correct copies of the fee statements reflecting the time spent by Riney Palter and/or PSSW and expenses incurred by each law firm on Eagle's behalf through April 11, 2013 are attached hereto and incorporated by reference herein as **Exhibit B**. These fee statements have been redacted where appropriate to protect the attorney-client privilege. I am a custodian of record for PSSW and have reviewed the records contained in **Exhibit B**, which comprise business records of PSSW, as they: (1) were made at or near the time of the acts, events, conditions and opinions therein occurred; (2) were made by, or from information transmitted by, a person with knowledge of the events or conditions recorded; (3) were kept in the regular course of PSSW's business; and (4) it was in the regular course of PSSW's business to make those records.

8.      As indicated in the fee statements, through April 11, 2013, I worked approximately 579.7 hours on this matter for a total amount of $144,925, with the amount actually billed to Eagle of $130,075. This amount comprises 520.3 hours of my time at an

hourly rate of $250.  My time comprises the majority of the time incurred in this case, as I am lead counsel for Eagle in this matter and have been responsible for all decisions made on Eagle's behalf in connection with prosecuting Eagle's claims against Hellmann, from pre-litigation investigation through trial.  In this regard, I (1) took or defended seven depositions in this case; (2) oversaw all decisions concerning this case; (3) review, drafted, and/or revised all papers filed with the Court; (4) frequently communicated with Eagle representatives; and (5) was lead counsel at trial.  I review and edited all Riney Palter and PSSW fee statements in this matter before they were billed to Eagle.  In doing so, and in exercising my judgment, I wrote down/off certain portions of my time to account for interoffice conferences, duplication of attorney time, or when certain matters took significantly longer than initially anticipated.

9.      In addition, the following attorneys at Riney Palter and PSSW have worked on this matter since May 31, 2011, in the following capacities and at the hourly rates and amounts as set for the in **Exhibit B**:

      **a.  John T. Palter**

Mr. Palter was a founding member of Riney Palter, and is also a founding member of PSSW.  Mr. Palter's firm resume is attached hereto as incorporated by reference herein as **Exhibit C**.  As set forth therein, Mr. Palter has more than twenty years of experience advocating the interests of individual, emerging growth, and institutional clients in complex commercial, employment and intellectual property disputes.  Mr. Palter has served as lead and local counsel in numerous jury and bench trials and arbitrations in cases involving securities, accounting, intellectual property, copyright and trademark infringement, trade secrets, non-compete agreements, employment, insurance coverage, oil and gas, dissenter's rights, deceptive trade practices, quasi-torts, and pre- and post-judgment collections.  Mr. Palter graduated from Drake

University School of Law in 1985 and is admitted to practice in the State of Texas, State of New Mexico, United States Supreme Court, United States Court of Appeals for the Second Circuit, Fifth Circuit, and Federal Circuit, as well as the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.  As reflected in the attached fee statements, through April 11, 2013, Mr. Palter has spent approximately 11.2 hours on this matter for a total amount billed to Eagle of $3,701.  For this case, Mr. Palter's hourly rate ranged from $375 to $395.  The nature of Mr. Palter's representation focused mainly on the high-level strategy involved in taking this case to trial.  It is my opinion that Mr. Palter's strategic advice was important to the successful outcome of this matter.

### b.  Nathanial L. Martinez

Mr. Martinez is an associate at PSSW.  Mr. Martinez's firm resume is attached hereto and incorporated by reference herein as **Exhibit D**.  As set forth therein, Mr. Martinez (1) earned his bachelor's degree in government, with a minor in philosophy from the University of Texas at Austin in 2006, and his law degree from the J. Reuben Clark Law School at Brigham Young University in 2010; (2) was a member of the *BYU Law Review* and Moot Court Board of Advocates; (3) was admitted to the State Bar of Texas in 2010; and (4) primarily practices business law.  As reflected in the attached fee statements, through April 11, 2013, Mr. Martinez has spent approximately 427.5 hours on this matter for a total of $96,187.50.  Mr. Martinez's hourly rate on this case was $225.  $81,405 comprising 361.8 hours of Mr. Martinez's time was actually charged to Eagle, so that any duplication, training time, and/or interoffice conference time was not charged if it was not appropriately charged.  Mr. Martinez's representation began in September 2012, when he was hired by Riney Palter, and continued through trial with PSSW.  It is my opinion that Mr. Martinez's legal research and analysis, as well as his active participation

at trial was particularly important to the successful outcome of this matter.

### c.   Mahsa Soheil

Ms. Soheil was an associate at Riney Palter until the fall of 2012, when she left and subsequently began working for a different firm in Dallas, Texas. I understand that Ms. Soheil currently works for the law firm Dentons and Ms. Soheil's firm resume from Dentons' website is attached hereto and incorporated by reference herein as **Exhibit E**. As set forth therein, Ms. Soheil (1) earned her bachelor of science, *summa cum laude*, in finance from the University of Miami in 2006, and she graduated from Tulane University Law School in 2011; (2) was Managing Editor of the *Tulane Maritime Law Journal*; and (3) was admitted to the State Bar of Texas in 2011. As reflected in the attached fee statements, through April 11, 2013, Ms. Soheil spent approximately 70.2 hours on this matter for a total of $12,285. Ms. Soheil's hourly rate charged on this case was $175. Only $3,272.50 comprising 18.7 hours of Ms. Soheil's time was actually charged to Eagle, so that any duplication or training time due to her level of experience was not charged. It is my opinion that the research and drafting by Ms. Soheil that was billed to the client was important to the successful outcome of this matter.

### d.   Theodore J. Riney and Bruce Packard

Mr. Riney and Mr. Packard are licensed attorneys in the State of Texas and each have more than 20 years of legal experience. From time to time in this case, Mr. Riney and/or Mr. Packard were consulted for strategic advice related to Eagle's prosecution of this case. As reflected in the fee statements, through April 11, 2013, Mr. Riney spent less than one hour on this case for a value of $150. Mr. Riney's hourly rate charged on this case was $375. As reflected in the fee statements, through April 11, 2013, Mr. Packard spent less than two hours on this case for a value of $675. Mr. Packard's hourly rate charged on this case was $375. It is my

opinion that Mr. Riney and Mr. Packard's strategic advice on those matters was important to the successful outcome of this matter.

10.     Paralegal time on this case consisted of approximately 154.6 hours for a value of $23,197.50, for which only 141.2 hours or $21,187.50 was actually billed to Eagle.  The legal paralegal hourly rates charged in this case were $150-$175, which are usual and customary and consistent with the market rates in Dallas County, Texas.  This time was primarily incurred investigating Hellmann's corporate structure and in assisting with the preparation of exhibits to be used during depositions and at trial as well as the trial presentation of exhibits.  These paralegals worked under my direct supervision on this matter.  These paralegals are qualified to work on this case based on their education, training, knowledge, and experience.  It is my opinion that the fees incurred by Riney Palter/PSSW paralegals are reasonable and necessary.

11.     As lead counsel, I am responsible for staffing this case.  The attorneys and paralegals mentioned herein who worked on the case were brought in to work on the case for specific reasons as evidence in the fee statements to Eagle and as set forth therein.  *See* **Exhibit B**.  Mr. Packard, Mr. Riney, and Mr. Palter were involved in high level advisory roles in this matter.  Ms. Soheil was only involved in the legal research and analysis, as well as some drafting of discovery requests, pursuant to her level of experience.  When Mr. Martinez was hired in September 2012, he was given a lot of responsibility in the case and helped take the case to a successful jury verdict.  Where appropriate, attorney time was written down prior to being charged to Eagle to reflect my billing judgment as discussed herein.  In sum, it is my opinion that Eagle properly staffed this case.

12.     Through April 11, 2013, the total value of attorneys' time (including paralegal time) spent on behalf of Eagle in this matter is $281,828, comprising approximately 1245.4

hours.    Of  that  amount,  PSSW/Riney  Palter  has  billed  Eagle  $240,466,  comprising approximately 1053.6 hours as set forth below:

| Attorney | Hourly Rates | Hours Worked | Value of Services | Hours Charged | Amounts Charged |
|---|---|---|---|---|---|
| W. Craig Stokley | $250 | 579.7 | $144,925.00 | 520.3 | $130,075.00 |
| John T. Palter | $375-$395 | 11.2 | $4,408.00 | 9.4 | $3,701.00 |
| Nathanial L. Martinez | $225 | 427.5 | $96,187.50 | 361.8 | $81,405.00 |
| Mahsa Soheil | $175 | 70.2 | $12,285.00 | 18.7 | $3,272.50 |
| Alex Gamino | $150 | 154.3 | $23,145.00 | 140.9 | $21,135.00 |
| Theodore J. Riney | $375 | .4 | $150.00 | .4 | $150.00 |
| Bruce K. Packard | $375 | 1.8 | $675.00 | 1.8 | $675.00 |
| Stormy Young | $175 | .3 | $52.50 | .3 | $52.50 |
| Totals | | 1245.4 | $281,828.00 | 1053.6 | $240,466.00 |

Eagle  seeks  to  recover  from  Hellmann  the  $240,466  which  Eagle  has  been  billed,  plus  the additional amounts discussed below in connection with the preparation of Eagle's attorneys' fees motion  (and  any  conditional  appellate  fees).    It  is  my  expert  opinion  that  the  $240,466  in attorneys' fees incurred by Eagle's counsel and billed to Eagle as of April 11, 2013 are usual and customary.  It is also my opinion that these fees were reasonable and necessary for the successful prosecution of Eagle's breach of contract, breach of fiduciary duties, and federal common law non-delivery claims against Hellmann.  As set forth in the fee statements in Exhibit B, this time includes, but is not limited to, time for:

      a.  research and analysis of the factual and legal background of Eagle's claims against Hellmann;

      b.  research and analysis regarding potential remedies available to Eagle;

      c.  research and analysis regarding potential counterclaims and defenses available to Hellmann;

P's Appx.  9

d.  consulting with clients to discuss the course of action and potential remedies available;

e.  preparing and sending demand letters and other correspondence to Hellmann on behalf of Eagle;

f.  preparing and serving Eagle's original petition and amended complaint;

g.  reviewing Hellmann's answer;

h.  multiple communications, both oral and written, with clients;

i.  multiple communications, both oral and written, with attorneys representing Hellmann;

j.  preparing written discovery requests to Hellmann;

k.  reviewing documents produced by Hellmann;

l.  reviewing Hellmann's written discovery responses;

m.  preparing Eagle's disclosures and reviewing Hellmann's disclosures;

n.  reviewing Orders from the Court;

o.  scheduling party and non-party depositions and mediation;

p.  preparing for depositions;

q.  analysis of and then preparing and filing Eagle's motion for summary judgment, brief in support, and appendix in support;

r.  conferring with clients regarding their depositions;

s.  representing clients in their depositions;

t.  responding to Hellmann's document requests;

u.  reviewing and analyzing document produced by Norman G. Jensen;

v.  traveling to and from Laredo, Texas for the deposition of Jose D. Martinez, an

employee of Norman G. Jensen.;

w.  reviewing Hellmann's motion for continuance and motion to extend discovery deadlines;

x.  reviewing Hellmann's motion for summary judgment, brief in support, and appendix in support;

y.  preparing and filing a response to Hellmann's motion for summary judgment and motion to strike Hellmann's summary judgment evidence;

z.  reviewing Hellmann's response to Eagle's motion for summary judgment;

aa. communications with the mediator, preparing for mediation, and then attending mediation;

bb. reviewing transcripts of the multiple depositions taken in this case;

cc. preparing and then filing Eagle's reply in support of its motion for summary judgment;

dd. reviewing and redacting attorneys' fees statements in order to produce to Hellmann;

ee. updating Eagle's disclosures;

ff. preparing pretrial disclosures;

gg. reviewing Hellmann's reply in support of its motion for summary judgment;

hh. preparing and filing a response to Hellmann's untimely reply brief and new arguments therein;

ii.  reviewing Hellmann's pretrial disclosures;

jj.  preparing for the Court-ordered settlement conference;

kk. reviewing emails and correspondent regarding Court-ordered settlement

conference;

ll.   reviewing the Court's Order on the parties' motion for summary judgment;

mm.   preparing for trial, including but not limited to:

1)   identifying and then organizing exhibits to be used at trial;

2)   reviewing deposition transcripts in order to identify portions to use during examination of witnesses not present at trial and portion to use for impeachment of live witnesses;

3)   identifying and developing demonstrative evidence to use at trial;

4)   working on presentation of videotapes depositions and exhibits in electronic format;

5)   preparing witnesses to present at trial, including annotated outlines of those witnesses' testimony;

6)   preparing cross examination outlines for hostile witnesses;

7)   reviewing the Court's Orders concerning trial;

8)   preparing all of the pretrial papers, including exhibit list, witness list, deposition designations, proposed findings of fact and conclusions of law, and Joint Pretrial Order;

9)   meeting and conferring with counsel for Hellmann on the pretrial materials;

10)   reviewing Hellmann's pretrial materials, including its numerous trial briefs, to which Eagle filed an omnibus response;

11)   attending the pretrial conference;

12)   shortening Eagle's trial presentation to comply with the time limits ordered by the Court at the pretrial conference; and

13)   preparing opening and closing arguments.

nn. participating in a three day jury trial before the Court;

oo. analyzing the jury's verdict following trial; and

pp. analyzing certain post-trial matters.

13.   Furthermore, since April 11, 2013, Eagle has incurred additional attorneys' fees in

connection with the preparation of Eagle's motion for attorneys' fees. Before incurring these additional attorney fees, I conferred with counsel for Hellmann in an attempt to reach agreement on the attorney fee amounts in this case. Hellmann was not agreeable to the relief requested. Furthermore, I offered to recommend a modest reduction in the total amount owed in exchange for an agreed upon payment date. Again, Hellmann was not agreeable to this proposal. As a result, Eagle was forced to incur additional fees preparing and submitting this motion for attorneys' fees.

14.     I have reviewed and evaluated the current time incurred by attorneys at PSSW in connection with the preparation of Eagle's Motion from April 11, 2013 through the date of this declaration. A bill, which reflects such charges, will be sent to Eagle. Such time was all incurred under my direction as necessary to prepare the motion and supporting documentation. Attorneys at the firm, including me ($250) and Mr. Martinez ($225), as well as a firm paralegal ($150) have spent not less than a total of 67.8 hours at the foregoing hourly rates at a total cost of not less than $15,168 in conducting research for the Motion, drafting the Motion, and preparing and coordinating the evidence to support the Motion. It is my opinion that these fees are usual and customary. It is also my opinion that these attorneys' fees are reasonable and necessary to the preparation of this motion and should be recovered by Eagle herein, especially considering that Hellmann had the opportunity to avoid any of these fees.

15.     In considering the reasonableness and necessity of Eagle's fee request in this case, it is important to note that after trial the jury found in favor of Eagle on all of its claims, and awarded Eagle damages based on the theories it advanced (i.e., replacement costs and loss of use). Specifically, the amount awarded pursuant to the Jury's Verdict and this Court's Final Judgment far exceeded the damages that Eagle initially sought from Hellman (*i.e.*, the cost for

the lost cargo). Accordingly, Hellmann could have easily avoided all of the attorneys' fees sought by Eagle if Hellmann had simply paid the amount at the outset of this case. In addition, Eagle set out its case in its summary judgment briefing which was filed well in advance of trial and before thousands of additional dollars in attorneys' fees had been incurred. But, rather than resolving the case at that time, Hellmann pressed forward with expensive discovery and another round of summary judgment briefing. All of this added to the attorneys' fees Eagle had to incur in attempting to get this matter finally resolved. While Hellmann had the right to defend itself if it chose to do so, it has been the defensive hurdles by Hellmann in this case which have caused Eagle's attorneys' fees. Indeed, although Eagle's theory of the case never changed from the time it filed suit, Hellmann's litigation strategy forced Eagle to incur substantial attorneys' fees that approached the amount of the Court's Judgment and eclipsed the damages Eagle originally sought from Hellmann. At each step of the way, Eagle attempted to bring this matter to conclusion as expeditiously as possible, *e.g.*, through (1) its demand letter on June 15, 2011, (2) filing a straight-forward lawsuit on February 29, 2012, (3) filing a comprehensive summary judgment motion on its entire case in compliance with the Court's dispositive motion deadline and well in advance of trial, (4) never seeking a continuance of the trial date, (5) opposing Hellmann's motion for continuance, and (6) requesting the earliest available trial date allowed by the Court at the pretrial conference on February 8, 2013 (with the trial commencing the following Monday).

16.     From the outset, it appears that Hellmann's strategy was to delay the litigation and confuse the issues before the Court through its inconsistent legal theories and defenses. For example, after this lawsuit was filed on February 29, 2012, Hellmann sought no discovery from Eagle at all for *almost seven months* – the only discovery it sought was one third-party

deposition. Finally, with just over 30 days remaining in the discovery period, Hellmann served its first discovery requests on Eagle by serving a litany of interrogatories, requests for admission, requests for production, and three deposition notices to occur the last three days of discovery. Then, in an apparent attempt to circumvent the Court's scheduling order, Hellmann moved for an extension of the discovery deadline and continuance of the case.

17.     Further, Hellmann filed its own unsuccessful summary judgment briefing in an effort to avoid Eagle's claims. All of this added to the attorneys' fees Eagle had to incur to bring this matter to judgment. To make matters worse, the legal theories presented in Hellmann's initial motion for summary judgment morphed into new, untimely affirmative defenses by the reply briefing. For example, Hellmann raised *for the first time* during its reply briefing (which was filed 9 days late) completely new and unpled defenses, thus prompting Eagle to incur additional legal fees to seek leave to file a sur-reply brief and respond to Hellmann's untimely reply brief. Ultimately, the court was not persuaded by Hellmann's legal maneuvering. While Hellmann had the right to defend itself if it chose to do so, it was the defensive hurdles manufactured by Hellmann which have caused many of the attorney's fees incurred by Eagle. Hellmann's litigation strategy forced Eagle to go all the way through a costly trial in order to recover the damages Eagle had suffered and demanded for in advance of litigation. Therefore, in light of the circumstances created by Hellmann, I believe the attorneys' fees sought by Eagle were and are reasonable and necessary.

18.     I am familiar with hourly rates charged by attorneys in Dallas County for business litigation matters in both state and federal court, including matters similar to this case, as well as for general business matters. I am familiar with these types of hourly rates of first year associates up to senior partners at various law firms, as well as paralegals, including those in

Dallas County.  It is my opinion that the hourly rates charged to Eagle in this lawsuit are usual and customary rates in Dallas County for similar work.  Thus, it is my opinion that the rates are reasonable.

19.     In addition to attorneys' fees, Eagle has also incurred recoverable costs.  True and correct copies of the supporting documentation for Eagle's recoverable costs are attached hereto and incorporated by reference herein as **Exhibit F**.  A chart summarizing these costs is set forth below:

| Taxable Expenses: | Amount: |
|---|---|
| Filing Fees | $607.00 |
| Process Service | $2,449.46 |
| Court Reporters | $3,401.56 |
| Copy Service | $640.65 |
| Delivery Service | $192.94 |
| Federal Express | $65.82 |
| Secretary of State | $6.00 |
| Travel Expenses | $858.42 |
| Trial Supplies | $221.66 |
| **TOTAL TAXABLE COSTS** | **$8,443.51** |

20.     Accordingly, through the date of this declaration, Eagle seeks to recover from Hellmann in this case total attorneys' fees in the amount of $255,634 and total recoverable costs in the amount of $8,443.51.  It is my opinion that these attorneys' fees and costs are usual and customary.  It is also my opinion that these attorneys' fees and costs are reasonable and

**DECLARATION OF W. CRAIG STOKLEY – PAGE 15**

P's Appx.  16

necessary in this case.  In the event Hellmann challenges this fee request by submitting a response which necessitates additional briefing and/or discovery, Eagle would request that the Court grant Eagle leave to submit an additional fee application.

21.     In forming my opinions herein, I have considered the type of litigation involved along with the parties and counsel involved, and have evaluated the following factors, among others:  (1) the time and labor required; (2) the novelty and difficulty of the issues presented; (3) the skill required to perform the services properly; (4) the loss of other employment in taking the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) the time limits imposed by the client or the circumstances; (8) the amount of money involved in the litigation and the result obtained; (9) the attorneys' experience, reputation, and abilities; (10) the undesirability of the case; (11) the nature and length of the attorneys' professional relationship with the client; and (12) fee awards in similar cases.

22.     As set forth herein, I base my opinions on my education, training, and experience as a trial attorney practicing law in Dallas County, the Texas Disciplinary Rules of Professional Conduct, and the appropriate standards governing the recovery of attorneys' fees, and a review of the attorney's fee statements and accounting documents produced by PSSW in connection with this Motion.  As set forth herein, my opinions are also based on my knowledge of this case as lead counsel for Eagle from pre-litigation stage through trial.

23.     I have also estimated conditional awards for cost of appeal:

    a.  For all post-trial motions, perfecting appeal, docketing, obtaining the record, motion practice in the Fifth Circuit, appellate briefs, oral argument in the Fifth Circuit, and any post-judgment briefs, estimated attorney's fees of $75,000.

    b.  For any response to a petition for writ of certiorari before the United States Supreme Court, estimated attorney's fees of $25,000.

    c.  For any briefs on the merits, oral argument, and post-argument briefing before the United States Supreme Court, estimated attorney's fees of $75,000.

**DECLARATION OF W. CRAIG STOKLEY – PAGE 16**

**P's Appx.  17**

I arrived at these estimates by relying on my knowledge and experiences set forth herein and the opinions of my colleagues, Mr. Palter and Mr. Martinez.  It is my opinion that these fees are an accurate estimate of the usual and customary attorneys' fees that would be incurred at each state of the appellate briefing in this case.  It also my opinion that these fees would be reasonable and necessary to Eagle's case, if an appeal were to take place.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 24, 2013.

W. CRAIG STOKLEY

# EXHIBIT A



Preston Commons East
8115 Preston Road, Suite 600
Dallas, TX 75225
Main Line: (214) 888-3110

HOME     FIRM PROFILE     AREAS OF PRACTICE     ATTORNEYS     IN THE NEWS     CONTACT US

# W. Craig Stokley, Esq.



Craig Stokley is a business litigation attorney who prides himself in bringing value to his clients and solving their hard problems. He has experience working on a wide variety of disputes. Craig's diverse trial practice includes complex commercial disputes and trials relating to contract claims, real estate transactions, Federal whistleblower actions, health care related disputes, business tort claims, employment matters, shareholder oppression and corporate membership disputes, trade secrets, intellectual property litigation, consumer debt defense, construction litigation, adversary proceedings in bankruptcy court, DTPA litigation, toxic tort litigation, white collar criminal defense, professional malpractice litigation, pro bono work, and just about any business-relationship-gone-wrong situation.

Craig has achieved favorable results for his clients litigating in state and federal court, arbitration panels, and using administrative proceedings/remedies. Craig attributes his successes to working harder than the opposition, and taking a hands on get-to-know-the-clients'-business approach to representing his clients.

Before forming Palter Stokley Sims Wright PLLC, Craig began his legal practice with Baker Botts' trial section in Dallas, Texas. In 2009, Craig joined Riney Palter, a Dallas-based litigation boutique, where he handled a wide variety of cases ranging from multi-million dollar disputes to cases with just a few thousand dollars at issue. In 2010, 2011, and 2012, Craig was named a "Rising Star" by Texas Monthly / Law and Politics Magazine.

Before entering private practice, Craig served as a law clerk to the Honorable Chief Judge A. Joe Fish of the United States District Court for the Northern District of Texas, Dallas Division. In that capacity, Craig drafted opinions on motions for summary judgment, findings of fact, and conclusions of law from bench trials, motions to dismiss, motions to transfer, and other motions filed in federal court. He also worked closely with the federal sentencing guidelines and made recommendations to Judge Fish regarding appropriate sentences for convicted criminal defendants. While serving as law clerk, Craig was responsible for advising Judge Fish on issues relating to the U.S.A. v. Holy Land Foundation for Relief and Development case. This additional responsibility required him to undergo a top-secret background clearance check from the Federal Bureau of Investigation.

For the last three years, Craig has served as Court-Appointed Mediator for cases pending before Judge Fish. Craig has been successful in resolving most of the cases in which he has been appointed. As a mediator, Craig is committed to sticking with the a case even if the initial attempt at mediation is unsuccessful, and spending the extra time needed to understand the legal issues involved in the case before the parties sit down to mediate. In 2011, Judge Fish appointed Craig to mediate the U.S. Bank v. Verizon, et al. case which had in excess of $9 billion in dispute.

While in law school, Craig served as a judicial intern to the Honorable David Hittner and the Honorable Sim Lake.

Prior to attending law school, Craig worked as a chemical engineer and contracts manager for Fluor Corporation, a large engineering, procurement, and construction company. In that capacity, he designed and tested combined-cycle power plants that were constructed all over the United States. He was also responsible for awarding and administering large subcontracts for construction of large combined-cycle power plants. These subcontracts included, among others: heavy lifting, electrical, control systems, water cooling systems, and construction of a heat recovery steam generator. Craig also assisted with a companywide organizational change initiative, during which he worked at the company's offices in Manila; Jakarta; Shanghai; Houston, Texas; Aliso Viejo, California; and Greenville, South Carolina.

**Direct:** (214) 888-3112
**Mobile:** (972) 951-8521
**Fax:** (214) 888-3109
**Email:** cstokley@palterlaw.com
**Vcard:**

**Judicial Clerkship:**
Law Clerk to the Honorable Chief Judge A. Joe Fish. Northern District of Texas, Dallas Division (2005-2006)

**Education:**
J.D. (cum laude), Georgetown University Law Center. 2005
B.S., chemical engineering, Texas Tech University. 1999

**Admitted to Practice:**
State Bar of Texas;
U.S. Supreme Court;
U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

**Professional Affiliations:**
Dallas Bar Association
Dallas Association of Young Lawyers

**P's Appx. 20**

## SELECTED CLIENT REPRESENTATIONS

• Secured a complete dismissal in an out-of-state patent infringement case.
• Obtained confidential settlement for client in a dispute related to a large real estate transaction.
• Obtained numerous dismissals in state court for consumer debt defense clients.
• Prevailed in probate court at trial phase on guardianship matters as well as complex guardianship and probate issues.
• Secured a favorable defense result for client who was accused of trademark infringement in federal court.
• Won multi-million dollar arbitration award for client in a dispute over a breach of contract.
• Successfully defended large accounting firm against claims for fraud and malpractice in state court.
• Obtained a favorable result for a regional bank in a patent infringement case before Judge Folsom in the United States District Court for the Eastern District of Texas. This representation included working with a large joint defense group to coordinate defenses for numerous national and regional banks.
• Successfully prosecuted shareholder oppression claims in Texas state court.
• Obtained a favorable result in an adversary proceeding in bankruptcy court for a large copper mining and smelting company who asserted a constructive fraudulent transfer claim arising from the sale of a large copper mining property.
• Represented client in a full jury trial before Judge Solis on breach of contract and trade secret misappropriation claim winning summary judgment before trial on the breach of contract claim.
• Defended a large telecommunications company in a patent infringement case before Judge Folsom in the United States District Court for the Eastern District of Texas. This representation successfully challenged the courts jurisdiction over the clients' parent company.

RECENT NEWS

2/9/2013 - Craig Stokley successfully facilitates settlement in contentious sexual harassment suit by former Dallas municipal court judge against City of Dallas....[read more...]

▲return to top of page

Preston Commons East, 8115 Preston Road, Suite 600, Dallas, TX 75225
Main Line: (214) 888-3110 Fax: (214) 888-3109
©2013 Palter Stokley Sims Wright PLLC. All rights reserved

Google+

P's Appx.  21

# EXHIBIT B



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:   6/15/2011
Invoice No:   016820

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 5/31/2011 | WCS | Confer with John Crow Miller regarding Eagle Suspension and possible opportunity with this client. Send correspondence in response to Everett Zeller. | 0.00 | $250.00 | No Charge |
| | | | 0.50 | | No Charge |
| 6/02/2011 | WCS | Attention to initial matter set up. Send engagement letter. Review email correspondence and other documents relating to Hellmann's. Research issues with customs cases and appropriate strategy for client to obtain desired result at least cost. Confer with client regarding same. | 0.80 | $250.00 | $200.00 |
| | | | 2.00 | | No Charge |
| 6/03/2011 | BKP | Discussion with W. Craig Stokley concerning damages for goods seized at border. | 0.40 | $375.00 | $150.00 |
| 6/03/2011 | WCS | Draft and send summary of recommended next steps to client. Identify Laredo attorneys who litigate customs issues regularly. | 1.20 | $250.00 | $300.00 |
| 6/07/2011 | WCS | Confer with Everett regarding recommended next steps. Work to identify customs broker with proper knowledge to get shipment across the border. | 1.00 | $250.00 | $250.00 |
| 6/10/2011 | WCS | Reach out to Laredo counsel to identify the most capable Mexican customs broker to locate the presses. | 1.40 | $250.00 | $350.00 |
| | | | 0.80 | | No Charge |

P's Appx.  23

**Riney, Palter PLLC**
**Everett Zeller**

| 6/14/2011 | WCS | Confer with Baldamer Garcia and Adolpo Campero regarding customs broker.  Obtain quote from Campero. | 0.80 | $250.00 | $200.00 |
| 6/15/2011 | WCS | Confer with client regarding customs broker, draft and send correspondence to Hellmann's regarding same. | 1.00 | $250.00 | $250.00 |
| | | | 0.80 | | No Charge |
| | | | | Total Fees | $1,700.00 |

| Total New Charges | | | $1,700.00 |
| Previous Balance | | | $0.00 |
| Balance Due | | | $1,700.00 |

P's Appx.  24



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

## VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 7/14/2011 |
| Invoice No: | 017142 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 6/17/2011 | WCS | Attention to correspondence from David Kang. | 0.20 | $250.00 | $50.00 |
| 6/20/2011 | WCS | Confer with counsel for Hellmann's, send update to client regarding same. | 0.50 | $250.00 | $125.00 |
| 6/21/2011 | WCS | Review correspondence from David Kang and correspondence from Hellmann's counsel. | 0.50 | $250.00 | $125.00 |
| 6/22/2011 | WCS | Attention to inquiry from Hellmann's counsel. Prepare authorization for opposing counsel, send same to client for execution. | 0.80 | $250.00 | $200.00 |
| 6/23/2011 | WCS | Correspond with counsel for Hellmann's to obtain documentation requested from them. | 0.50 | $250.00 | $125.00 |
| 6/27/2011 | WCS | Review documentation sent by Hellmann's. Forward same to our Mexican Customs broker. Send correspondence regarding analysis of documents to client. | 0.80 | $250.00 | $200.00 |
| | | | 0.40 | | No Charge |
| 6/29/2011 | WCS | Conference call with Mexican Customs broker regarding documentation and trip to Mexico set for Friday.  Send power of attorney language to client for execution.  Confer with client regarding same. | 1.30 | $250.00 | $325.00 |
| | | | 0.50 | | No Charge |
| 6/30/2011 | WCS | Review and forward power of attorney to Carlos Valerda with specific instructions for information gathering trip to Mexico. | 0.50 | $250.00 | $125.00 |

**P's Appx.  25**

**Riney, Palter PLLC**
**Everett Zeller**

**7/14/2011**
**Page No.:   2**

| | | | | | |
|---|---|---|---|---|---|
| 7/07/2011 | WCS | Brief attention to update from Adolfo. | 0.20 | $250.00 | $50.00 |
| 7/11/2011 | WCS | Confer with client and send email correspondence to Adolfo regarding trip to meet with Port Director. | 0.60 | $250.00 | $150.00 |
| 7/12/2011 | WCS | Conference with Adolfo, Carlos regarding progress at the Mexican Border, send detailed update to client, and coordinate to obtain new power of attorney for Carlos to take additional steps with the Port Directors. | 1.00 | $250.00 | $250.00 |
| | | | 0.70 | | No Charge |

| | | |
|---|---|---|
| | Total Fees | $1,725.00 |
| Total New Charges | | $1,725.00 |
| Previous Balance | | $1,700.00 |
| Total Payments and Credits | | $-1,700.00 |
| Balance Due | | $1,725.00 |



**RINEY PALTER**
P.L.L.C.

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

### VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 8/01/2011 |
| Invoice No: | 017349 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/18/2011 | WCS | Send correspondence to client regarding Mexican counsel's approach and filing with Mexican port director. | 0.50 | $250.00 | $125.00 |
| 7/28/2011 | WCS | Brief attention to inquiry from Mexican counsel. | 0.30 | $250.00 | $75.00 |
| | | | | Total Fees | $200.00 |

| | |
|---|---|
| Total New Charges | $200.00 |
| Previous Balance | $1,725.00 |
| Total Payments and Credits | $-1,725.00 |
| Balance Due | $200.00 |



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:       9/01/2011
Invoice No:       017546

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/29/2011 | WCS | Send short update to client. | 0.20 | $250.00 | $50.00 |
| 8/31/2011 | WCS | Correspond with Mexican counsel regarding case update. | 0.30 | $250.00 | $75.00 |
| | | | | Total Fees | $125.00 |

| | |
|---|---|
| Total New Charges | $125.00 |
| Previous Balance | $200.00 |
| Total Payments and Credits | $-200.00 |
| Balance Due | $125.00 |



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:      10/01/2011
Invoice No:      017715

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al                EAGL01-01

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 9/12/2011 | WCS | Detailed analysis regarding Texas law for ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ Uniform Commercial Code. | 2.50 | $250.00 | $625.00 |
| 9/13/2011 | WCS | Briefly confer with client regarding case evaluation. | 0.30 | $250.00 | $75.00 |
| 9/14/2011 | WCS | Attention to case evaluation memorandum related to Texas law on ▮▮▮▮▮▮▮▮▮ | 0.50 | $250.00 | $125.00 |
| 9/19/2011 | WCS | Finalize research for case evaluation memo.  Send memo to client.  Confer with client regarding same. | 5.00 | $250.00 | $1,250.00 |

|  | | | | Total Fees | $2,075.00 |
|--|--|--|--|------------|-----------|

Total New Charges                                                                              $2,075.00

Previous Balance                                                                               $125.00

Total Payments and Credits                                                                     $-125.00

Balance Due                                                                                    $2,075.00



## RINEY PALTER
### PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:      11/15/2011
Invoice No:      018138

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/03/2011 | MXS | Review Craig Stokley's memorandum to client to become familiar with facts of the case. Research ▇▇▇▇▇▇▇▇ | 0.50 | $175.00 | $87.50 |
| | | | 1.00 | | No Charge |
| 10/03/2011 | WCS | Attention Rule 202 Petition. | 1.40 | $250.00 | $350.00 |
| 10/04/2011 | MXS | Research ▇▇▇▇▇▇▇▇▇▇R ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ Additionally, research caselaw on ▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇Discussed with Craig Stokley the findings of my research. | 0.00 | $175.00 | No Charge |
| | | | 4.00 | | No Charge |
| 10/05/2011 | MXS | Research ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ Additionally, research ▇▇▇▇▇▇ ▇▇▇ | 1.50 | $175.00 | $262.50 |
| | | | 1.50 | | No Charge |
| 10/06/2011 | MXS | Additional research on the issues of ▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇ and whether ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ | 1.50 | $175.00 | $262.50 |

Riney, Palter PLLC
Everett Zeller

11/15/2011
Page No.:   2

Furthermore, draft memo to Craig Stokley .

|  |  |  | 1.50 |  | No Charge |
|---|---|---|---|---|---|
| 10/07/2011 | MXS | Complete memo to Craig Stokley on ▇▇▇▇ ▇▇▇▇▇▇▇▇ | 1.00 | $175.00 | $175.00 |
|  |  |  | 1.00 |  | No Charge |
| 10/12/2011 | MXS | Preparation of draft of Rule 202 Petition to Take Deposition Before Suit. | 0.50 | $175.00 | $87.50 |
|  |  |  | 1.50 |  | No Charge |
| 10/12/2011 | SGY | Research company background for Eagle Suspension and Hellmann Worldwide on Texas Secretary of State. | 0.30 | $175.00 | $52.50 |
| 10/13/2011 | MXS | Additional preparation of draft of Rule 202 Petition to Take Deposition Before Suit. | 0.00 | $175.00 | No Charge |
|  |  |  | 1.00 |  | No Charge |
| 10/14/2011 | MXS | Completion of preparation of draft of Rule 202 Petition to take Deposition before suit. | 1.00 | $175.00 | $175.00 |
|  |  |  | 1.00 |  | No Charge |
| 10/14/2011 | WCS | Attention to draft of 202 Petition.  Coordination of client files in preparation for filing Rule 202 petition. | 1.00 | $250.00 | $250.00 |
| 10/17/2011 | MXS | Review and analysis of file in preparation of Rule 202 Petition. Revise draft of Petitioner's Rule 202 Petition. | 0.10 | $175.00 | $17.50 |
|  |  |  | 2.50 |  | No Charge |
| 10/17/2011 | WCS | Revise and edit Rule 202 Petition.  Detailed analysis regarding ▇▇▇▇▇▇▇▇▇▇▇. Email client regarding state of incorporation and principal office. | 2.80 | $250.00 | $700.00 |
| 11/11/2011 | WCS | Finalize Rule 202 petition and send to client for execution. | 0.50 | $250.00 | $125.00 |

|  |  | Total Fees | $2,545.00 |
|---|---|---|---|

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/12/2011 | Secretary of State Search Fee | 2.00 | $2.00 |
| 11/02/2011 | Secretary of State Search Fee | 2.00 | $2.00 |

P's Appx.  31

**Riney, Palter PLLC**
**Everett Zeller**

**11/15/2011**
**Page No.:   3**

|  |  |
|---|---|
| Total Expenses | $4.00 |
| Total New Charges | $2,549.00 |
| Previous Balance | $2,075.00 |
| Total Payments and Credits | $-2,075.00 |
| Balance Due | $2,549.00 |

P's Appx.  32



RINEY PALTER
P.L.L.C.

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 12/01/2011 |
| Invoice No: | 018277 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 11/17/2011 | WCS | Finalize Rule 202 petition and send to court for filing. | 2.50 | $250.00 | $625.00 |
| 11/30/2011 | WCS | Attention to service and setting hearing on petition for deposition. | 1.20 | $250.00 | $300.00 |
| | | | | Total Fees | $925.00 |

*Expenses*

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 11/17/2011 | EAGL01-01 Filing fee for Petition and Citation | 1.00 | $257.00 |
| | | Total Expenses | $257.00 |

| | |
|---|---|
| Total New Charges | $1,182.00 |
| Previous Balance | $2,549.00 |
| Balance Due | $3,731.00 |



## RINEY PALTER
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:    12/15/2011
Invoice No:    018464

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 12/02/2011 | WCS | Attention to service of process issues. | 0.50 | $250.00 | $125.00 |
| 12/05/2011 | WCS | Attention to registered agent information for Hellmann. | 0.80 | $250.00 | $200.00 |
| 12/08/2011 | WCS | Receive call from opposing counsel Tom Nork informing me that the insurance carrier had picked up the claim and that he would work with me to arrange for a corporate representative deposition. Send client update. | 0.70 | $250.00 | $175.00 |
| 12/15/2011 | MXS | Preparation of Agreed Order for Rule 202 Deposition. | 1.10 | $175.00 | $192.50 |
| 12/15/2011 | WCS | Revise and edit agreed order for corporate representative deposition.  Correspond with opposing counsel regarding agreed order for corporate representative deposition.  Propose John Russell, nonemployee, as their corporate representative and research ███████████████ | 2.00 | $250.00 | $500.00 |

Total Fees    $1,192.50

### Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 12/05/2011 | Secretary of State Search Fee | 2.00 | $2.00 |
| 12/07/2011 | Special Delivery Invoice #381789 Order #334-0243 Delivery | 1.00 | $10.94 |

from RP to Special Delivery Process Dept

| 12/14/2011 | EAGL01-01 Special Delivery Invoice #382331 Order#334-0356 Process Serving Hellman Worldwide | 1.00 | $165.00 |
|---|---|---|---|
| | | Total Expenses | $177.94 |

| | | |
|---|---|---|
| Total New Charges | | $1,370.44 |
| Previous Balance | | $3,731.00 |
| Total Payments and Credits | | $-6,280.00 |
| Balance Due | | $-1,178.56 |

P's Appx.  35



# RINEY PALTER
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:     12/30/2011
Invoice No:     018640

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 12/17/2011 | WCS | Attention to correspondence from opposing counsel regarding Hellmann 202 deposition. | 1.00 | $250.00 | $250.00 |
| 12/21/2011 | WCS | Draft agreed order consistent with opposing counsel's desire to designate a non-employee as corporate representative. Send correspondence to opposing counsel regarding same. | 1.00 | $250.00 | $250.00 |

|  |  | Total Fees | $500.00 |
|--|--|------------|---------|

### Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 12/22/2011 | Special Delivery Invoice #382889 Order #334-0392 Delivery from Special Delivery Process Dept to Houston Process Office | 1.00 | $49.00 |

|  | Total Expenses | $49.00 |
|--|----------------|--------|

| Total New Charges | $549.00 |
|-------------------|---------|
| Previous Balance | $-1,178.56 |
| Total Payments and Credits | $629.56 |
| Balance Due | $0.00 |

P's Appx.  36

**Riney, Palter PLLC**
**Everett Zeller**

| | |
|---|---:|
| Previous Balance of IOLTA Account | $0.00 |
| 12/29/2011  Deposit CK#6081 transfer overpayment to Iolta $1,178.56 | $1,178.56 |
| 12/30/2011  Apply Funds to AR | $-549.00 |
| New Balance of IOLTA Account | $629.56 |



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:   1/15/2012
Invoice No:   018670

---

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

---

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 1/03/2012 | WCS | Send detailed letter to opposing counsel explaining why a corporate representative deposition is appropriate. Research ██████████ ███████████████████. Send revised agreed order to take out any reference to John Russell. Review case law in NDTX regarding██████. | 3.30 | $250.00 | $825.00 |
| 1/04/2012 | WCS | Send client detailed update regarding status of case. Correspond with opposing counsel regarding 202 pre-suit deposition. Research█████████ ████████████████. Send correspondence to opposing counsel regarding same. Brief conference with opposing counsel. | 2.50 | $250.00 | $625.00 |
| 1/05/2012 | WCS | Send correspondence to opposing counsel regarding order for 202 deposition. Brief preparation for hearing. | 1.20 | $250.00 | $300.00 |
| 1/06/2012 | WCS | Prepare for and attend hearing to obtain order requiring Hellmann to present corporate representative witness. Send client update regarding hearing. Send opposing counsel correspondence regarding date for deposition. | 4.20 | $250.00 | $1,050.00 |
| 1/10/2012 | WCS | Attention to deposition of corporate representative and issues that may come up. | 1.80 | $250.00 | $450.00 |

**P's Appx.  38**

**Riney, Palter PLLC**
**Everett Zeller**

1/15/2012
Page No.:   2

|  |  |
|---|---|
| Total Fees | $3,250.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/06/2012 | EAGL01-01 Travel Expense to Fort Worth for Hearing 75 miles & $3.00 parking | 1.00 | $44.63 |

|  |  |
|---|---|
| Total Expenses | $44.63 |

| | |
|---|---|
| Total New Charges | $3,294.63 |
| Previous Balance | $0.00 |
| Total Payments and Credits | $-629.56 |
| Balance Due | $2,665.07 |

| | |
|---|---|
| Previous Balance of IOLTA Account | $629.56 |
| 1/15/2012  Apply Funds to AR | $-629.56 |
| New Balance of IOLTA Account | $0.00 |



# RINEY PALTER
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date: 2/01/2012
Invoice No: 018791

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 1/18/2012 | WCS | Correspondence with opposing counsel regarding logistics for 202 deposition and their request for an extension of time. | 0.80 | $250.00 | $200.00 |
| 1/19/2012 | TJR | Analysis concerning several issues concerning ~~████████████████~~ ~~████████████~~ | 0.40 | $375.00 | $150.00 |
| 1/19/2012 | WCS | Send correspondence to Tom Nork regarding deficiencies in Wendi Borenstein's proposal for the Rule 202 deposition. | 1.00 | $250.00 | $250.00 |
| 1/20/2012 | WCS | Correspond with opposing counsel regarding Texas rules governing deposition of David Kang. | 1.50 | $250.00 | $375.00 |
| 1/23/2012 | WCS | Correspond with opposing counsel related to issues related to moving 202 deposition back. Convince opposing counsel that deposition on January 31 is appropriate. Review documents produced by opposing counsel and analyze whether the documents impact our case. | 2.00 | $250.00 | $500.00 |
|  |  |  | 1.00 |  | No Charge |
| 1/24/2012 | AXG | Preparation of preliminary draft of Deposition Notice to the Corporate Representative of Hellman. Preparation of preliminary draft of correspondence enclosing same. Attention to docketing deposition date. Coordinate court reporter for the deposition. | 0.90 | $125.00 | $112.50 |
| 1/24/2012 | WCS | Brief attention to logistics for 202 deposition. Revise and edit deposition notice. | 0.70 | $250.00 | $175.00 |

P's Appx.  40

**Riney, Palter PLLC**
Everett Zeller

2/01/2012
Page No.:   2

| | | | | | |
|---|---|---|---|---|---|
| 1/25/2012 | WCS | Send correspondence to client regarding deposition of David Kang.  Arrange for logistics regarding same.  Review correspondence from opposing counsel regarding documents to be produced. | 0.50 | $250.00 | $125.00 |
| 1/26/2012 | WCS | Initial preparation for corporate representative deposition. | 0.80 | $250.00 | $200.00 |
| 1/27/2012 | WCS | Review production by Hellmann in preparation for deposition.  Correspond with opposing counsel regarding deposition and production. | 3.00 | $250.00 | $750.00 |
| 1/29/2012 | JTP | Confer relating to proposed strategy for deposition. | 0.30 | $375.00 | $112.50 |
| 1/29/2012 | WCS | Prepare for Rule 202 deposition.  Review and analyze documents produced by opposing counsel. | 1.00 | $250.00 | $250.00 |
| 1/30/2012 | MXS | Receipt and review of correspondence from Eagle relating to ▬▬▬▬ Preparation of response correspondence relating to ▬▬▬▬▬▬▬ ▬▬▬▬▬. | 1.00 | $175.00 | $175.00 |
| | | | 1.70 | | No Charge |
| 1/30/2012 | WCS | Detailed preparation for Rule 202 corporate representative deposition.  Review documentation and prepare deposition outline.  Confer with Everett Zeller regarding follow up issues. | 8.00 | $250.00 | $2,000.00 |
| | | | 1.50 | | No Charge |
| 1/31/2012 | BKP | Discussion with W. Craig Stokley regarding deposition questioning on ▬▬▬▬▬▬ issues. | 0.30 | $375.00 | $112.50 |
| 1/31/2012 | WCS | Conduct deposition of corporate representative of Hellmann Worldwide Logistics.  Send summary of deposition to client.  Begin drafting petition.  Draft letter demanding additional documents and an inspection of the originals of certain documents. | 6.00 | $250.00 | $1,500.00 |

|  | | |
|---|---|---|
| Total Fees | | $6,987.50 |

***Expenses***

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/31/2012 | Meals - Lunch (Deposition on 01/31/12) | 1.00 | $47.63 |
| | Total Expenses | | $47.63 |

**P's Appx.  41**

**Riney, Palter PLLC**
**Everett Zeller**

Total New Charges                                          $7,035.13

Previous Balance                                           $2,665.07

Total Payments and Credits                               $-2,665.07

Balance Due                                                $7,035.13



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

|  |  |
|---|---|
| Date: | 2/15/2012 |
| Invoice No: | 018947 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 2/06/2012 | WCS | Conference with client and provide short update regarding deposition and next steps. | 0.20 | $250.00 | $50.00 |
| 2/08/2012 | AXG | Review case filings and prepare preliminary draft of Plaintiff's Complaint in the Northern District of Texas, Fort Worth Division.   Retrieve Civil Cover Sheet from court website. Preparation of preliminary draft of Civil Cover Sheet. | 1.40 | $125.00 | $175.00 |
| 2/08/2012 | WCS | Send correspondence to opposing counsel regarding inspection.  Begin drafting petition. | 2.30 | $250.00 | $575.00 |
| 2/13/2012 | AXG | Attention to exporting and indexing the deposition transcript and exhibits of David Kang to the file. | 0.30 | $125.00 | $37.50 |
| 2/14/2012 | WCS | Begin review of David Kang's deposition. Research ███████████████████████████████ | 1.50 | $250.00 | $375.00 |
| 2/15/2012 | WCS | Finalize audit response letter.  Detailed review of David Kang deposition in preparation for filing petition. | 3.50 | $250.00 | $875.00 |

|  |  |
|---|---|
| Total Fees | $2,087.50 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 1/27/2012 | Federal Express # 793165195683 | 1.00 | $16.51 |

P's Appx.  43

**Riney, Palter PLLC**
**Everett Zeller**

|  | Total Expenses | $16.51 |
|---|---|---|
| Total New Charges | | $2,104.01 |
| Previous Balance | | $7,035.13 |
| Total Payments and Credits | | $-7,035.13 |
| Balance Due | | $2,104.01 |



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

## VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:      3/01/2012
Invoice No:      019054

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 2/24/2012 | WCS | Detailed research and drafting of Original Complaint.  Circulate to client for review. | 4.00 | $250.00 | $1,000.00 |
| 2/25/2012 | BKP | Revise complaint. | 0.50 | $375.00 | $187.50 |
| 2/27/2012 | BKP | Complete review of draft complaint. | 0.60 | $375.00 | $225.00 |
| 2/27/2012 | WCS | Revise and edit original complaint.  Research ▮▮▮▮▮▮▮▮.  Brief conference with client.  Draft demand to Hellmann. | 4.80 | $250.00 | $1,200.00 |
| 2/28/2012 | WCS | Finalize complaint and letter to opposing counsel.  Meet with client regarding same. | 4.80 | $250.00 | $1,200.00 |
| 2/29/2012 | AXG | Attention to opening case file with the Northern District of Texas and filing Complaint.  Preparation of Summons and attention to electronically filing request for issuance of Summons.  Attention to electronically filing Certificate of Interested Persons.  Preparation of Judge's copy of electronically filed documents.  Conference relating to request for service on Hellman. | 0.90 | $125.00 | $112.50 |
| 2/29/2012 | WCS | File complaint in federal court.  Send correspondence to opposing counsel.  Confer regarding same. | 2.80 | $250.00 | $700.00 |

Total Fees      $4,625.00

**P's Appx.  45**

**Rlney, Palter PLLC**
`Everett Zeller

3/01/2012
Page No.:  2

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/15/2012 | Federal Express | 1.00 | $13.60 |
| 2/29/2012 | Filing fees - Petition in Federal Court | 1.00 | $350.00 |
| | | Total Expenses | $363.60 |

| | | |
|---|---|---|
| Total New Charges | | $4,988.60 |
| Previous Balance | | $2,104.01 |
| Total Payments and Credits | | $-2,104.01 |
| Balance Due | | $4,988.60 |



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 3/15/2012 |
| Invoice No: | 019180 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 3/02/2012 | WCS | Review and respond to correspondence from opposing counsel. | 0.30 | $250.00 | $75.00 |
| 3/07/2012 | AXG | Review online case docket and retrieve copy of issued Summons.  Confer with private process server to request service of process on Hellman Worldwide Logistics, Inc.  Prepare correspondence relating to request for service of process. | 0.50 | $125.00 | $62.50 |
| 3/12/2012 | WCS | Attention to service issues. | 0.30 | $250.00 | $75.00 |
| 3/13/2012 | AXG | Confer relating to status of service on Hellman. Confirm same with Craig Stokley.  Attention to docketing deadline for Hellman to file Answer. | 0.40 | $125.00 | $50.00 |
| 3/14/2012 | WCS | Send update to client regarding case status. | 0.30 | $250.00 | $75.00 |
| 3/15/2012 | WCS | Review court reporter certification of deposition, and correspond with opposing counsel regarding case. | 0.50 | $250.00 | $125.00 |

|  |  |
|---|---|
| Total Fees | $462.50 |

### Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 2/29/2012 | Delivery Charges  - Zip Delivery Invoice #18085-2092 Delivery from RP to Northern District of Texas on 02/29/12 | 1.00 | $13.53 |

|  |  |
|---|---|
| Total Expenses | $13.53 |

**Riney, Palter PLLC**
**Everett Zeller**

**3/15/2012**
**Page No.:   2**

| | |
|---|---|
| Total New Charges | $476.03 |
| Previous Balance | $4,988.60 |
| Total Payments and Credits | $-4,988.60 |
| Balance Due | $476.03 |



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 4/01/2012 |
| Invoice No: | 019310 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 3/20/2012 | MXS | Conduct verdict search for the Judge assigned to this case. | 0.50 | $175.00 | $87.50 |
| 3/22/2012 | WCS | Review correspondence received from opposing counsel regarding their position in the case and settlement offer. Evaluate the merit of defendant's positions. | 1.00 | $250.00 | $250.00 |
| 3/26/2012 | AXG | Receipt and review of Affidavit of Service. Attention to electronically filing same. | 0.40 | $125.00 | $50.00 |
| 3/27/2012 | WCS | Analyze positions taken in defense counsel's email. Send update to client regarding case. | 0.80 | $250.00 | $200.00 |
| 3/28/2012 | WCS | Attention to Hellmann's response and reviewing David Kang deposition to identify inconsistencies in Hellmann's positions. Confer with client regarding Hellmann's positions. | 1.20 | $250.00 | $300.00 |
| 3/30/2012 | WCS | Analysis concerning extension requested by Hellmann. Send correspondence to opposing counsel regarding same. | 0.50 | $250.00 | $125.00 |

| | |
|---|---|
| Fee Subtotal | $1,012.50 |
| Adjustments to Fees | $-87.50 |
| Total Fees | $925.00 |

*Expenses*

**Riney, Palter PLLC**
**Everett Zeller**

4/01/2012
Page No.:   2

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 3/29/2012 | Process Service - Zip Delivery Inv.#18085-2120 Delivery on 03/12/12 from RP to Hellman Worldwide Logistics. | 1.00 | $90.00 |
| | | Total Expenses | $90.00 |

| | |
|---|---|
| Total New Charges | $1,015.00 |
| Previous Balance | $476.03 |
| Total Payments and Credits | $-476.03 |
| Balance Due | $1,015.00 |



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:    4/15/2012
Invoice No:    019504

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al            EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 4/05/2012 | WCS | Review Court Orders requiring Rule 26(f) conference, opposing counsel to obtain local counsel, and for opposing counsel to file a certificate of interested persons.  Correspond with opposing counsel to set up time for Rule 26(f) conference and logistics for preparing joint status report. | 1.50 | $250.00 | $375.00 |
| 4/09/2012 | AXG | Receipt and review of Status Report Order. Attention to docketing deadlines contained in Order.  Preparation of correspondence relating to same. | 0.50 | $125.00 | $62.50 |
| 4/11/2012 | WCS | Begin initial draft of joint status report. | 1.00 | $250.00 | $250.00 |
| 4/12/2012 | WCS | Draft first revision of Joint Status report.  Circulate same to opposing counsel in preparation for Rule 26(f) conference per Court's order. | 3.50 | $250.00 | $875.00 |

|  | | | | Total Fees | $1,562.50 |
|--|--|--|--|------------|-----------|

| Total New Charges | $1,562.50 |
|-------------------|-----------|
| Previous Balance | $1,015.00 |
| Total Payments and Credits | $-1,015.00 |
| Balance Due | $1,562.50 |

Riney, Palter PLLC
Everett Zeller

4/15/2012
Page No.:   2



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

|  |  |
|---|---|
| Date: | 5/01/2012 |
| Invoice No: | 019599 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 4/16/2012 | WCS | Review comments from opposing counsel to joint status report.  Attend court-ordered Rule 26(f) conference by telephone with opposing counsel. Detailed discussion regarding various positions in case.  Finalize and file joint status report with Court. | 2.50 | $250.00 | $625.00 |
| 4/17/2012 | WCS | Review order establishing schedule and certain pretrial requirements.  Begin developing discovery plan in light of Court's schedule and interest of taking a cost-effective approach. | 1.50 | $250.00 | $375.00 |
| 4/25/2012 | WCS | Review file and send update to client regarding recent events. | 1.30 | $250.00 | $325.00 |
| 4/27/2012 | WCS | Analysis of Hellmann's local counsel designation. | 0.50 | $250.00 | $125.00 |

|  |  |
|---|---|
| Total Fees | $1,450.00 |

| | |
|---|---|
| Total New Charges | $1,450.00 |
| Previous Balance | $1,562.50 |
| Total Payments and Credits | $-1,562.50 |
| Balance Due | $1,450.00 |



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:   5/15/2012
Invoice No:   019705

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al    EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 5/09/2012 | WCS | Research John McConnell and John Russell to identify how to secure testimony from them. | 0.70 | $250.00 | $175.00 |

|  | | |
|---|---|---|
| | Total Fees | $175.00 |

| | |
|---|---|
| Total New Charges | $175.00 |
| Previous Balance | $1,450.00 |
| Total Payments and Credits | $-1,450.00 |
| Balance Due | $175.00 |



# RINEY PALTER
### P.L.L.C.

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 7/01/2012 |
| Invoice No: | 020202 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 6/05/2012 | MXS | Conference with Craig Stokley relating to status of the case, discovery preparation and issue of whether ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Research Rule 202 Depositions and rules relating to the use of Rule 202 deposition in current lawsuit. Review Plaintiff's Petition for an order authorizing the taking of a Rule 202 deposition. | 1.50 | $175.00 | $262.50 |
| 6/06/2012 | MXS | Review Plaintiff's Complaint, Defendant's Answer, Joint Status Report, Order Establishing Schedule and Certain Pretrial Requirements, and numerous correspondences by and between Plaintiff and Defendant's counsel.  Review and prepare notes on Hellmann's corporate representative  deposition transcript, and all supporting exhibits. | 7.60 | $175.00 | $1,330.00 |
| 6/07/2012 | MXS | Review prepared notes from Hellmann's corporate representative deposition in preparation of drafting discovery requests to Hellmann.  Preparation of Plaintiff's Request for Production and Request for Admissions to Hellmann. | 4.00 | $175.00 | $700.00 |
| 6/08/2012 | MXS | Continue preparation of Eagle's Request for Production and Request for Admissions to Hellmann.  Research ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Research case law relating to same. Preparation of correspondence to Craig Stokley outlining the laws and my analysis.  Conference with Craig Stokley | 5.70 | $175.00 | $997.50 |

**P's Appx.  55**

Riney, Palter PLLC                                                    7/01/2012
Everett Zeller                                                        Page No.:   2

|            |     | relating to strategies for obtaining depositions of third parties John Russell, John McConnell, and Ayala in Mexico. Research John Russell and John McConnell in order to obtain information for preparation of Subpoena to take their deposition. Preparation of Notice to take deposition of John Russell and John McConnell.  Preparation of Subpoena to John Russell and John McConell for their deposition. |      |          |          |
|------------|-----|--------------------------------------------|------|----------|----------|
| 6/08/2012  | WCS | Detailed analysis concerning discovery plan and depositions of John Russell, John McConnell, Wendi Boresnstein, and Ayala.  Consider need for requests for production and/or possibly requests for admission. | 1.80 | $250.00  | $450.00  |
| 6/11/2012  | MXS | Research the law surrounding ███████████ ████████████████████████████████ ██████████████████████████████ ███████ Brief conference with Craig Stokley relating to same. | 2.40 | $175.00  | $420.00  |
| 6/12/2012  | AXG | Review of Scheduling Order.  Attention to docketing deadlines.  Preparation of correspondence relating to same. | 1.20 | $125.00  | $150.00  |

| | |
|---|---:|
| Fee Subtotal | $4,310.00 |
| Adjustments to Fees | $-3,062.50 |
| Total Fees | $1,247.50 |
| Total New Charges | $1,247.50 |
| Previous Balance | $175.00 |
| Total Payments and Credits | $-175.00 |
| Balance Due | $1,247.50 |

P's Appx.  56



**RINEY PALTER**
P.L.L.C.

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

### VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:     8/01/2012
Invoice No:     020403

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 7/19/2012 | WCS | Confer with client regarding need for witness from Ayala.  Send update regarding case. | 0.80 | $250.00 | $200.00 |
| 7/27/2012 | WCS | Correspond and confer with opposing counsel regarding deposition of John Russell. | 0.50 | $250.00 | $125.00 |
| 7/30/2012 | WCS | Send follow up correspondence to opposing counsel regarding John Russell deposition. | 0.20 | $250.00 | $50.00 |
| 7/31/2012 | WCS | Attention to Hellmann's notice of deposition for John Russell.  Send correspondence to opposing counsel regarding deposition of John McConnell and Wendi Boresntein. | 0.60 | $250.00 | $150.00 |

|  |  |
|--|--|
| Total Fees | $525.00 |
| Total New Charges | $525.00 |
| Previous Balance | $1,247.50 |
| Total Payments and Credits | $-1,247.50 |
| Balance Due | $525.00 |

**P's Appx.  57**



# RINEY PALTER
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

## VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:   8/15/2012
Invoice No:   020632

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/01/2012 | MXS | Prepare Plaintiff's Initial Disclosures. | 2.70 | $175.00 | $472.50 |
| 8/01/2012 | WCS | Attention to initial disclosures. | 0.70 | $250.00 | $175.00 |
| 8/02/2012 | MXS | Edit Plaintiff's Rule 26 Initial Disclosures. Prepare John Russell deposition outline. | 7.90 | $175.00 | $1,382.50 |
| 8/02/2012 | WCS | Brainstorm deposition examination topics for John Russell deposition. | 1.20 | $250.00 | $300.00 |
| 8/03/2012 | MXS | Prepare John Russell's deposition outline. | 7.50 | $175.00 | $1,312.50 |
| 8/03/2012 | WCS | Confer regarding deposition of John Russell.  Initial preparation regarding same.  Review and revise deposition outline and initial disclosures. | 2.80 | $250.00 | $700.00 |
| 8/06/2012 | MXS | Attention to issues for John Russell deposition. | 2.00 | $175.00 | $350.00 |
| 8/07/2012 | MXS | Continue preparation and revision of Plaintiff's Rule 26 Initial Disclosures, and prepare for filing with the clerk. Continue preparation for John Russell deposition. | 2.10 | $175.00 | $367.50 |
| 8/07/2012 | WCS | Detailed preparation for deposition of John Russell. Organize exhibits, draft deposition outline, and study relevant documents. | 5.80 | $250.00 | $1,450.00 |
| 8/08/2012 | WCS | Prepare for, attend, and take deposition of John Russell.  Briefly confer with client regarding same and case strategy. | 5.50 | $250.00 | $1,375.00 |

**Riney, Palter PLLC**
**Everett Zeller**

8/15/2012
Page No.:   2

| 8/10/2012 | WCS | Confer with opposing counsel regarding mediation dates and discovery issues.  Review correspondence regarding same. | 0.40 | $250.00 | $100.00 |
|---|---|---|---|---|---|
| 8/13/2012 | WCS | Correspond with Tom Nork regarding mediation and Wendy Borenstein's deposition. | 0.40 | $250.00 | $100.00 |
| 8/15/2012 | WCS | Attention to inquiry from opposing counsel regarding mediation.  Request deposition of Wendi Borsentien.  Confer with client regarding same. | 1.00 | $250.00 | $250.00 |

| | | |
|---|---|---|
| Fee Subtotal | | $8,335.00 |
| Adjustments to Fees | | $-2,940.00 |
| | Total Fees | $5,395.00 |
| Total New Charges | | $5,395.00 |
| Previous Balance | | $525.00 |
| Total Payments and Credits | | $-525.00 |
| Balance Due | | $5,395.00 |

**P's Appx.  59**



**RINEY PALTER**
P.L.L.C.

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

### VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:      9/01/2012
Invoice No:      020708

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/16/2012 | WCS | Correspond with opposing counsel regarding Wendy Borenstein deposition and mediation dates. | 0.40 | $250.00 | $100.00 |
| 8/21/2012 | WCS | Confer with Tom Nork regarding mediation, depositions, and issues in case. | 0.70 | $250.00 | $175.00 |
| 8/22/2012 | WCS | Confer with mediator's office regarding mediation. Analysis regarding strategic plan for summary judgment briefing. | 1.00 | $250.00 | $250.00 |
| 8/23/2012 | WCS | Review John Russell deposition transcript. | 0.70 | $250.00 | $175.00 |
| 8/24/2012 | AXG | Preparation of preliminary draft of Request for Production to Hellmann.  Preparation of preliminary draft of First Set of Interrogatories to Hellmann. | 1.50 | $125.00 | $187.50 |
| 8/24/2012 | WCS | Revise, edit, and serve requests for production of documents, interrogatories, requests for admissions, and deposition notice for Wendi Borenstein.  Attention to logistics for mediation. | 4.50 | $250.00 | $1,125.00 |
| 8/27/2012 | AXG | Preparation of preliminary draft of Motion for Summary Judgment and Brief in Support. | 0.60 | $125.00 | $75.00 |
| 8/27/2012 | WCS | Draft summary judgment motion. | 7.00 | $250.00 | $1,750.00 |
| 8/28/2012 | WCS | Draft summary judgment motion.  Edit motion. Confer with Everett Zeller regarding need for affidavit and mediation. | 5.50 | $250.00 | $1,375.00 |

P's Appx.  60

**Riney, Palter PLLC**
**Everett Zeller**

9/01/2012
Page No.:   2

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 8/30/2012 | WCS | Finish initial draft of summary judgment motion, affidavit of Everett Zeller, and appendix in support. Revise and edit same. Briefly confer with client regarding damages facts. Research ▮▮▮▮▮▮▮▮ | 7.00 | $250.00 | $1,750.00 |
| 8/31/2012 | AXG | Preparation of Table of Authorities and Table of Contents for Brief in Support of Motion for Summary Judgment. Attention to revision of Brief in Support. | 1.70 | $125.00 | $212.50 |
| 8/31/2012 | WCS | Finalize summary judgment motion, brief in support, and appendix. Send finalized version to court. File same. Confer with client regarding affidavit and revise affidavit. | 6.80 | $250.00 | $1,700.00 |

|  |  |
|---|---|
| Fee Subtotal | $8,875.00 |
| Adjustments to Fees | $-1,500.00 |
| **Total Fees** | $7,375.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/24/2012 | Court Reporter - Word for Word Inv. #3029 Deposition of John Russell | 1.00 | $216.40 |

|  |  |
|---|---|
| Total Expenses | $216.40 |
| Total New Charges | $7,591.40 |
| Previous Balance | $5,395.00 |
| Total Payments and Credits | $-5,395.00 |
| Balance Due | $7,591.40 |

**P's Appx.  61**



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:     10/01/2012
Invoice No:      021044

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 9/04/2012 | NLM | Attend meeting regarding Response to Motion for Summary Judgment. | 0.50 | $225.00 | $112.50 |
| 9/04/2012 | WCS | Review and analyze Hellmann MSJ. | 0.70 | $250.00 | $175.00 |
| 9/05/2012 | WCS | Draft letter to opposing counsel regarding Wendi Borenstein's deposition and proposed stipulations. Confer with opposing counsel regarding same. Analysis regarding opposing counsel's position. | 1.60 | $250.00 | $400.00 |
| 9/06/2012 | WCS | Send correspondence to client regarding Hellmann's MSJ. | 0.30 | $250.00 | $75.00 |
| 9/07/2012 | NLM | Review Original Complaint. Draft First Amended Complaint. Research exemplary damages for causes of action in Original Complaint. Draft Motion for Leave to Amend Complaint. Pursue strategy relating to same. Research local rules for filing. Prepare and coordinate filing for First Amended Complaint. | 5.40 | $225.00 | $1,215.00 |
| 9/07/2012 | WCS | Review correspondence from opposing counsel. Confer regarding same. Correspond with client regarding summary judgment positions. Direction regarding amended pleading to add punitive damages. | 1.10 | $250.00 | $275.00 |
| 9/10/2012 | NLM | Review and analyze Hellmann Motion for Summary Judgment. Review and analyze Eagle Motion for Summary Judgment. Review and analyze depositions and related discovery. Pursue strategy | 4.20 | $225.00 | $945.00 |

P's Appx.  62

relating to Response to Hellmann Motion for Summary Judgment.  Revise First Amended Complaint.  Revise Motion for Leave to Amend Complaint to add exemplary damages.  Meet and confer regarding filing of same.

| 9/10/2012 | WCS | Draft mediator's position statement and send to mediator.  Review and file motion for leave to add exemplary damages to petition.  Analysis regarding response to Hellmann's summary judgment motion. | 4.00 | $250.00 | $1,000.00 |
|---|---|---|---|---|---|
| 9/11/2012 | AXG | Coordinate court reporter coverage for the deposition of Wendy Borenstein. | 0.20 | $150.00 | $30.00 |
| 9/11/2012 | NLM | Review and analyze deposition of Hellmann witnesses.  Review and analyze Hellmann's Motion for Summary Judgment.  Draft outline for Response to Hellmann's Motion for Summary Judgment. Pursue strategy regarding same.  Confer regarding deposition of W. Borenstein.  Confer regarding mediation.  Review mediation position statement. Meet and confer regarding Deposition of W. Borenstein.  Review correspondence relating to same. | 4.10 | $225.00 | $922.50 |
| 9/11/2012 | WCS | Confer with opposing counsel regarding motion for leave.  Analysis regarding same.  Confer with mediator.  Prepare for mediation.  Attention to response to Hellmann's summary judgment motion. | 3.80 | $250.00 | $950.00 |
| 9/12/2012 | NLM | Meet and confer regarding deposition of W. Borenstein.  Pursue strategy relating to same. Attend mediation.  Confer regarding same.  Pursue strategy regarding depositions.  Confer regarding briefing schedule. Review and analyze deposition testimony for use in Response to Motion for Summary Judgment. | 3.10 | $225.00 | $697.50 |
| 9/12/2012 | WCS | Prepare for and attend mediation. | 5.50 | $250.00 | $1,375.00 |
| 9/13/2012 | NLM | Review and analyze evidence for Response to Motion for Summary Judgment.  Confer regarding same.  Conduct legal research regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Pursue strategy regarding discovery requests. Draft Second Request for Admissions to Defendant Hellmann. Revise and serve Second Request for Admissions to Hellmann.  Draft and serve letter relating to same.  Confer regarding same. Draft Response to Motion for Summary Judgment.  Review evidence | 6.20 | $225.00 | $1,395.00 |

**Riney, Palter PLLC**
**Everett Zeller**

10/01/2012
Page No.:   3

relating to same.

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/14/2012 | NLM | Draft Response to Motion for Summary Judgment. Review evidence regarding same. Conduct legal research regarding same. Conduct legal research regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 7.60 | $225.00 | $1,710.00 |
| 9/14/2012 | WCS | Attention to email from opposing counsel. Attention to evidentiary issues. | 0.30 | $250.00 | $75.00 |
| 9/15/2012 | NLM | Revise Response to Motion for Summary Judgment. Review and analyze evidence regarding same. | 5.30 | $225.00 | $1,192.50 |
| 9/17/2012 | NLM | Revise Response to Motion for Summary Judgment | 4.40 | $225.00 | $990.00 |
| 9/17/2012 | NLM | Conduct legal research regarding ▮▮▮▮▮▮ | 0.30 | $225.00 | $67.50 |
| 9/17/2012 | WCS | Review and edit summary judgment response. Circulate same to Nathanial Martinez to incorporate into briefing. | 4.00 | $250.00 | $1,000.00 |
| 9/18/2012 | NLM | Revise Response to Motion for Summary Judgment. | 1.40 | $225.00 | $315.00 |
| 9/19/2012 | NLM | Revise Brief in Opposition to Motion for Summary Judgment. Confer with Craig Stokley regarding same. Conduct legal research regarding same. | 6.60 | $225.00 | $1,485.00 |
| 9/19/2012 | WCS | Review and edit summary judgment response. | 0.70 | $250.00 | $175.00 |
| 9/20/2012 | AXG | Review Brief in Opposition to Defendant's Motion for Summary Judgment. Preparation of preliminary draft of Table of Contents. Preparation of preliminary draft of Table of Authorities. Preliminary assimilation, redaction, and bates labeling of document attachments. | 3.30 | $150.00 | $495.00 |
| 9/20/2012 | NLM | Revise Brief in Opposition to Hellmann's Motion for Summary Judgment. Pursue exhibits and evidence regarding same. Conduct legal research regarding same. Draft Motion to Strike Evidence Offered By Hellmann in Support of its Motion for Summary Judgment. Draft Response portion of Brief in Opposition. Conduct legal research relating to Motion to Strike. Revise Appendix relating to Brief in Opposition. | 12.00 | $225.00 | $2,700.00 |

**Riney, Palter PLLC**
**Everett Zeller**

**10/01/2012**
**Page No.:   4**

| Date | | Description | Hours | Rate | Amount |
|------|--|-------------|-------|------|--------|
| 9/20/2012 | WCS | Review summary judgment motion, provide edits. Review motion to strike, edit same. Review affidavit of Everett Zeller, edit same. Confer with client. Confer with Nathanial Martinez. | 1.80 | $250.00 | $450.00 |
| 9/21/2012 | AXG | Preparation of revisions to Brief in Opposition to Defendant's Motion for Summary Judgment. Update Table of Contents. Update revisions to Table of Authorities. Finalize document exhibits. Preparation of Appendix in Support of Brief in Opposition to Motion for Summary Judgment. | 3.80 | $150.00 | $570.00 |
| 9/21/2012 | NLM | Review and revise Response to Motion for Summary Judgment. Review and revise Appendix relating to same. Review and revise Brief in Support of Response to Motion for Summary Judgment. Review and revise Motion to Strike Evidence Offered In Support Of Motion for Summary Judgment. Pursue strategy relating to same. Prepare filings relating to same. | 3.70 | $225.00 | $832.50 |
| 9/21/2012 | WCS | Revise and edit response to Hellmann's summary judgment motion. Revise, edit, file motion to strike. Attention to Everett Zeller's affidavit. Review opposing counsel's response to our summary judgment motion. Send update to client. | 3.00 | $250.00 | $750.00 |
| 9/24/2012 | AXG | Analysis relating to End of Discovery deadline and deadline to propound discovery. Preparation of correspondence relating to same. | 0.20 | $150.00 | $30.00 |
| 9/26/2012 | WCS | Call opposing counsel regarding discovery responses. Review correspondence from opposing counsel regarding interrogatory responses. | 0.50 | $250.00 | $125.00 |
| 9/29/2012 | NLM | Review Hellmann's Response to Plaintiff's Motion for Summary Judgment. Draft Reply regarding same. | 1.90 | $225.00 | $427.50 |

| | | |
|--|--|--|
| Fee Subtotal | | $22,957.50 |
| Adjustments to Fees | | $-5,457.50 |
| | Total Fees | $17,500.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 9/04/2012 | Delivery Charges - Special Delivery Inv. #403551 Order #248 -0143 Delivery from RP to Judge Fish on 09/04/12 | 1.00 | $21.42 |

**P's Appx.  65**

**Riney, Palter PLLC**
**Everett Zeller**

**10/01/2012**
**Page No.:  5**

| 9/24/2012 | Delivery Charges - Eagle Express Inv.#RPX1-877 Delivery from RP to Federal Building on 09/24/12. | 1.00 | $13.12 |
| 9/27/2012 | Delivery Charges - Eagle Express Inv.#RPX1-877 Delivery from RP to Federal Building on 09/27/12. | 1.00 | $15.25 |

| | Total Expenses | $49.79 |
|---|---|---|
| Total New Charges | | $17,549.79 |
| Previous Balance | | $7,591.40 |
| Total Payments and Credits | | $-7,591.40 |
| Balance Due | | $17,549.79 |



**RINEY PALTER**
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

## VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 10/15/2012 |
| Invoice No: | 021212 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/01/2012 | NLM | Confer with Craig Stokley regarding Motion for Summary Judgment. Draft Reply in Support of Motion for Summary Judgment. Conduct legal research regarding same. | 1.90 | $225.00 | $427.50 |
| 10/02/2012 | NLM | Draft Reply in Support of Motion for Summary Judgment. Confer with Craig Stokley regarding same. Conduct legal research regarding same. | 12.40 | $225.00 | $2,790.00 |
| 10/03/2012 | NLM | Revise Reply in Support of Motion for Summary Judgment. Confer with Craig Stokley regarding same. | 1.50 | $225.00 | $337.50 |
| 10/03/2012 | WCS | Review reply in support of summary judgment motion. Provide comments regarding same. | 1.30 | $250.00 | $325.00 |
| 10/04/2012 | NLM | Confer with Craig Stokley regarding Reply in Support of Motion for Summary Judgment. Revise Reply brief. | 1.60 | $225.00 | $360.00 |
| 10/05/2012 | AXG | Receipt and review of Deposition Notice to Dallas Spring. Attention to docketing of same. | 0.20 | $150.00 | $30.00 |
| 10/05/2012 | NLM | Revise Reply in Support of Motion for Summary Judgment. Prepare Reply brief for filing. | 1.50 | $225.00 | $337.50 |
| 10/05/2012 | WCS | Briefly correspond with client regarding case. | 0.20 | $250.00 | $50.00 |
| 10/08/2012 | NLM | Draft Reply to Response to Motion for Leave to Amend Complaint to add claim for exemplary | 4.00 | $225.00 | $900.00 |

damages. Conduct legal research relating to same.

| | | | | | |
|---|---|---|---|---|---|
| 10/08/2012 | WCS | Go over case status with client and discuss upcoming depositions and upcoming discovery responses. | 1.50 | $250.00 | $375.00 |
| 10/09/2012 | NLM | Revise Reply to Response for Motion to Leave to Amend Complaint.  Confer with Craig Stokley regarding same. | 0.90 | $225.00 | $202.50 |
| 10/09/2012 | WCS | Edit and revise reply in support of motion for leave to amend. | 2.00 | $250.00 | $500.00 |
| 10/10/2012 | NLM | Review response to motion to strike summary judgment.  Confer with Craig Stokley regarding deposition schedule. Draft subpoenas for depositions. Draft notice of intent to take deposition. | 1.70 | $225.00 | $382.50 |
| 10/10/2012 | WCS | Send correspondence regarding deposition schedule and upcoming depositions. | 0.50 | $250.00 | $125.00 |
| 10/11/2012 | NLM | Review client documents.  Conduct interview of J. Martinez regarding shipment.  Confer with Craig Stokley regarding deposition of J. Martinez and J. McConnell.  Review emails re discovery deadline. Revise subpoenas. | 3.00 | $225.00 | $675.00 |
| 10/11/2012 | WCS | Confer with opposing counsel.  Correspond with opposing counsel regarding same. | 1.50 | $250.00 | $375.00 |
| 10/12/2012 | NLM | Confer with Craig Stokley regarding request by Hellmann to continue trial.  Confer with Craig Stokley regarding deposition strategy.  Revise deposition notice. | 0.80 | $225.00 | $180.00 |
| 10/12/2012 | WCS | Send correspondence to opposing counsel.  Confer with client and opposing counsel regarding deposition logistics and Defendants request for continuance.   Review joint status report, and Defendants discovery requests. | 3.20 | $250.00 | $800.00 |
| 10/15/2012 | JTP | Confer relating to strategy for response to Motion for Continuance. | 0.50 | $375.00 | $187.50 |
| 10/15/2012 | NLM | Review Motion for Continuance. Draft Response to Motion for Continuance.  Conduct legal research regarding same.  Confer with Craig Stokley regarding same. | 2.90 | $225.00 | $652.50 |

**Riney, Palter PLLC**
**Everett Zeller**

10/15/2012
Page No.:   3

| | | | | | |
|---|---|---|---|---|---|
| 10/15/2012 | WCS | Review motion for continuance filed by opposing counsel.  Confer regarding same.  Draft and edit response. | 3.50 | $250.00 | $875.00 |

| | | |
|---|---|---|
| Fee Subtotal | | $10,887.50 |
| Adjustments to Fees | | $-2,887.50 |
| | Total Fees | $8,000.00 |
| Total New Charges | | $8,000.00 |
| Previous Balance | | $17,549.79 |
| Total Payments and Credits | | $-17,549.79 |
| Balance Due | | $8,000.00 |



# RINEY PALTER
PLLC

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:      11/01/2012
Invoice No:      021377

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/16/2012 | NLM | Revise response to motion for continuance and expedited consideration. Draft affidavit of W. Craig Stokley regarding same. | 2.50 | $225.00 | $562.50 |
| 10/16/2012 | WCS | Finalize response to motion for continuance, affidavit in support, and file. | 1.00 | $250.00 | $250.00 |
| 10/17/2012 | NLM | Conduct legal research regarding ▮▮▮▮▮▮. Draft outline for response to motion for leave. Conduct legal research regarding new arguments in reply brief. | 2.80 | $225.00 | $630.00 |
| 10/17/2012 | WCS | Confer with opposing counsel regarding their desire to file motion for leave to file reply brief. Review same. | 0.40 | $250.00 | $100.00 |
| 10/18/2012 | NLM | Review Hellmann Reply brief. Confer with W. Craig Stokley regarding Motion for Continuance. Amend Eagle Responses to Requests for Disclosure. Draft Eagle Motion for Leave to File Surreply. | 6.80 | $225.00 | $1,530.00 |
| 10/18/2012 | WCS | Analyze approach to responding to Defendants motion for leave to file reply and/or filing a sur-reply. Confer with client regarding case update, developments at the company, and logistics for completing discovery obligations in the coming weeks. | 1.20 | $250.00 | $300.00 |
| 10/19/2012 | NLM | Draft Surreply brief in Opposition to Hellmann's Motion for Summary Judgment. Confer with W. Craig Stokley regarding same. | 1.90 | $225.00 | $427.50 |

**P's Appx.  70**

**Riney, Palter PLLC**
**Everett Zeller**

| | | | | | |
|---|---|---|---|---|---|
| 10/22/2012 | AXG | Preparation of correspondence to opposing counsel attaching deposition subpoenas. Attention to service of same. Attention to docketing depositions. Preparation of correspondence to local process server requesting service on John McConnell. Confirm court reporter coverage for the deposition of John McConnell. Preparation of correspondence to process server in Laredo relating to service on Jose Martinez. Confirm court reporter and videographer for same. | 0.90 | $125.00 | $112.50 |
| 10/22/2012 | NLM | Revise Subpoenas to John McConnell and Joe Martinez. Confer with W. Craig Stokley regarding same. Draft Response and Objections to Hellmann Requests for Admissions. | 2.30 | $225.00 | $517.50 |
| 10/23/2012 | NLM | Revise Responses to Requests for Admissions. Draft Answers and Objections to First Set of Interrogatories. | 2.10 | $225.00 | $472.50 |
| 10/24/2012 | AXG | Preparation of correspondence to George relating to status of service on Joe Martinez. Confer relating to status of service. | 0.20 | $150.00 | $30.00 |
| 10/24/2012 | NLM | Revise answers to interrogatories. | 0.30 | $225.00 | $67.50 |
| 10/26/2012 | AXG | Receipt and review of Return of Service relating to Subpoena to Joe Martinez. Confer relating to procedure associated with filing same. | 0.30 | $150.00 | $45.00 |
| 10/26/2012 | NLM | Revise Objection and Motion to Strike New Arguments in Reply Brief. Confer with W. Craig Stokley regarding same. Prepare brief for filing. | 1.10 | $225.00 | $247.50 |
| 10/26/2012 | WCS | Attention to motion to strike, confer regarding same. | 1.30 | $250.00 | $325.00 |
| 10/29/2012 | NLM | Review response to motion to strike new arguments in Hellmann reply brief. Confer with W. Craig Stokley regarding need to file reply brief regarding same. | 0.20 | $225.00 | $45.00 |
| 10/29/2012 | WCS | Meet with client regarding documents to be produced and other discovery. Prepare discovery responses. Review discovery responses sent by opposing counsel. Review response filed by opposing counsel to our motion to strike arguments raised by Defendants in their tardy summary judgment response. | 5.00 | $250.00 | $1,250.00 |

**Riney, Palter PLLC**
**Everett Zeller**

11/01/2012
Page No.:   3

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/30/2012 | AXG | Preparation of Responses and Objections to First Request for Production.  Preparation of Answers and Objections to First Set of Interrogatories. | 3.40 | $150.00 | $510.00 |
| 10/31/2012 | NLM | Prepare Surreply in Opposition to Motion for Summary Judgment for filing. Research deadlines for serving responses under Federal Rules of Civil Procedure. Confer with W. Craig Stokley regarding discovery responses. Revise responses to requests for admission, requests for production, and interrogatories.  Review client documents to be produced. | 6.00 | $225.00 | $1,350.00 |
| 10/31/2012 | WCS | Serve amended disclosures. | 0.80 | $250.00 | $200.00 |

| | | |
|---|---|---|
| Fee Subtotal | | $8,972.50 |
| Adjustments to Fees | | $-675.00 |
| | Total Fees | $8,297.50 |

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/24/2012 | Delivery - SD Process Department to John McConnell Inv.#407430 | 1.00 | $132.91 |
| 10/25/2012 | Service Fee - Texas Pictorial Inv.#1373 Process Service on Joes Martinez | 1.00 | $121.05 |
| | Total Expenses | | $253.96 |

| | |
|---|---|
| Total New Charges | $8,551.46 |
| Previous Balance | $8,000.00 |
| Total Payments and Credits | $-8,000.00 |
| Balance Due | $8,551.46 |

**P's Appx.  72**



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

**VIA EMAIL**

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date:   11/15/2012
Invoice No:   021540

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 11/01/2012 | NLM | Confer with W. Craig Stokley regarding outstanding discovery responses. Draft verification regarding interrogatory responses. Conduct legal research regarding discovery rules. Serve discovery responses. | 3.20 | $225.00 | $720.00 |
| 11/01/2012 | WCS | Detailed attention to responding to Defendants discovery requests. Multiple conferences with client regarding same. | 5.50 | $250.00 | $1,375.00 |
| 11/02/2012 | NLM | Revise certificate of service for discovery responses. Draft email to counsel regarding same. Confer with W. Craig Stokley regarding outstanding discovery. | 0.90 | $225.00 | $202.50 |
| 11/03/2012 | NLM | Revise Rule 26 disclosures. Draft motion for leave to file Rule 26 disclosures. Confer with W. Craig Stokley regarding same. Send email to counsel regarding same. | 4.10 | $225.00 | $922.50 |
| 11/03/2012 | WCS | Attention to pretrial disclosures. | 0.50 | $250.00 | $125.00 |
| 11/05/2012 | NLM | Revise pretrial disclosures for filing. File and serve pretrial disclosures. | 0.30 | $225.00 | $67.50 |
| 11/06/2012 | NLM | Review Amended Notice of Deposition for Dallas Spring and requests for documents relating to same. Draft response and objections to same. Conduct legal research regarding deadline to serve objections. Confer with W. Craig Stokley regarding same. | 3.70 | $225.00 | $832.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/06/2012 | WCS | Travel to client location and meet with Shirley Robinson and Everett Zeller regarding deposition preparation.  Prepare for same.  Finalize production of Dallas Spring documents and responses to requests.  Confer with opposing counsel regarding pre-trial face to face conference and logistics regarding same.  Propose that we request a January 21 trial setting. | 8.00 | $250.00 | $2,000.00 |
| 11/07/2012 | NLM | Review revised notices of deposition of Dallas Spring.  Confer with W. Craig Stokley regarding deposition of Shirley Robinson. | 0.40 | $225.00 | $90.00 |
| 11/07/2012 | WCS | Meet with Shirley Robinson and present her for deposition in corporate representative capacity for Dallas Spring and in her individual capacity.  Multiple meetings regarding same. | 5.50 | $250.00 | $1,375.00 |
| 11/08/2012 | NLM | Draft objections and designations to Hellmann notice of deposition of Eagle corporate representative. | 1.00 | $225.00 | $225.00 |
| 11/09/2012 | NLM | Prepare for Deposition of Jose Martinez. Pursue exhibits regarding same. | 0.40 | $225.00 | $90.00 |
| 11/09/2012 | WCS | Correspond with opposing counsel regarding preferential trial setting on January 21, 2012. | 0.40 | $250.00 | $100.00 |
| 11/12/2012 | NLM | Deposition preparation. Pursue exhibits regarding same. Draft deposition outline. | 3.70 | $225.00 | $832.50 |
| 11/12/2012 | WCS | Confer with Everett Zeller regarding deposition preparation.  Send Shirley Robinson's deposition to client for review in preparation for depositions. | 0.70 | $250.00 | $175.00 |
| 11/13/2012 | NLM | Deposition preparation. Review exhibits from previous depositions. Revise deposition outline. Revise and serve responses and objections to notice of deposition of Eagle Corporate Representative. | 2.60 | $225.00 | $585.00 |
| 11/13/2012 | WCS | Prepare for deposition of Everett Zeller.  Meet with client regarding deposition.  Draft, edit, and serve responses to Eagle corporate rep deposition notice. | 5.50 | $250.00 | $1,375.00 |
| 11/14/2012 | AXG | Confirm deposition setting and coverage with Susan Constantin. | 0.10 | $150.00 | $15.00 |

**P's Appx.  74**

**Riney, Palter PLLC**
**Everett Zeller**

11/15/2012
Page No.:  3

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2012 | NLM | Pursue exhibits for Deposition of Jose Martinez. Confer with Craig Stokley regarding same.  Pursue strategy with Craig Stokley and Everett Zeller regarding case status and future action. Draft deposition outline. | 4.00 | $225.00 | $900.00 |
| 11/14/2012 | WCS | Defend Everett Zeller's deposition. Defend Corporate Representative of Dallas Spring's deposition.  Defend Corporate Representative of Eagle Suspensions deposition.  Multiple meetings regarding same.  Prepare for John McConnell's deposition. | 10.00 | $250.00 | $2,500.00 |
| 11/15/2012 | NLM | Confer with Craig Stokley regarding deposition of John McConnell.  Pursue strategy with Craig Stokley regarding deposition of Jose Martinez. Prepare exhibits for deposition of Jose Martinez. Revise deposition outline regarding same. | 8.00 | $225.00 | $1,800.00 |
| 11/15/2012 | WCS | Prepare for and take deposition of John McConnell.  Confer regarding same in preparation for Joe Martinez's deposition. | 4.00 | $250.00 | $1,000.00 |

|  |  |
|---|---|
| Fee Subtotal | $17,307.50 |
| Adjustments to Fees | $-2,075.00 |
| **Total Fees** | **$15,232.50** |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/30/2012 | EAGL01-01 Travel expenses on 10/30 | 1.00 | $26.65 |
| 11/06/2012 | EAGL01-01 Travel expenses on 11/06 | 1.00 | $26.65 |
| 11/14/2012 | Court Reporter - U.S. Legal Support Inv.#91369285 Depositions of Shirley Robinson | 1.00 | $503.21 |
| | **Total Expenses** | | **$556.51** |

| | |
|---|---|
| Total New Charges | $15,789.01 |
| Previous Balance | $8,551.46 |
| Total Payments and Credits | $-8,551.46 |

**P's Appx.  75**

**Riney, Palter PLLC**
**Everett Zeller**

Balance Due                                              $15,789.01



**RINEY PALTER**
P.L.L.C.

Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

## VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

Date: 12/15/2012
Invoice No: 021883

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 11/16/2012 | NLM | Prepare for deposition of Joe Martinez. Take deposition of Joe Martinez. Confer with W. Craig Stokley regarding same. Draft email regarding discovery deadlines. | 7.00 | $225.00 | $1,575.00 |
| 11/16/2012 | WCS | Correspond with opposing counsel regarding preferential rial setting. | 0.00 | $250.00 | No Charge |
| | | | 0.20 | | No Charge |
| 11/21/2012 | AXG | Receipt and review of transcript of the deposition of John McConnell. Attention to indexing same to the file. | 0.20 | $150.00 | $30.00 |
| 11/27/2012 | WCS | Correspond with opposing counsel regarding letter for preferential trial setting. Confer with Court regarding same. | 0.00 | $250.00 | No Charge |
| | | | 0.70 | | No Charge |
| 12/05/2012 | WCS | Draft and hand deliver letter to Court. Circulate same to opposing counsel. | 0.00 | $250.00 | No Charge |
| | | | 1.50 | | No Charge |
| 12/07/2012 | WCS | Respond to inquiry by Court. | 0.00 | $250.00 | No Charge |
| | | | 0.50 | | No Charge |
| | | | | Total Fees | $1,605.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|

P's Appx.  77

**Riney, Palter PLLC**
**Everett Zeller**

**12/15/2012**
**Page No.:   2**

| Date | Description | Qty | Amount |
|---|---|---|---|
| 11/14/2012 | Court Reporter - U.S. Legal Support Inv.#91369988 Deposition of Everett Zeller, Everett Zeller-Eagle Suspension, & Everett Zeller-Dallas Spring | 1.00 | $747.65 |
| 11/15/2012 | Court Reporter - Constantin & Associates Inv.#3744 Deposition of John McConnell | 1.00 | $640.30 |
| 11/16/2012 | Texas Pictorial - Conference Room Rental on 11/16/12 Laredo, TX | 1.00 | $150.00 |
| 11/20/2012 | Travel Expense to Laredo, TX for John McConnell Deposition Airfare $489.60, Hotel $198.36, Internet $10.77, Meals $24.76 | 1.00 | $723.49 |
| 12/10/2012 | Court Reporter - Alfonso DeLeon - Deposition of Jose Martinez on 11/16/12 | 1.00 | $1,294.00 |

|  |  |
|---|---|
| Total Expenses | $3,555.44 |
| Total New Charges | $5,160.44 |
| Previous Balance | $15,789.01 |
| Total Payments and Credits | $-15,789.01 |
| Balance Due | $5,160.44 |

**P's Appx.  78**



Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, Texas 75225-8009
214-461-1219 Accounting
214-461-1210 Fax

Tax ID # 20-4072167

## VIA EMAIL

Everett Zeller
Email to: e.zeller@eaglesuspensions.com
Eagle Suspensions, Inc.
1605 Lakeway Dr.
Lewisville, TX 75057-6007

| | |
|---|---|
| Date: | 1/01/2013 |
| Invoice No: | 021991 |

Regarding: Eagle Suspensions, Inc. / Hellmann Worldwide Logistics, Inc., et al          EAGL01-01

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 12/20/2012 | NLM | Confer with Craig Stokley regarding summary judgment order. Confer regarding settlement strategy. | 0.00 | $225.00 | No Charge |
| | | | 0.50 | | No Charge |
| 12/21/2012 | NLM | Confer with W. Craig Stokley regarding case status and future action. Confer with W. Craig Stokley regarding email from mediator. | 0.00 | $225.00 | No Charge |
| | | | 0.20 | | No Charge |
| | | | | Total Fees | $0.00 |

Previous Balance                                                                    $5,160.44

Balance Due                                                                         $5,160.44



# PALTER

## STOKLEY · SIMS · WRIGHT

A Professional Limited Liability Company

2712 Amherst Street, Dallas, TX 75225
972-653-0196 (Phone) / 214-722-1077 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.
1605 Lakeway Drive
Lewisville, TX 75057-6007

Date:  01/15/2013
Invoice Number: 00005
File Number: EAGL01-01

---

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 01/04/13 | WCS | Attention to mediation logistics and trial strategy. Confer with opposing counsel regarding case and options for structuring settlement discussions as well as some pre-trial issues.  Multiple correspondence regarding same.  Confer with client regarding ▇▇▇▇▇ | 3.20 | $250.00 | $800.00 |
| 01/05/13 | WCS | Brainstorm witness list and trial strategy. | 1.90 | $250.00 | $475.00 |
| 01/06/13 | WCS | Attention to trial strategy.  Preparation of checklist of items to be completed for trial.  Prepare Notice of New Firm. | 3.40 | $250.00 | $850.00 |
| 01/07/13 | WCS | Confer with Nathanial Martinez regarding matters to be completed for Eagle trial preparation.  Prepare materials for trial notebooks.  Consider strategy regarding ▇▇▇▇▇ ▇▇▇▇ Brainstorm jury selection issues and cross examination of David Kang. | 3.40 | $250.00 | $850.00 |
| 01/08/13 | WCS | Review draft jury instructions.  Send comments to Nathanial regarding same and inquiry regarding ▇▇▇▇▇▇▇ ▇▇▇▇ | 2.80 | $250.00 | $700.00 |
| 01/08/13 | NLM | Conduct legal research regarding ▇▇▇▇▇▇ ▇▇▇▇  Confer with W. Craig Stokley regarding trial preparation and materials. | 2.00 | $225.00 | $450.00 |

Page 2
01/15/13 Invoice

EAGL01-01

| 01/09/13 | WCS | Meet with Nathanial Martinez regarding trial prep outstanding items. Meet with Nathanial Martinez and Alex Gamino regarding trial preparation notebooks and trial preparation of outstanding items. Brainstorm trial subpoenas and other trial issues. Discuss proof outline and approach to accomplishing completion. | 4.80 | $250.00 | $1,200.00 |
|---|---|---|---|---|---|
| 01/09/13 | NLM | Meet and confer with W. Craig Stokley regarding trial preparation, strategy, and materials. Draft trial material checklist. Conduct legal research regarding jury charge and instructions for claims and defenses. Draft jury charge and instructions. Confer with W. Craig Stokley regarding same. | 7.00 | $225.00 | $1,575.00 |
| 01/09/13 | AXG | Meeting to discuss strategy for trial. Review of case document Begin preliminary assimilation of documents for pretrial and trial. Review case docket sheet to confirm live pleadings for trial and pleadings notebook. | 2.50 | $150.00 | $375.00 |
| 01/10/13 | WCS | Attention to proof outline issues, trial notebooks, and mediation. Send follow up to opposing counsel regarding mediation. Review deadlines with Court for January 25, 2013. Consider strategic options for trial presentation of liability, damages, and attorney fees. | 3.20 | $250.00 | $800.00 |
| 01/10/13 | NLM | Confer with W. Craig Stokley regarding trial notebooks. Confer with outside vendor regarding printing of same. Conduct legal research regarding ███████████████ ████████████████████████████ | 2.00 | $225.00 | $450.00 |
| 01/10/13 | AXG | Continued assimilation and extraction of documents and electronic files for trial and pretrial. Preparation of preliminary draft of Witness List. Preparation of preliminary draft of Exhibit List. | 1.90 | $150.00 | $285.00 |
| 01/11/13 | WCS | Confer with Jeff Abrams regarding mediation. Attention to court order regarding punitive damages. Attention to strategy regarding ███████████ Confer with Nathanial Martinez regarding same. Attention to logistics for trial notebooks. | 2.00 | $250.00 | $500.00 |
| 01/11/13 | NLM | Review materials and exhibits for trial preparation notebooks. Confer with W. Craig Stokley regarding same. Review deposition of John Russell for trial preparation. Draft outline for proof and evidence at trial. Pursue trial strategy. Revise and circulate first amended complaint. | 4.00 | $225.00 | $900.00 |
| 01/12/13 | WCS | Attention to trial presentation of liability, damages, and attorney fees. Attention to amended petition with punitive damages and certain issues for filing. | 1.50 | $250.00 | $375.00 |

Page 3
01/15/13 Invoice                                                                                              EAGL01-01

| | | | | | |
|---|---|---|---|---|---|
| 01/12/13 | NLM | Draft trial preparation proof and evidence outline. Review deposition testimony in preparation for trial. Draft questions for cross examination at trial. | 2.50 | $225.00 | $562.50 |
| 01/13/13 | WCS | Attention to amended petition. Review summary judgment motions in preparation for trial. | 1.00 | $250.00 | $250.00 |
| 01/14/13 | WCS | Confer with Nathanial Martinez regarding trial subpoenas, jury selection issues, trial proof outline, witness strategy. Prepare and send audit response letter. Develop strategy for trial notebooks. Review deposition testimony of John McConnell for cross examination testimony. | 5.30 | $250.00 | $1,250.00 |
| 01/14/13 | NLM | Revise John Russell and John McConnell deposition testimony for trial preparation. Draft cross-examination questions relating to same. Draft outline of proof and evidence relating to same. Confer with Craig Stokley regarding trial preparation and strategy. Revise and file First Amended Complaint. Confer regarding delivery of same to court. | 6.90 | $225.00 | $1,553.50 |
| 01/15/13 | WCS | Prepare for trial. Confer with Nathanial Martinez regarding trial strategy, themes, and jury selection. Review exhibits for trial. | 3.50 | $250.00 | $875.00 |
| 01/15/13 | NLM | Review deposition testimony in preparation for trial. Draft outline and examination questions relating to same. Confer with W. Craig Stokley regarding same. Review trial materials and pursue exhibits for trial. | 3.40 | $225.00 | $765.00 |

Total Fees:     $15,841.00

**Balance Due:     $15,841.00**



# PALTER
## STOKLEY • SIMS • WRIGHT
A Professional Limited Liability Company

2712 Amherst Avenue, Dallas, TX 75225
972-653-0196 (Phone) / 214-722-1077 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.
1605 Lakeway Drive
Lewisville, TX 75057-6007

Date:  02/01/2013
Invoice Number: 00028
File Number: EAGL01-01

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 01/16/13 | NLM | Review proposed trial exhibits.  Confer with W. Craig Stokley regarding same. | .50 | $225.00 | $112.50 |
| 01/17/13 | AG | Retrieve copy of Scheduling Order for attorney review.  Assimilation of discovery responses for trial use. | .80 | $150.00 | $120.00 |
| 01/17/13 | NLM | Conduct legal research regarding ████████ Review exhibits for trial. Draft subpoenas for trial witnesses. Confer with W. Craig Stokley regarding same. | 3.20 | $225.00 | $720.00 |
| 01/18/13 | AG | Preparation of comparison merge of Hellmann Answers.  Retrieve live pleadings from PACER for trial notebooks.  Begin assimilation of pleadings and preparation of Pleadings Notebook for Trial. | 4.00 | $150.00 | $600.00 |
| 01/18/13 | WCS | Review stipulation.  Attention to how defendants stipulation impacts trial and pretrial submissions. | 2.00 | $250.00 | $500.00 |
| 01/18/13 | NLM | Conduct legal research for trial briefs and motions in limine regarding evidence at trial.  Conduct research regarding ███████████  Conduct legal research regarding ████████████  Confer with W. Craig Stokley regarding same.  Draft trial subpoenas. | 4.30 | $225.00 | $967.50 |

Page 2
02/01/13 Invoice                                                                 EAGL01-01

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/13 | NLM | Conduct legal research regarding ██████████ ██████████ Confer with John T. Palter regarding same. Draft to-do list for Eagle trial preparation. Draft email to Craig W. Stokley regarding outstanding assignment for trial preparation. | 2.60 | $225.00 | $585.00 |
| 01/19/13 | WCS | Review to do list. Evaluate issues for trial brief, motions in limini, and pretrial order. | 2.70 | $250.00 | $675.00 |
| 01/20/13 | WCS | Organize issues for trial brief. Evaluate methods to obtain attorney fees bifurcated. Consider whether to produce fee statements and include them as exhibits. Consider whether to produce fee statements. | 1.50 | $250.00 | $375.00 |
| 01/21/13 | AG | Continued assimilation of discovery, document productions and deposition transcripts. Preparation of indexes of each and notebooks containing same. | 4.90 | $150.00 | $735.00 |
| 01/21/13 | NLM | Conduct legal research regarding ██████████ ██████████ Confer with John T. Palter regarding same. Draft to-do list for Eagle trial preparation. Draft email to Craig W. Stokley regarding outstanding assignment for trial preparation. | 7.20 | $225.00 | $1,620.00 |
| 01/21/13 | WCS | Prepare and circulate joint pretrial order. Send correspondence to opposing counsel regarding framework for agreeing upon terms for joint pretrial order. Send correspondence to client regarding ██████████ ██████████ | 5.50 | $250.00 | $1,375.00 |
| 01/21/13 | JTP | Strategy in connection with ██████████ ██████████ | 1.00 | $395.00 | $395.00 |
| 01/22/13 | NLM | Review depositions and select excerpts for use at trial and for designation in pretrial order. Review and revise draft exhibit list. Review exhibit list submitted by Hellmann. Confer with W. Craig Stokley regarding exhibits to be used at trial. Draft email to client regarding ██████████ ██████████ Review amended and supplemental disclosures. | 8.20 | $225.00 | $1,845.00 |
| 01/22/13 | WCS | Prepare and circulate Eagle's exhibit list. Review and edit deposition designations for Joe Martinez. Review Eagle invoices for production. Review and edit objections to Hellmann's proposed exhibit list. | 6.50 | $250.00 | $1,625.00 |
| 01/23/13 | AG | Review and redact fee statements. | 3.90 | $150.00 | $585.00 |

Page 3
02/01/13 Invoice                                                          EAGL01-01

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/13 | NLM | Draft trial deposition designations. Draft trial witness list. Draft list of contested issues of law for pretrial order. Confer with W. Craig Stokley regarding trial materials and strategy. Review Hellmann trial exhibit list. | 7.30 | $225.00 | $1,642.50 |
| 01/23/13 | WCS | Prepare pretrial materials. | 5.50 | $250.00 | $1,375.00 |
| 01/24/13 | AG | Attention to scanning and labeling Eagle's Trial Exhibits. Preparation of CD containing trial exhibits. Attention to cross-checking and confirming exhibits with exhibits listed on exhibit list. Preparation of revisions to Exhibit List. Attention to service of exhibits on opposing counsel. | 9.70 | $150.00 | $1,455.00 |
| 01/24/13 | NLM | Pursue strategy regarding trial. Conduct legal research regarding ▮▮▮▮▮ Conduct legal research regarding ▮▮▮▮ Conduct legal research regarding ▮▮▮ Draft outline of trial brief. Revise subpoenas for trial witnesses. Confer with W. Craig Stokley regarding trial preparation. | 10.30 | $225.00 | $2,317.50 |
| 01/24/13 | WCS | Prepare pre-trial materials. Circulate comments to joint pre-trial order. Detailed analysis of each of Defendants exhibits and identify all evidentiary objections. Prepare and edit statement listing objections. ▮▮▮▮▮▮ ▮▮▮▮▮▮ Draft cover letter for trial subpoenas. | 8.50 | $250.00 | $2,125.00 |
| 01/25/13 | NLM | Draft motion in limine. Draft trial brief. Conduct legal research relating to same. Draft voir dire questions. Confer with W. Craig Stokley regarding same. File trial order and related documents. | 8.70 | $225.00 | $1,957.50 |
| 01/25/13 | JTP | Confer relating strategy associated with argument and authorities in Trial Brief. | 1.60 | $395.00 | $632.00 |
| 01/25/13 | WCS | Prepare, edit, and file trial brief, motion in limine, exhibit lists, witness lists, deposition excerpts, joint pretrial order, jury selection questions, and jury charge. Confer with opposing counsel on same where necessary or appropriate. Send correspondence to opposing counsel. Multiple conferences with Nathanial Martinez regarding same. Review filings by Hellmann and create strategy for response. Detailed trial preparation. Review trial subpoenas. | 8.00 | $250.00 | $2,000.00 |
| 01/28/13 | AG | Assimilation of documents and preparation of notebook containing courtesy copies of January 25, 2013 pleadings for the Court. Preparation of correspondence enclosing same. Coordinate delivery of same. Assimilation of documents and preparation of notebook of pretrial pleadings for attorney use. Receipt and review of process service update regarding John McConnell. | 3.90 | $150.00 | $585.00 |

**P's Appx. 85**

Page 4
02/01/13 Invoice

EAGL01-01

| 01/28/13 | WCS | Attention to options for responding to Hellmann's aspersions regarding their objections to our exhibit list. Begin preparing trial questions for Everett Zeller. | 2.80 | $250.00 | $700.00 |
|---|---|---|---|---|---|
| 01/28/13 | NLM | Prepare exhibits for trial. Review filings by Hellman relating to trial. Review trial briefs. Draft and send email to W. Craig Stokley regarding notice of objections. Conduct legal research relating to ███████ Confer with W. Craig Stokley regarding same. Draft insert for omnibus response to Defendant's trial briefs. | 7.90 | $225.00 | $1,777.50 |
| 01/29/13 | NLM | Draft response to trial briefs. Conduct research relating to each issues raised by Defendant's trial briefs. Confer with W. Craig Stokley regarding same. Review deposition testimony in preparation for trial. | 10.10 | $225.00 | $2,272.50 |
| 01/29/13 | WCS | Confer regarding response to Hellman's six trial briefs. Attention to methods for getting each exhibit into evidence. | 4.80 | $250.00 | $1,200.00 |
| 01/30/13 | AG | Preparation of Table of Contents and Table of Authorities for Eagle's Response to Defendant's Trial Briefs. Update Exhibits to label them as Plaintiff's Exhibits. | 4.80 | $150.00 | $720.00 |
| 01/30/13 | NLM | Revise and coordinate service of subpoena on David Kang. Coordinate filing of response to trial briefs. Review deposition designations in preparation for ████████████████████ Confer with W. Craig Stokley relating to same. | 4.50 | $225.00 | $1,012.50 |
| 01/30/13 | WCS | Review, edit, and confer regarding to response to trial brief. | 7.50 | $250.00 | $1,875.00 |
| 01/31/13 | AG | Coordinate service of David Kang Subpoena. Receipt and review of service confirmation. Confer relating to same. | .30 | $150.00 | $45.00 |
| 01/31/13 | NLM | Review deposition designations. Draft summary of items that Defendant may raise at trial. Confer with W. Craig Stokley regarding same. ████████████ ████████████ Draft response to Defendant's motion for leave to file discovery motion. | 7.20 | $225.00 | $1,620.00 |
| 01/31/13 | WCS | ████████████████████ Review Hellman's motion for deemed admissions. | 5.20 | $250.00 | $1,300.00 |

|  |  |  | **Total Fees:** | $39,447.00 |
|---|---|---|---|---|
|  |  |  | *Discount:* | *($10,000.00)* |
|  |  |  | **Total Fees:** | **$29,447.00** |

**P's Appx.  86**

Page 5
02/01/13 Invoice                                                                EAGL01-01

### *Expenses:*

| | | |
|---|---|---:|
| 01/11/13 | Xact Data Discovery B/W blowbacks w/slip sheets | $196.76 |
| 01/17/13 | Trial Supplies – Binders and Index Tabs | $221.66 |
| 01/24/13 | Special Delivery Inv.#414181 – Order#024-0221 Delivery from RP to PSSW. | $ 24.74 |
| 01/24/13 | Federal Express Tracking Receipt  #79459474933 | $ 19.45 |
| 01/24/13 | Federal Express Tracking Receipt #794594784150 | $ 16.26 |
| | | $478.87 |

**Balance Due:**     **$ 29,925.87**



# PALTER
## STOKLEY • SIMS • WRIGHT
A Professional Limited Liability Company

2712 Amherst Avenue, Dallas, TX 75225
972-653-0196 (Phone) / 214-722-1077 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.                     Date:  02/15/2013
1605 Lakeway Drive                          Invoice Number: 00079
Lewisville, TX 75057-6007                   File Number: EAGL01-01

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 02/01/13 | WCS | Review and edit response to Hellmann's Motion for Leave. Confer regarding approach to response to Motions in Limini. Attention to presentation of Everett Zeller. | 2.50 | $250.00 | $625.00 |
| 02/01/13 | NLM | Pursue various pretrial matters.  Confer with W. Craig Stokley regarding trial strategy. Draft response to motion for leave to file motion to deem requests for admissions admitted.  Draft proposed order regarding same.  Draft notice of false certification of conference. | 4.60 | $225.00 | $1,035.00 |
| 02/02/13 | NLM | Revise exhibit list to include objections made by Hellmann and Sponsoring witnesses. | 2.00 | $225.00 | $450.00 |
| 02/03/13 | NLM | Revise exhibit list to include objections by Hellmann and Plaintiff's responses to same. Confer with W. Craig Stokley relating to same. Conduct legal research relating to ▉▉▉▉ | 1.00 | $225.00 | $225.00 |
| 02/03/13 | WCS | Finalize direct examination of Everett Zeller.  Prepare document showing which exhibits will be used with which witnesses. Continued attention to trial strategy. | 5.80 | $250.00 | $1,450.00 |
| 02/04/13 | NLM | Coordinate vendor for copying and printing of trial notebooks. Conduct legal research relating to ▉▉▉▉▉▉▉ ▉▉▉▉▉▉ Draft email summarizing research. Confer with W. Craig Stokley regarding various trial matters and strategy. Review emails relating to opposing counsel agreement to serve objections to exhibits. Revise exhibit list to include deposition citations and deposition exhibit numbers. Pursue exhibits relating to same. | 9.20 | $225.00 | $2,070.00 |

**P's Appx.  88**

Page 2
02/15/13 Invoice                                                            EAGL01-01

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/13 | WCS | Attention to pretrial conference issues. Attention to exhibit lists and issues that should be raised at the pretrial conference regarding same. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Consider trial strategy options. Prepare voir dire questions. | 8.50 | $250.00 | $2,125.00 |
| 02/05/13 | NLM | Review deposition testimony of Shirley Robinson as fact witness and corporate representative.▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Confer with W. Craig Stokley regarding same. Revise deposition testimony of John Russell. Draft cross examination of John Russell. Review exhibits for trial. Revise notice of false certification. Prepare and coordinate filing of same. Draft email regarding deposition excerpts to be used at trial. | 9.30 | $225.00 | $2,092.50 |
| 02/05/13 | WCS | Review and file notice of false certification. Detailed review of Defendant's motion in limine topics. Send correspondence to opposing counsel regarding contact information. Prepare for trial and prepare for issues that may be raised at the pre-trial conference. | 7.80 | $250.00 | $1,950.00 |
| 02/06/13 | AG | Assimilation and highlight of deposition transcript excerpts of Jose Martinez. Attention to transcription of deposition excerpts of Martinez for use at trial. Continued preparation of deposition excerpts for attorney use at trial. | 5.60 | $150.00 | $ 840.00 |
| 02/06/13 | WCS | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Detailed attention to cross examination of John McConnell. Prepare jury selection approach and opening/closing strategy. Begin David Kang cross examination. Detailed analysis of presentation of exhibit evidence to jury. | 9.70 | $250.00 | $2,425.00 |
| 02/06/13 | NLM | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮Revise direct examination outline for Shirley Robinson. Confer with W. Craig Stokley regarding Joint Pretrial Order. Review emails relating to preparation for pretrial conference. Draft emails relating to same. Revise cross examination outline of John Russell. Review deposition of Jose Martinez. Confer with Alex Gamino regarding deposition excerpt assignment. Draft proposed order regarding request to pre-admit exhibits. Conduct legal research relating to admissibility of discovery responses at trial. | 9.00 | $225.00 | $2,025.00 |
| 02/07/13 | AG | Assimilation of new pleading filings and preparation of notebooks for trial. Confer relating to trial and preparation for same. Attention to logistics for trial. Begin perfecting and assembling electronic Eagle and Hellman exhibits for trial presentation. Attention to importing Eagle trial exhibits into Trial Director for presentment. | 4.90 | $150.00 | $ 735.00 |

**P's Appx. 89**

Page 3
02/15/13 Invoice                                                                    EAGL01-01

| | | | | | |
|---|---|---|---|---|---|
| 02/07/13 | JTP | Attention to logistics for trial and strategy associated with pretrial and trial. Review and analysis of motions in limine and responses thereto, and motions to pre-admit exhibits and objections thereto. Consider and review issue relating to ▮▮▮▮▮▮▮▮ | 3.50 | $395.00 | $1,382.50 |
| 02/07/13 | WCS | Detailed preparation for pre-trial conference. Multiple conferences with Nathanial L. Martinez and John T. Palter regarding legal issues that may arise at the pre-trial conference. Prepare argument out-line and numerous bench briefs for possible issues. Prepare evidentiary folders for proof in support of arguments. Detailed trial strategy. | 10.50 | $250.00 | $2,625.00 |
| 02/07/13 | NLM | Review deposition excerpts for Jose Martinez to be used at trial. Confer with Alex Gamino regarding same. Conduct legal research relating to ▮▮▮▮▮▮▮▮▮▮ Conduct legal research relating to ▮▮▮▮▮▮▮▮ Conduct legal research relating to ▮▮▮▮▮▮ Pursue exhibits for pretrial conference. Pursue deposition excerpts for pretrial conference. Confer with W. Craig Stokley regarding pretrial conference. | 7.50 | $225.00 | $1,687.50 |
| 02/08/13 | AG | Travel to the Court to confirm courtroom layout and test trial presentation in electronic courtroom. Confer relating to same. Attention to importing deposition transcripts and exhibits into Trial Director. | 4.60 | $150.00 | $690.00 |
| 02/08/13 | JTP | Confer relating to result and summary of pretrial hearing and review alternatives regarding continuance of trial setting. | .60 | $395.00 | $237.00 |
| 02/08/13 | NLM | Attend pretrial conference. Attend training on use of courtroom for trial. Confer with W. Craig Stokley regarding settlement offer. Conduct legal research relating to ▮▮▮▮▮▮ Conduct legal research relating to ▮▮▮▮▮▮. Confer with W. Craig Stokley regarding same. | 6.50 | $225.00 | $1,462.50 |
| 02/08/13 | WCS | Prepare for and attend pre-trial conference. Multiple conferences with opposing counsel regarding logistics for trial. Attend court electronics training. ▮▮▮▮▮▮ Send settlement offer to opposing counsel. Attention to trial strategy. | 8.80 | $250.00 | $2,200.00 |
| 02/09/13 | NLM | Conduct legal research regarding ▮▮▮▮▮▮ | 1.80 | $225.00 | $ 405.00 |

**P's Appx.  90**

Page 4
02/15/13 Invoice                                                                          EAGL01-01

| 02/11/13 | WCS | Prepare cross examination of David Kang. Confer with Nathanial L. Martinez regarding█████████ ███████████████████ | 3.10 | $250.00 | $ 775.00 |
| 02/11/13 | NLM | Review trial exhibits. Confer with Craig Stokley regarding | .80 | $225.00 | $ 180.00 |
| 02/12/13 | NLM | Pursue fact research relating to█████████████████ █████ Review deposition testimony relating to same. Review emails between Everett Zeller and Hellmann pertaining to shipment status. Draft chart for use at trial to determine number of times Everett Zeller asked about the presses. | 7.20 | $225.00 | $1,620.00 |
| 02/12/13 | WCS | Review affidavit filed by opposing counsel. Consider possible trial dates and strategies regarding same. Brief attention to trial preparation. Confer regarding same. | 2.30 | $250.00 | $ 575.00 |
| 02/13/13 | WCS | Continued preparation of cross examination of David Kang. | 2.80 | $250.00 | $ 700.00 |
| 02/15/13 | WCS | Review opposing counsel's medical update to the Court. Confer regarding same. | .50 | $250.00 | $ 125.00 |

|  |  | **Total Fees:** | **$32,712.00** |
|  |  | ***Discount:*** | ***($7,500.00)*** |
|  |  | **Total Fees:** | **$25,212.00** |

**_Expenses:_**

| 01/28/13 | Special Delivery Inv.#414776 Order #025-0651 Process Service on John McConnell on 01/28/13 | $299.25 |
| 01/28/13 | Special Delivery Inv.#414776 Order #028-0369 Delivery from PSSW to Judge Joe Fish on 01/28/13 | $ 22.47 |
| 01/30/13 | Special Delivery Inv.#414776 Order #025-0650 Process Service on John Russell on 01/30/13 | $299.25 |
| 01/31/13 | Special Delivery Inv.#414776 Order #025-0651 Process Service on David Kang on 01/31/13 | $249.25 |
| 01/31/13 | Special Delivery Inv.#414776 Order #031-0281 Delivery from PSSW to US District Court on 01/31/13 | $ 22.47 |
| 02/05/13 | Xact Data Discovery B/W blowbacks w/slip sheets & Binders | $443.89 |
| 02/08/13 | Parking at Courthouse | $ 5.00 |

|  | **Total Expenses:** | **$1,341.58** |

|  | **Balance Due:** | **$ 26,553.58** |

**P's Appx. 91**



# PALTER
## STOKLEY · SIMS · WRIGHT
A Professional Limited Liability Company

8115 Preston Road, Suite 600, Dallas, TX 75225
214-888-3120 (Phone) / 214-888-3109 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.                                         Date:  03/01/2013
1605 Lakeway Drive                                          Invoice Number: 00156
Lewisville, TX 75057-6007                                    File Number: EAGL01-01

---

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 02/20/13 | WCS | Attention to Court's order setting trial to March 18, 2013. Confer regarding same. | .60 | $250.00 | $150.00 |
| 02/22/13 | AG | Attention to coordinating service of trial subpoenas to David Kang, John McConnell, and John Russell. | .40 | $150.00 | $60.00 |
| 02/22/13 | NLM | Conduct legal research regarding ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ Revise subpoenas for trial witnesses. Confer with Craig Stokley regarding same. | 1.10 | $225.00 | $247.50 |
| 02/22/13 | WCS | Attention to trial subpoenas for Kang, McConnell, and Russell. | .50 | $250.00 | $125.00 |
| 02/25/13 | WCS | Attention to process service issues. | .50 | $250.00 | $125.00 |

**Total Fees:  $ 707.50**

**Expenses:**

| | | |
|--|--|--|
| 02/23/13 | Special Delivery Invoice #416431 for Process Service on David Kang | $299.25 |
| 02/23/13 | Special Delivery Invoice #416431 for Process Service on John Russell | $299.25 |
| 02/27/13 | Special Delivery Invoice #417026 for Process Service on John McConnell | $344.25 |

**Total Expenses:  $942.75**

**Balance Due:  $ 1,650.25**

P's Appx.  92



# PALTER
## STOKLEY • SIMS • WRIGHT
A Professional Limited Liability Company

8115 Preston Road, Suite 600, Dallas, TX 75225
214-888-3120 (Phone) / 214-888-3109 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.
1605 Lakeway Drive
Lewisville, TX 75057-6007

Date:   03/15/2013
Invoice Number: 00218
File Number: EAGL01-01

---

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 03/08/13 | WCS | Begin strategizing for trial.  Go over witness lists and exhibits. | 3.50 | $250.00 | $875.00 |
| 03/11/13 | AG | Confirm status of service of trial subpoenas on John McConnell, John Russell and David Kang. | .20 | $150.00 | $ 30.00 |
| 03/11/13 | WCS | Attention to trial strategy.  Confer with client regarding prep sessions.  Review docket to confirm all third-party witnesses have been compelled to attend.  Begin organizing proof for trial.  Order transcript filed by Court reporter from the pre-trial conference. | 5.00 | $250.00 | $1,250.00 |
| 03/12/13 | AG | Confer relating to strategy for trial.  Attention to logistics for trial.  Begin loading trial exhibits into Trial Director program. | 2.40 | $150.00 | $360.00 |
| 03/12/13 | NLM | Confer with W. Craig Stokley regarding trial strategy and research assignments. | .20 | $225.00 | $ 45.00 |
| 03/12/13 | WCS | Analyze case material and prepare for trial.  Draft David Kang examination outline.  Detailed study of David Kang deposition and exhibits from David Kang deposition.  Continue to prepare Everett Zeller's direct examination.  Add select subject matter to Zeller's examination.  Review docket entry regarding pre-trial hearing transcript.  Seek copy of transcript for review.  Review updated "To-Do" list for trial preparation. | 9.50 | $250.00 | $2,375.00 |

Page 2
03/15/13 Invoice                                                                    EAGL01-01

| 03/13/13 | AG | Continued loading Eagle trial exhibits into Trial Director. Attention to loading Hellman trial exhibits into Trial Director. Attention to loading deposition transcripts into trial director. Confer with Craig Stokley relating to strategy for same. Attend trial preparation sessions with Craig Stokley to review and rehearse direct examinations of Everett Zeller, David Kang, and John McConnell and to rehearse presentation of document exhibits. | 6.70 | $150.00 | $1,005.00 |
| 03/13/13 | NLM | ██████████████████████████ ████ Draft trial brief regarding lost use damages. Conduct legal research regarding same.  Pursue strategy for trial. | 9.00 | $225.00 | $2,025.00 |
| 03/13/13 | WCS | Review filing with Court for affidavit of service. ███████ █████████████████ Review trial brief regarding research for anticipated issues for trial.  Conduct additional research regarding same.  Prepare plan for trial presentation. Begin preparing opening argument and charts for demonstratives. Detailed review and analysis of Plaintiff's and Defendants exhibit lists, and objections thereto.  Send correspondence to opposing counsel regarding conference on exhibits.  Finish direct examination outline for David Kang. | 9.80 | $250.00 | $2,450.00 |
| 03/14/13 | AG | Attention to preparation for trial. Attention to revising presentation of trial exhibits in Trial Director.  Attend trial preparation session with Everett Zeller.   Confer relating to trial strategy and recommendation for procedure associated with outstanding items. | 9.80 | $150.00 | $1,470.00 |
| 03/14/13 | NLM | █████████████████████████ ████ Draft trial brief regarding lost use damages. Conduct legal research regarding same.  Pursue strategy for trial. | 7.60 | $225.00 | $1,710.00 |
| 03/14/13 | JTP | Confer relating to strategy for trial. | 1.20 | $395.00 | $ 474.00 |
| 03/14/13 | WCS | Attention to direct examination outline of John McConnell. Practice examination with trial director software.  Perform same for David Kang examination.  Prepare opening statement outline.  Brainstorm closing statement options.  Prepare trial presentation strategy.  Review chart of Everett Zeller emails to be used as a demonstrative aid for trial. | 10.80 | $250.00 | $2,700.00 |
| 03/15/13 | AG | Attention to trial preparation. ████████████████ 9.60 Attention to review of examination outlines and revision of, and presentation of trial exhibits in Trial Director. | 9.60 | $150.00 | $1,440.00 |

Page 3
03/15/13 Invoice

EAGL01-01

| 03/15/13 | NLM | Trial preparation. Confer with Alex Gamino regarding demonstratives and trial exhibits. Pursue deposition transcripts and deposition signatures for trial. Revise draft of direct examination for John Russell and Shirley Robinson. Confer with W. Craig Stokley regarding same. | 8.50 | $225.00 | $1,912.50 |
|---|---|---|---|---|---|
| 03/15/13 | WCS | Prepare direct examination of Wayne Robinson. ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇Prepare for direct examination of Eagle Suspension witnesses. Attention to correspondence from Court regarding courtroom assignment. Review transcript from joint pre-trial conference. Review order regarding conduct of trial. Confer with opposing counsel regarding agreement on pre-admitted exhibits. Review second amended exhibit list filed by Defendant. | 10.20 | $250.00 | $2,550.00 |

**Total Fees:**   $ 22,671.50

**Balance Due:**   $ 22,671.50



# PALTER
## STOKLEY · SIMS · WRIGHT

A Professional Limited Liability Company

8115 Preston Road, Suite 600, Dallas, TX 75225
214-888-3120 (Phone) / 214-888-3109 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.                     Date:  04/01/2013
1605 Lakeway Drive                          Invoice Number: 00236
Lewisville, TX 75057-6007                   File Number: EAGL01-01

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 03/16/13 | AG | Attention to trial preparation.  Assimilation of documents and preparation of three additional notebooks of Plaintiff's Trial Exhibits.  Assimilation of documents and preparation of notebook of Hellman's Trial Exhibits.  Attention to rehearsal of examination of witnesses with Nathanial Martinez.  Preparation of Craig Stokley's trial notebook.  Preparation of Alex Gamino's trial notebook.  Attention to logistics for trial.  Attention to highlighting the Joe Martinez deposition transcript for use at trial. | 9.60 | $150.00 | $1,440.00 |
| 03/16/13 | NLM | Trial preparation.  Review outlines and exhibits for direct examination of John Russell and Shirley Robinson. Draft cross examination outline for Mark Sola. Review pretrial disclosures and order. Revise PowerPoint presentation for opening statement. Prepare Joe Martinez deposition designations for use at trial. Review list of document to be offered by Hellmann at trial. Pursue strategy regarding trial. | 10.90 | $225.00 | $2,452.50 |
| 03/16/13 | WCS | Review original invoices from Hellmann.  Prepare for trial. Finalize opening statement and corresponding power point. Go over direct examination of each witness, and possible cross examination topics.  Detailed study of exhibits that will likely be used at trial.  Attention to authentication issues with Defendant's exhibits.  Prepare potential impeachment exhibits. Review deposition transcript for David Kang, John McConnell, and Everett Zeller.  Practice opening statement.  Prepare demonstratives of leaf springs for trial.  Review correspondence from opposing counsel regarding Defendant's exhibit 28. | 12.80 | $250.00 | $3,200.00 |

**P's Appx.  96**

Page 2
04/01/13 Invoice                                                                               EAGL01-01

| 03/17/13 | AG | Attention to trial preparation. Finalize highlighting deposition of Joe Martinez. Attention to revising exhibits for trial presentation. Attention to rehearsal of examination of witnesses with Nathanial Martinez. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄ ▄▄▄▄▄▄▄▄▄▄▄▄ Confer relating to trial strategy. | 10.70 | $150.00 | $1,605.00 |
|---|---|---|---|---|---|
| 03/17/13 | NLM | Trial preparation. Confer with Everett Zeller regarding▄▄▄ ▄▄▄▄▄▄▄ Confer with Craig Stokley regarding same. | 5.80 | $225.00 | $1,305.00 |
| 03/17/13 | JTP | Review and analysis of case theme, jury selection, opening argument, witness order and question strategies and exhibits. | 2.50 | $395.00 | $ 987.50 |
| 03/17/13 | WCS | Finalize opening statement power point. Review and practice direct examinations of first day witnesses – David Kang, John McConnell, Joe Martinez. Practice opening statement. Attention to closing statement power point. Send correspondence to opposing counsel setting out demonstrative aids and anticipated trial witnesses for the first day. Confer regarding jury selection strategy. | 11.40 | $250.00 | $2,850.00 |
| 03/18/13 | AG | Attend and participate at trial. Attention to revising trial exhibits and updating trial exhibits on Trial Director. | 11.50 | $150.00 | $1,725.00 |
| 03/18/13 | NLM | Trial preparation. Attend trial. Confer with Craig Stokley and Everett Zeller regarding▄▄▄▄▄Conduct legal research regarding▄▄▄▄▄▄▄▄▄▄▄▄. Conduct legal research regarding▄▄▄▄▄▄▄ Conduct legal research regarding▄▄▄▄▄▄▄Draft trial brief regarding▄▄▄▄▄ ▄▄▄▄Confer with Craig Stokley regarding same. | 13.50 | $225.00 | $3,037.50 |
| 03/18/13 | WCS | Final trial preparation. Attend trial – jury selection, opening statement, direct examination of John McConnell, and David Kang. Prepare for second day of trial. | 14.00 | $250.00 | $3,500.00 |
| 03/19/13 | AG | Attend and participate at trial. | 10.20 | $150.00 | $1,530.00 |
| 03/19/13 | NLM | Trial preparation. Attend trial. Conduct direct examination of John Russell. Prepare and argue response to motion for judgment as a matter of law. Confer with Craig Stokley and Everett Zeller regarding▄▄▄▄▄ | 10.50 | $225.00 | $2.362.50 |
| 03/19/13 | WCS | Prepare for second day of trial. Attend second day of trial – present David Kang, John Russell, Joe Martinez, Everett Zeller, Wayne Robinson. Finalize closing statements and closing powerpoint. Detailed research regarding possible cross examination points for Mark Sola. Review Mark Sola's affidavit and other materials submitted by Mark Sola. | 15.30 | $250.00 | $3,825.00 |

Page 3
04/01/13 Invoice                                                                    EAGL01-01

| 03/20/13 | AG | Attend and participate at trial. | 9.80 | $150.00 | $1,470.00 |
| 03/20/13 | NLM | Trial preparation.  Revise closing statement PowerPoint presentation. Attend trial. Confer with Craig Stokley and Everett Zeller regarding█████ | 9.50 | $225.00 | $2,137.50 |
| 03/20/13 | WCS | Continued preparation for final day of trial.  Attend final day of trial – cross examine David Kang and Mark Sola, re-direct examination of Everett Zeller, closing arguments, objections to jury charge.  Detailed attention to jury charge.  Receive verdict. | 11.50 | $250.00 | $2,875.00 |
| 03/21/13 | NLM | Confer with Craig Stokley regarding final judgment. | .30 | $225.00 | $67.50 |
| 03/21/13 | WCS | Review issues related to trial.  Consider sequence for post -trial matters, if any.  Review and research issues and considerations related to███████████████ Confer with Nathanial Martinez and John Palter regarding same. | 4.60 | $250.00 | $1,150.00 |
| 03/22/13 | WCS | Continued attention to issues related to█████████ ████████  Confer with John Palter regarding same. Calculate pre-judgment interest on claims.  Calculate attorney fees for entire case.  Begin preparing attorney fee application. | 3.80 | $250.00 | $ 950.00 |
| 03/26/13 | WCS | Send update to client.  Confer with Everett Zeller regarding ████████ | 1.50 | $250.00 | $375.00 |
| 03/27/13 | WCS | Confer with client regarding████████████ Research issues related to████████████████ | 2.80 | $250.00 | $700.00 |
| 03/28/13 | NLM | Confer with Craig Stokley regarding draft final judgment. Conduct research regarding███████████ | 1.00 | $225.00 | $225.00 |
| 03/28/13 | WCS | Attention to issues related to judgment.  Telephone call with Tom Nork regarding attorney fee motion.  Calculate pre-Judgment interest and attorney fees.  Confer with client. | 2.30 | $250.00 | $575.00 |

|  |  |  | **Total Fees:** | $ 40,345.00 |
|  |  |  | **Balance Due:** | $ 40,345.00 |



# PALTER

## STOKLEY · SIMS · WRIGHT

A Professional Limited Liability Company

8115 Preston Road, Suite 600, Dallas, TX 75225
214-888-3120 (Phone) / 214-888-3109 (Fax)
TAX ID # 46-1734174

**VIA EMAIL:** e.zeller@eaglesuspensions.com
Everett Zeller
Eagle Suspensions, Inc.
1605 Lakeway Drive
Lewisville, TX 75057-6007

Date:  04/11/2013
Invoice Number: 00290
File Number: EAGL01-01

Regarding:  Eagle Suspensions, Inc. / Hellmann Worldwide Logistics

*Professional services rendered:*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 04/01/13 | WCS | Correspond with Tom Nork regarding resolution of entire matter and attorney fee motion.  Analysis concerning form of judgment.  Analysis concerning attorney fee application.  Confer with Nathanial Martinez regarding same. ▮▮▮▮▮▮▮▮▮▮ | 4.80 | $250.00 | $1,200.00 |
| 04/02/13 | WCS | Detailed written correspondence with opposing counsel regarding final resolution of matter.  Attention to ▮▮▮▮▮ | 3.20 | $250.00 | $800.00 |
| 04/03/13 | NLM | Conduct legal research regarding ▮▮▮▮▮▮  Redact bills for use in application for fees. | 4.30 | $225.00 | $967.50 |
| 04/03/13 | WCS | Confer with opposing counsel regarding options for reaching | 2.50 | $250.00 | $625.00 |
| 04/04/13 | NLM | Review and redact Eagle invoices and bills for use in application for fees.  Confer with W. Craig Stokley regarding ▮▮▮▮ | 3.90 | $225.00 | $877.50 |
| 04/08/13 | NLM | Confer with W. Craig Stokley regarding ▮▮▮▮▮ Conduct legal research regarding ▮▮▮ | 3.00 | $225.00 | $675.00 |
| 04/08/13 | WCS | Research issues related to entering final judgment.  Confer regarding same.  Review past final judgments entered by Judge Fish. | 2.50 | $250.00 | $625.00 |
| 04/09/13 | NLM | Draft final judgment.  Conduct legal research regarding same. | 4.30 | $225.00 | $967.50 |
| 04/09/13 | WCS | Review and analyze draft final judgment. | 1.50 | $250.00 | $375.00 |

Page 2
04/15/13 Invoice                                                    EAGL01-01

| | | | | | |
|---|---|---|---|---|---|
| 04/10/13 | NLM | Confer with W. Craig Stokley regarding ██████████ ██████████████████ | .50 | $225.00 | $112.50 |
| 04/10/13 | WCS | Review and finalize proposed final judgment. Send same to Court for entry. | 1.80 | $250.00 | $450.00 |
| 04/11/13 | WCS | Confer with client regarding ████████████ Send correspondence related same. | 2.30 | $250.00 | $575.00 |

**Total Fees:**          $   8,250.00

*Expenses:*
Parking at Trial (4 days @ $8.00 per day – 02/08, 03/18-03/20/13)          $32.00

Total Expenses:   $      32.00

**Balance Due:**    **$  8,282.00**

**P's Appx.  100**

# EXHIBIT C



Preston Commons East
8115 Preston Road, Suite 600
Dallas, TX 75225
Main Line: (214) 888-3110

HOME     FIRM PROFILE     AREAS OF PRACTICE     ATTORNEYS     IN THE NEWS     CONTACT US

# John T. Palter, Esq.



"Litigation is merely one means to an end. It is the result that matters. I strive to provide the research and wisdom, on a real-time basis, to make winning decisions."

With more than twenty years of experience advocating the interests of individual, emerging growth and institutional clients in complex commercial, employment and intellectual property disputes, John Palter has served as lead and local counsel in numerous jury and bench trials and arbitrations in cases involving securities, accounting, intellectual property, copyright and trademark infringement, trade secrets, non-compete agreements, employment, insurance coverage, oil and gas, dissenter's rights, deceptive trade practices, quasi-torts, and pre- and post-judgment collections. Where appropriate, John employs alternative dispute resolution methods to successfully resolve complex commercial disputes prior to formal litigation or trial.

John has served as lead counsel in jury trials and arbitrations involving complex GAAP accounting, accounting negligence, securities and intellectual property matters. He has represented clients throughout the country in multi-district and multi-venue litigation before State and Federal Courts, FINRA and the American Arbitration Association.

## SELECTED CLIENT REPRESENTATION

### ACCOUNTING LITIGATION

• Represented a national corporation, as seller, in a post-closing purchase price adjustment dispute before the American Arbitration Association. Secured favorable award on all claims following arbitration on the merits.
• Represented a holding company of numerous local exchange carriers in an accounting malpractice case. Secured a favorable award after arbitration on the merits.
• Represented individual and corporate plaintiffs against accounting firm and members asserting claims for negligence, fraud and breach of fiduciary duty in connection with pension and profit sharing plan. Case successfully tried to jury and affirmed by the Texas Court of Appeals.
Complex Contract Litigation
• Represented an international corporation in a breach of contract case and defense of numerous intellectual property issues. Secured favorable settlement.
• Defended a business owner against allegations of breach of franchise and purchase and sale agreements, and breach of trade secrets. Case was favorably settled by restructuring contractual agreements.
• Successfully defended a real-estate developer in a multi-million dollar post-closing adjustment and breach of contract case.

### EMPLOYMENT LITIGATION

• Defended a non-profit entity and individuals in a lawsuit involving sexual harassment and fraudulent concealment. Filed and argued Special Appearance to Present Motion Objecting to Personal Jurisdiction of the Court, which resulted in dismissal of claims against individual client. Balance of the claims settled favorably at mediation.
• Represented a non-profit entity against a claim of wrongful discharge. Obtained a dismissal of all claims via a Motion to Dismiss Claims under ERISA.
• Successfully secured more than 150 emergency orders of injunctive relief in State and Federal Courts while representing employers in employment defection, non-compete and trade secret cases; successfully defended matter on appeal to United States Court of Appeals for the 5th Circuit.
Intellectual Property Litigation
• Represented a local software company against publicly-traded education company based upon

**Direct:** (214) 888-3111
**Mobile:** (214) 478-9280
**Fax:** (214) 888-3109
**Email:** jpalter@palterlaw.com
**Vcard:** 

**Education:**
Drake University School of Law
J.D., 1985
Order of the Barristers Recipient.
M. Gene Blackburn Appellate Brief
Award
Northern Illinois University
B.S. in Finance, 1982

**Admitted to Practice:**
State of Texas
State of New Mexico
United States Supreme Court
United States Court of Appeals
Second Circuit
Fifth Circuit
Federal Circuit
United States District Court
Northern, Southern, Eastern and
Western Districts of Texas
United States District Court
Southern District of New York
Internal Revenue Service

**Professional Affiliations:**
American Bar Association
Intellectual Property Section
Commercial Litigation Section
Dallas Bar Association
Commercial Litigation Section
Certified Public Accountant - Texas
State Board of Public Accountancy

Case 3:12-cv-00611-G   Document 116   Filed 04/24/13   Page 106 of 178   PageID 2369

claims for breach of contract, copyright infringement, and theft of trade secrets. Secured favorable settlement award.

• Represented a publicly-traded online data provider in defense of copyright and conversion claims. Case satisfactorily resolved through confidential settlement.

• Represented a publicly-traded online data provider in prosecution of copyright and conversion claims. Case satisfactorily resolved through confidential settlement.

Oil and Gas Litigation

• Represented a publicly-traded oil and gas development and production company. Obtained final summary judgment on all affirmative claims and defenses.

Securities Litigation

• Represented over thirty individual and corporate investors as plaintiffs. The matter was favorably settled at conclusion of three month jury trial, with several interlocutory appeals taken to the United States Court of Appeals for the Second Circuit.

• Successfully prosecuted an investor claim involving day trading, margins, suitability and unauthorized trading.

RECENT PUBLICATIONS
• Lawline - Continuing Legal Education, Accountant Malpractice: Avoidance and Defense
• State Bar of Texas - Continuing Legal Education, Spring 2008 Update on Business Valuation Cases
Business Termination Issues
• State Bar of Texas - Continuing Legal Education, Fall 2008 Business Termination Issues
• University of Houston Law School, Continuing Legal Education, Spring 2009 Business Termination Issues
• Dallas Business Journal Contributor
• Fort Worth Business Journal Contributor
• Subprime's Impact on the 2008 Presidential Race: An Immediate Look at the Legal, Governmental, and Economic Ramifications of the Subprime Crisis on the Bush Administration and the 2008 Presidential Election, Walter Williams, Bryan D. Jones, Gary E. Lacefield, John T. Palter - ©West Publishing 2008

◣return to top of page

American Association of Attorney - Certified Public Accountants

**Recent Honors:**
Named a "Texas Super Lawyer" seven times, appearing in Texas Monthly Magazine/Law and Politics Magazine.

Preston Commons East, 8115 Preston Road, Suite 600, Dallas, TX 75225
Main Line: (214) 888-3110 Fax: (214) 888-3109
©2013 Palter Stokley Sims Wright PLLC. All rights reserved

Google+

P's Appx.  103

# EXHIBIT D

P's Appx. 104



Preston Commons East
8115 Preston Road, Suite 600
Dallas, TX 75225
Main Line: (214) 888-3110

HOME    FIRM PROFILE    AREAS OF PRACTICE    ATTORNEYS    IN THE NEWS    CONTACT US

# Nathanial L. Martinez, Esq.



Nathanial L. Martinez is an associate attorney with experience in complex commercial litigation in both state and federal court in areas of general contract and business tort law. His experience includes pursuing and defending claims for breach of contract, breach of fiduciary duty, fraud, trademark infringement, unfair competition, tortious interference, conspiracy, and misappropriation of trade secrets. Mr. Martinez also has experience in constitutional law, employment discrimination, and trust and estate litigation.

Mr. Martinez received his Bachelor of Arts degree in Government from The University of Texas at Austin in 2006. Mr. Martinez then attended the J. Reuben Clark Law School at Brigham Young University in Provo, Utah, and graduated in 2010.

While in law school, Mr. Martinez was a member of the BYU Law Review, Phi Delta Phi legal fraternity, and served on the BYU Moot Court Board of Advocates. Because of his wide success in intra-school advocacy competitions, he was selected to represent his school at the American Bar Association (ABA) National Appellate Advocacy Competition. In addition, Mr. Martinez received the J. Reuben Clark Faculty Award for Meritorious Achievement and Distinguished Service. During law school, Mr. Martinez served as an intern for Magistrate Judge Frances H. Stacy of the U.S. District Court for the Southern District of Texas and the Honorable Timothy Taft of the Texas First Court of Appeals.

## SELECTED CLIENT REPRESENTATIONS

• Represented U.S. manufacturer and distributor in pursuit of claims against former international licensee for breach of contract, breach of fiduciary duties, fraud, and misappropriation of trade secrets.
• Obtained settlement in favor of clients pursuing claims against North Texas school district for racial discrimination and wrongful termination.

**Direct:** (214) 888-3114
**Mobile:** (512) 659-4504
**Fax:** (214) 888-3109
**Email:** nmartinez@palterlaw.com
**Vcard:**

**Education:**
J.D., J. Reuben Clark Law School,
Brigham Young University, 2010
B.A., Government, University of Texas
at Austin, 2006

**Admitted to Practice:**
State Bar of Texas; U.S. District
Courts for the Northern, Southern,
Eastern, and Western Districts of
Texas.

**Professional Affiliations:**
Dallas Bar Association Committee on
Legal Ethics
Texas Young Lawyers Association
J. Reuben Clark Law Society

▲return to top of page

**P's Appx. 105**

# EXHIBIT E

P's Appx.  106

**DENTONS**



# Mahsa Soheil
Associate

Mahsa Soheil is a member of Dentons' Litigation and Dispute Resolution practice.

## Recognition
### Honors and Awards
- Recipient, Robert B. Acomb Award for Most Outstanding Comment, *Tulane Maritime Law Journal*

## Insights
- "The Relationship, If Any, Between Misrepresentation and the Reinjury: The Fifth Circuit Suggests that Willful Concealment of Pre-Existing Medical Condition May Constitute Contributory Negligence in *Johnson v. Cenac Towing, Inc.*," *Tulane Maritime Law Journal*, 2011

## Activities and Affiliations
### Memberships
- Member, Dallas Bar Association
- Member, Dallas Association of Young Lawyers
  - Member, Dallas Association of Young Lawyers Leadership Class of 2012/2013
- Member, American Bar Association
- Member, Attorneys Serving the Community
- Member, Dallas Women Lawyers Association Member, Dallas Volunteer Attorney Program

### Prior and Present Employment
While in law school, Mahsa served as managing editor for the Tulane Maritime Law Journal. She also interned for the Honorable Stephen Wm. Smith of the US District Court for the Southern District of Texas, Houston Division.

Prior to joining Dentons, Mahsa practiced at Riney Palter, PLLC, a boutique commercial litigation firm.

### Contact information

**Dallas**
D +1 214 259 0926
mahsa.soheil@dentons.com

### Areas of focus

### Practices

Arbitration
Class Action Defense
Commercial Litigation
Competition and Antitrust Litigation
Energy Litigation
Environmental Litigation
Intellectual Property Litigation
Litigation and Dispute Resolution
Pharmaceutical and Medical Device Litigation
Product Liability Litigation

### Industry sectors

Energy
Life Sciences
Life Sciences and Health Care
Technology

### Education

Tulane University Law School, 2011, JD, Managing Editor, *Tulane Maritime Law Journal*

University of Miami, 2006, BS, *summa cum laude*, Finance

### Admissions and qualifications

Texas
US District Court for the Eastern District of Texas
US District Court for the Northern District of Texas
US District Court for the Southern District of Texas
US District Court for the Western District of Texas

© 2013 Dentons. All rights reserved.

**P's Appx.  107**

# EXHIBIT F

| Expenses: | Amount: |
|---|---|
| **Filing Fees:** | |
| Federal Court - Petition | $ 350.00 |
| Tarrant County District Clerk | $ 257.00 |
| | $ 607.00 |
| **Process Service:** | |
| Process Service - John McConnell - Special Delivery Invoice #417026 on 02/27/13 | $ 344.25 |
| Process Service - David Kang - Special Delivery Invoice #416431 on 02/25/13 | $ 299.25 |
| Process Service - John Russell - Special Delivery Invoice #416431 on 02/25/13 | $ 299.25 |
| Process Service - David Kang - Special Delivery Invoice #414776 on 01/31/13 | $ 249.25 |
| Process Service - John Russell - Special Delivery Invoice #414776 on 01/30/13 | $ 299.25 |
| Process Service - John McConnell - Special Delivery Invoice #414776 on 01/28/13 | $ 299.25 |
| Process Service - John McConnell - Texas Pictorial Invoice #1397 on 11/16/12 | $ 150.00 |
| Process Service - Jose Martinez - Texas Pictorial Invoice #1373 on 10/24/12 | $ 121.05 |
| Process Service - John McConell Special Delivery Invoice #407430 on 10/24/12 | $ 132.91 |
| Process Service - Hellman Worldwide - Zip Delivery Invoice #18085-2120 on 03/12/12 | $ 90.00 |
| Process Service - Hellman Worldwide - Special Delivery Invoice #382331 on 12/01/11 | $ 165.00 |
| | $ 2,449.46 |
| **Court Reporters:** | |
| Deposition - Jose Martinez (Alfonso DeLeon) on 11/16/12 | $ 1,294.00 |
| Deposition - John McConnell (Constantin & Associates) on 11/15/12 | $ 640.30 |
| Deposition - Everett Zeller (U.S. Legal Support) on 11/14/12 | $ 747.65 |
| Deposition - Shirley Robinson (U.S. Legal Support) on 11/14/12 | $ 503.21 |
| Deposition - John Russell (Word for Word) on 08/12/12 | $ 216.40 |
| | $ 3,401.56 |
| **Copy Service:** | |
| Xact Data Invoice #30-02093 | $ 443.89 |
| Xact Data Invoice #30-02015 | $ 196.76 |
| | $ 640.65 |
| **Delivery Service:** | |
| Delivery Service - Special Delivery Invoice #414776 on 01/31/13 | $ 22.47 |
| Delivery Service - Special Delivery Invoice #414776 on 01/28/13 | $ 22.47 |
| Delivery Service - Special Delivery Invoice #414181 on 01/24/13 | $ 24.74 |
| Delivery Service - Eagle Express Invoice #RPX1-877 on 09/24/12 | $ 13.12 |
| Delivery Service - Eagle Express Invoice #RPX1-877 on 09/24/12 | $ 15.25 |
| Delivery Service - Special Delivery Invoice #403551 on 09/04/12 | $ 21.42 |
| Delivery Service - Zip Delivery Invoice #18085-2092 on 02/29/12 | $ 13.53 |
| Delivery Service - Special Delivery Invoice #382889 on 12/01/11 | $ 49.00 |
| Delivery Service - Special Delivery Invoice #381789 on 11/30/11 | $ 10.94 |
| | $ 192.94 |
| **Federal Express:** | |
| Fed Ex Tracking Receipt #794594714933 on 01/24/13 | $ 19.45 |
| Fed Ex Tracking Receipt #794594784150 on 01/24/13 | $ 16.26 |
| Fed Ex Tracking Receipt #793234353322 on 02/15/12 | $ 13.60 |
| Fed Ex Tracking Receipt #793165195683 on 01/27/12 | $ 16.51 |
| | $ 65.82 |
| | |
| **Secretary of State:** | |
| Secretary of State Search on 12/05/11 | $ 2.00 |
| Secretary of State Search on 11/02/11 | $ 2.00 |
| Secretary of State Search on 10/12/11 | $ 2.00 |
| | $ 6.00 |
| **Travel Expenses:** | |
| Parking at Court during Trial (02/08 & 03/18-03/20/13) | $ 32.00 |
| Parking at Court during Trial (02/08 /13) | $ 5.00 |
| Travel expenses to Laredo for multiple depositions on 11/14/12 | $ 723.49 |
| Travel expense on 11/06/12 | $ 26.65 |
| Travel expense on 10/30/12 | $ 26.65 |
| Mileage & Parking to Fort Worth for Hearing on 01/06/12 | $ 44.63 |
| | $ 858.42 |
| **Trial Supplies:** | (Misc. costs subtotal) |
| Office Max | $ 221.66 | $ 1,344.84 |
| | |
| **TOTAL EXPENSES:** | $ 8,443.51 |

**Riney, Palter PLLC**
**Everett Zeller**

3/01/2012
Page No.:   2

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/15/2012 | Federal Express | 1.00 | $13.60 |
| 2/29/2012 | Filing fees - Petition in Federal Court | 1.00 | $350.00 |
| | | Total Expenses | $363.60 |

Total New Charges

$4,988.60

Previous Balance

$2,104.01

Total Payments and Credits

$-2,104.01

Balance Due

$4,988.60

**P's Appx.  110**

# RINEY PALTER PLLC
## CHECK REQUEST

| To: Tarrant County District Clerk | Date: 11-17-11 |
|---|---|
| | Voucher: |
| | Amount: # 257 ⁰⁰ |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGL01-01 | INVOICE NUMBER: |
|---|---|

DESCRIPTION:

filing fee for Petition (#249) +
Citation (#8)

ENTERED – TIME MATTERS          GENERAL LEDGER CODE

| C/M#: | |
|---|---|
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

| General Ledger Code | Amount |
|---|---|
| . | |
| | |
| | |

Craig Stokley / jmp
_____          _____
Requested By                                    Signing Director

_____
Approved By

Return to: June
              or
Mail to: _____          When Needed: 11-17

                                               _____

P's Appx. 111

Thomas A. Wilder
District Clerk
Tarrant County, Texas

330082276          Mon November 21, 2011
                                12:56PM

----------------------------------------
       Cause Number 342-256606-11
----------------------------------------
     IN RE:  EAGLE SUSPENSIONS, INC
----------------------------------------
       Description              Fees
--------------------------- -------------
COURT COST (PAID) trans #1        249.00
COURT COST (PAID) trans #3          8.00
                            -------------
  Sub Total for this Cause        257.00

  Total Amount Received:        $257.00
        Paid Check#2732:        $257.00
                            ================

   File desk assistant LEANNA says...
              THANK YOU!

----------------------------------------
   GRAND TOTAL FOR ALL TRANSACTIONS
         ********$257.00
----------------------------------------

          Received of
       RINEY PALTER PLLC
             1532



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

| | |
|---|---|
| **B I L L T O** | PALTER STOKLEY SIMS WRIGHT<br>ATTN: JOHN PALTER<br>8115 PRESTON RD, STE 600<br>DALLAS, TX 75225 |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 417026 | 03/02/13 | $ 394.81 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|
| 2144789280 | | |

▼ **Detach at Perforation And Return This Top Portion With Your Payment** ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 053-0693<br>A GAMINO<br>EAGLE/HELLMA | PROCESS SERVING: JOHN MCCONNELL HAS BEEN SUCCESSFULLY SERVED.<br>AT: 1454 HAMPTON RD GRAPEVINE, TX 76051 BY SERVER ADAM BRIDGEWATER<br>THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00<br>ADVANCE FEE = $ 14.75 • SERVED AT SECOND ADDRESS = $ 45.00 | J MCCONNELL<br>9:35 AM<br>02/27/13 | $ 344.25 |
| 057-0160<br>A GAMINO<br>MCCLUNG/DEN | TO:    BELL NUNNALLY & MARTIN LLP  3232 MCKINNEY, STE 1400 DALLAS, TX 75204<br>FROM: PALTER STOKLEY SIMS WRIGHT  1933 LEVEE DALLAS, TX 75207<br>STANDARD DAYTIME DELIVERY = $ 22.47 | A BERTEOTTI<br>2:13 PM<br>02/26/13 | $ 22.47 |
| 057-0164<br>A GAMINO<br>MCCLUNG/DEN | FROM: BELL NUNNALLY & MARTIN LLP  3232 MCKINNEY, STE 1400 DALLAS, TX 75204<br>TO:    PALTER STOKLEY SIMS WRIGHT  1933 LEVEE DALLAS, TX 75207<br>STANDARD EVENING DELIVERY = $ 28.09 | A GAMINO<br>2:38 PM<br>02/26/13 | $ 28.09 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 417026 | 394.81 | 993.31 | | | |

**Thank you!  We Appreciate Your Business.  For Questions Regarding this Invoice, please Call
Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

P's Appx.  113



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

B I L L T O

PALTER STOKLEY SIMS WRIGHT
ATTN: JOHN PALTER
1933 LEVEE
2712 AMHERST
DALLAS, TX 75225

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 416431 | 02/23/13 | $ 598.50 |
| 2144789280 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |
| ACCOUNT NUMBER | | AMOUNT ENCLOSED |

▼ **Detach at Perforation And Return This Top Portion With Your Payment** ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 053-0690 A GAMINO EAGLE/HELLMA | PROCESS SERVING: DAVID KANG HAS BEEN SUCCESSFULLY SERVED. AT: 1200 MINTERS CHAPEL RD, STE 300 GRAPEVINE, TX 76051 BY SERVER ADAM BRIDGEWATE THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00 ADVANCE FEE = $ 14.75 | D KANG 8:20 AM 02/25/13 | $ 299.25 |
| 053-0694 A GAMINO EAGLE/HELLMA | PROCESS SERVING: JOHN RUSSELL HAS BEEN SUCCESSFULLY SERVED. AT: 801 HANOVER DRIVE, STE 250 GRAPEVINE, TX 76051 BY SERVER ADAM BRIDGEWATER THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00 ADVANCE FEE = $ 14.75 | J RUSSELL 8:30 AM 02/25/13 | $ 299.25 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 416431 | 598.50 | 647.98 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

P's Appx. 114



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

BILL TO:
PALTER STOKLEY SIMS WRIGHT
ATTN: JOHN PALTER
1933 LEVEE
2712 AMHERST
DALLAS, TX 75225

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 414776 | 02/02/13 | $ 892.69 |
| 2144789280 | | |
| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # / CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY / TIME / DATE | TOTAL AMOUNT |
|---|---|---|---|
| 031-0281 K BURKHART EAGLE | **TO:** U S DISTRICT COURT - DALLAS 1100 COMMERCE ST, RM 1452 DALLAS, TX 75242 **FROM:** PALTER STOKLEY SIMS WRIGHT 1933 LEVEE DALLAS, TX 75207 STANDARD DAYTIME DELIVERY = $ 22.47 | T ALLEN 11:26 AM 01/31/13 | $ 22.47 |
| 028-0369 A GAMINO EAGLE/HELLMA | **TO:** JUDGE JOE FISH 1100 COMMERCE DALLAS, TX 75242 **FROM:** PALTER STOKLEY SIMS WRIGHT 1933 LEVEE DALLAS, TX 75207 STANDARD DAYTIME DELIVERY = $ 22.47 | J ROGERS 1:45 PM 01/28/13 | $ 22.47 |
| 031-0205 A GAMINO EAGLE/HELLMA | PROCESS SERVING: DAVID KANG HAS BEEN SUCCESSFULLY SERVED. **AT:** 1200 MINTERS CHAPEL RD, STE 300 GRAPEVINE, TX 76051 BY SERVER JOE CLEWIS THREE HOUR SERVING = $ 169.50 • WITNESS FEE = $ 65.00 • ADVANCE FEE = $ 14.75 | D KANG 10:54 AM 01/31/13 | $ 249.25 |
| 025-0651 A GAMINO EAGLE/HELLMA | PROCESS SERVING: JOHN MCCONNELL **AT:** 1454 HAMPTON RD GRAPEVINE, TX 76051 BY SERVER JOE CLEWIS THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00 ADVANCE FEE = $ 14.75 | J MCCONNELL 8:59 AM 01/28/13 | $ 299.25 |
| 025-0650 A GAMINO EAGLE/HILLMA | PROCESS SERVING: JOHN RUSSELL HAS BEEN SUCCESSFULLY SERVED. **AT:** 801 HANOVER DRIVE, STE 250 GRAPEVINE, TX 76051 BY SERVER JOE CLEWIS THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00 ADVANCE FEE = $ 14.75 | J RUSSELL 8:41 AM 01/30/13 | $ 299.25 |

✓ Client QB

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 414776 | 892.69 | 1,191.93 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

**P's Appx. 115**

# RINEY PALTER PLLC
## CHECK REQUEST

| To: Texas Pictorial | Date: 11-20-12 |
|---|---|
| | Voucher: |
| | Amount: $ 150.00 |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGL01-01 | INVOICE NUMBER: 1397 |
|---|---|

DESCRIPTION:

Conf. rm. for Deposition of John McConnell
in Laredo, TX

ENTERED – TIME MATTERS

| C/M#: | |
|---|---|
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

GENERAL LEDGER CODE

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |

NLM / June
_____
Requested By

_____
Signing Director

_____
Approved By

Return to:_____
                    or
Mail to: Texas Pictorial

When Needed:_____

_____

**P's Appx.  116**



## 2611 East Elm Street
## Laredo, Texas   78043
724-7441 ◇ E-mail: depopro@stx.rr.com

# INVOICE

| | |
|---|---|
| Invoice Number: | 1397 |
| Invoice Date: | Nov 16, 2012 |
| Page: | 1 |

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX  75225-8009

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX  75225-8009

| Customer ID | Texas Pictorial Employer ID No. | Payment Terms | |
|---|---|---|---|
| MARTNAT-01 | 74-1894767 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| GONZGEO-01 | US Mail | | 12/16/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | RENCONFD | Conference Room Rental/Food & Drink: Eagle Suspensions, Inc. VS Hellman Worldwide Logistics; Depo of Joe Martinez; 11-16-12 | 150.00 | 150.00 |

| | | |
|---|---|---|
| | Subtotal | 150.00 |
| | Sales Tax | |
| | Total Invoice Amount | 150.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **150.00** |

Overdue invoices are subject to late charges.

TP Form 0001 Invoice II

**P's Appx.  117**

# RINEY PALTER PLLC
## CHECK REQUEST

| To: _Texas Pictorial_ | Date: 10-25-12 |
|---|---|
| | Voucher: |
| | Amount: $ 121.05 |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGL01-01 | INVOICE NUMBER: |
|---|---|

DESCRIPTION:

_Service of Subpoena + Depo Notice on Jose Martinez_

### ENTERED – TIME MATTERS

| C/M#: | |
|---|---|
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

### GENERAL LEDGER CODE

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |

_Craig Stokley / June_
Requested By

_____
Signing Director

_____
Approved By

Return to: _____

Mail to: _go ahead + mail_

When Needed: _____

_____

**P's Appx. 118**



**2611 East Elm Street**
**Laredo, Texas   78043**
724-7441 <> E-mail: depopro@stx.rr.com

# INVOICE

| | |
|---|---|
| Invoice Number: | 1373 |
| Invoice Date: | Oct 24, 2012 |
| Page: | 1 |

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX 75225-8009

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX 75225-8009

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| MARTNAT-01 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| GONZGEO-01 | US Mail | | 11/23/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | PROSVC-CIT | Process Service for Citations: Joes Martinez, 3:12-CV-611-G | 65.00 | 65.00 |
| 1.00 | PROSVC-WITFEE | Witness Fee | 40.00 | 40.00 |
| 20.60 | TRICHG | Round trip mileage charge. | 0.55 | 11.33 |
| 1.00 | POST-01 | Postage and Handling | 0.45 | 0.45 |

| | | |
|---|---|---|
| Subtotal | | 116.78 |
| Sales Tax | | 4.27 |
| Total Invoice Amount | | 121.05 |
| Payment/Credit Applied | | |
| TOTAL | | 121.05 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

TP Form 0001 Invoice II



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

RINEY PALTER P L L C
ACCOUNTS PAYABLE
5949 SHERRY LN, STE 1616
DALLAS, TX  75225

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 407430 | 10/27/12 | $ 167.71 |

| ACCOUNT NUMBER | | AMOUNT ENCLOSED |
|---|---|---|
| 2144611200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |

▽  Detach at Perforation And Return This Top Portion With Your Payment  ▽

| TRACKING CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 296-0530<br>A GAMINO<br>EAGL01-01 | FROM:  SPECIAL DELIVERY PROCESS DEPT  5470 L B J FRWY DALLAS, TX 75240<br>TO:      JOHN MCCONNELL  1454 HAMPTON RD GRAPEVINE, TX 76051<br>STANDARD EVENING DELIVERY = $ 58.91 • WITNESS FEE = $ 60.00 • ADVANCE FEE = $ 14.00 | J MCCONNELL<br>7:20 PM<br>10/24/12 | $ 132.91 |
| 297-0274<br>S YOUNG<br>GTSL05-29 & 41 | TO:      USPS  8604 TURTLE CREEK DALLAS, TX 75225<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 17.40 | P CLERK<br>11:24 AM<br>10/23/12 | $ 17.40 |
| 297-0275<br>S YOUNG<br>GTSL05-29 & 41 | FROM:  USPS  8604 TURTLE CREEK DALLAS, TX 75225<br>TO:      RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 17.40 | J PHIPPS<br>11:40 AM<br>10/23/12 | $ 17.40 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 407430 | 167.71 | 272.37 | | | |

**Thank you!  We Appreciate Your Business.  For Questions Regarding this Invoice, please Call
Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC.  •  5470 L.B.J. FREEWAY  •  DALLAS, TX 75240  •  (214) 866-3200  •  FEDERAL ID NO. 75-2811091

P's Appx.  120



**COURIER • WAREHOUSING • LOGISTICS**

**\*INVOICE\***

| | |
|---|---|
| Invoice Amount | $243.36 |
| Invoice No. | 18085-2120 |
| Account No. | 18085 |
| Period Ending | 3/25/2012 |
| Page | 1 |
| Unapplied-Credits | $0.00 |

**Remit Payments with this stub to:**
10610 Newkirk St.
Suite 206
Dallas, TX 75220
214-373-1999

Riney Palter, PLLC
Accounts Payable
5949 Sherry Ln
Ste 1616
Dallas, TX 75225-6532

----------cut and return with payment----------

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | | Total |
|---|---|---|---|---|---|---|---|
| 3/12/12 | 1.032612 Alex  Eagle / Hellman | Riney Palter, PLLC 5949 Sherry Ln Ste 1616 Dallas, TX 75225-6532 Pcs:1 Wt:0.00 | Hellman Worldwide Logistics 16055 Space Center Blvd Houston, TX 77062-6251 pRISCILLA cARDENAS | $90.00 Process Ser Car | | | $90.00 |
| 3/20/12 | 176.032012 Alex  HPC / Nichols | Riney Palter, PLLC 5949 Sherry Ln Ste 1616 Dallas, TX 75225-6532 Pcs:1 Wt:0.00 | Dallas County District Court 600 Commerce St Dallas, TX 75202-4606 g gomez | $11.00 4 Hour Deliv Car | Tot Surcharges: Fuel Surcharg | $2.64 [2.64] | $13.64 |
| 3/21/12 | 220.032112 Darlene La T MADI01-01 | Riney Palter 5949 Sherry Lane, Suite 1616 Dallas, TX 75225 Pcs:1 Wt:0.00 | Whitehall Real Estate 903 N. Bowser, Suite 170 Richardson, TX 75081 E OLMOS | \*RT $32.00 1 Hour Deliv Car | Online disc: Tot Surcharges: Fuel Surcharg | ($0.96) $7.68 [7.68] | $38.72 |
| 3/22/12 | 73.032212 Alex  HPC / Nichols: DWQ | Riney Palter, PLLC 5949 Sherry Ln Ste 1616 Dallas, TX 75225-6532 Pcs:1 Wt:0.00 | The Norman Law firm 108 E 5th St Rusk, TX 75785-1310 Name on File | $101.00 Process Ser Car | | | $101.00 |

| | | | |
|---|---|---|---|
| | | Current Charges | $243.36 |
| $0.00 | $0.00 | $0.00 | 0 |
| under 30 | 31-60 | over 60 | Fin. Chg. |
| | | Account Balance | $243.36 |

Terms: 30 Days

P's Appx. 121



**ORIGINAL INVOICE**

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

RINEY PALTER P L L C
ACCOUNTS PAYABLE
5949 SHERRY LN, STE 1616
DALLAS, TX 75225



| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 382331 | 12/10/11 | $ 186.90 |
| 2144611200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |
| ACCOUNT NUMBER | | AMOUNT ENCLOSED |

▽ Detach at Perforation And Return This Top Portion With Your Payment ▽

| TRACKING CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 334-0356 J PHIPPS EAGL01-01 | PROCESS SERVING: HELLMAN WORLDWIDE HAS BEEN SUCCESSFULLY SERVED. AT: 16055 SPACE CENTER, STE 235 HOUSTON, TX 77082 BY OUT OF TOWN PROCESS SERVER STANDARD OUT OF TOWN SERVING = $ 165.00 | P CARDENAS 2:10 PM 12/01/11 | $ 165.00 |
| 341-0151 J PHIPPS MACK01-01 | TO:    JUDGE FITZWATER 1100 COMMERCE, RM 1528 DALLAS, TX 75242 FROM: RINEY PALTER P L L C 5949 SHERRY LN, STE 1616 DALLAS, TX 75225 STANDARD DAYTIME DELIVERY = $ 21.90 | BURTON 10:00 AM 12/07/11 | $ 21.90 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 382331 | 186.90 | 186.90 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at
(214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

P's Appx. 122

# RINEY PALTER PLLC
## CHECK REQUEST

| To: Alfonso De Leon | Date: 12-10-12 |
|---|---|
| | Voucher: |
| | Amount: $ 1,294.00 |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGLO1-01 | INVOICE NUMBER: |
|---|---|

DESCRIPTION:

Court Reporter for deposition of Jose Martinez
on 11-16-12

ENTERED – TIME MATTERS

| C/M#: | |
|---|---|
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

GENERAL LEDGER CODE

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |

_NLM /June_
Requested By

_____
Signing Director

_____
Approved By

Return to:_____     When Needed:_____

Mail to: Alfonso De Leon or     _____

Alfonso De Leon,
Certified Shorthand and Stenomask Reporter
**606 Idylwood Lane**
**Laredo, Texas  78045**
**(956) 722-5677 Fax (956) 724-1696**
**ponchodeleon@sbcglobal.net**

December 3, 2012

RINEY & PALTER
Mr. Nathanial Martinez
Attorney at Law
5954 Sherry Lane, Suite 1616
Dallas, Texas  75225

Deposition of Jose D. Martinez (Original and copy)……………………………………….......$1,294.00

CAUSE NO. 3:12-CV-611-G, EAGLE SUSPENSIONS, INC. VERSUS HELMANN WORLDWIDE
LOGISTICS, INC.

P's Appx.  124

# RINEY PALTER PLLC
## CHECK REQUEST

| To: Constantin + Assoc. | Date: 11-29-12 |
|---|---|
| | Voucher: |
| | Amount: $ 640.30 |

TRUST ACCOUNT BALANCE _____

| FILE NUMBER: EAGL01-01 | INVOICE NUMBER: |
|---|---|

DESCRIPTION:

Deposition of John McConnell on 11-15-12

ENTERED – TIME MATTERS                    GENERAL LEDGER CODE

| C/M#: | |
|---|---|
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |
| | |

WCS / June
Requested By                                         Signing Director

_____
Approved By

Return to: _____          When Needed: _____
                or
Mail to: Susan Constantin          _____

**P's Appx.  125**

INVOICE # 3744

# CONSTANTIN & ASSOCIATES
### Certified Court Reporters
P. O. BOX 170597
ARLINGTON, TX 76003-0597
PHONE:         817-919-0167
FACSIMILE:    817-483-9446

**DATE:**   November 29, 2012

**TO:**   MR. W. CRAIG STOKLEY         **RE:**   No. 3:12-CV-00611-G
Riney Palter, PLLC                          Eagle Suspensions, Inc.
5949 Sherry Lane, Suite 1616                vs.
Dallas, Texas 75225                         Hellmann Worldwide Logistics, Inc.

For the oral deposition (including rough draft) of:

**11/15/12    JOHN MCCONNELL**                      **$640.30**

**Thank you for your business!**

**Susan M. Constantin**

---

# RETURN THIS PORTION WITH PAYMENT

### DUE DATE:    UPON RECEIPT
### AMOUNT  DUE:    $640.30

### MAIL TO:    CONSTANTIN & ASSOCIATES
### Certified Court Reporters
P. O. BOX 170597
ARLINGTON, TX 76003-0597

**INVOICE # 3744**

# RINEY PALTER PLLC
## CHECK REQUEST

| To: U.S. Legal Support | Date: 12-4-12 |
| | Voucher: |
| | Amount: $ 747.65 |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGL01-01 | INVOICE NUMBER: 91369988 |

DESCRIPTION:

Everett Zeller Depositions (3) on 11/14/12

ENTERED – TIME MATTERS          GENERAL LEDGER CODE

| C/M#: | |
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |
| | |

WCS / June
Requested By                              Signing Director

_____
Approved By

Return to:_____     When Needed:_____

Mail to: U S or Legal Support         _____

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001  Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91369988 | 11/29/2012 | 134568 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 3:12-CV-611-G | |
| **Case Name** | | |
| Eagle Suspensions, Inc. v. Hellmann Worldwide Logistics, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX  75225-8009

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Everett Zeller | 263.23 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Everett Zeller-Eagle Suspensions | 232.29 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Everett Zeller-Dallas Spring | 252.13 |

| | |
|---|---|
| TOTAL DUE >>> | **$747.65** |
| AFTER 1/13/2013 PAY | $822.42 |

Thank you. We appreciate your business. Please call us @ 214-741-6001 X 4341 if you have any billing questions.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                      Phone: 214-461-1200   Fax:214-461-1210

*Please detach bottom portion and return with payment.*

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX  75225-8009

Job No.     : 134568        BU ID      : 2-DAL
Case No.    : 3:12-CV-611-G
Case Name : Eagle Suspensions, Inc. v. Hellmann Worldwide
              Logistics, Inc.

Invoice No. : 91369988       Invoice Date : 11/29/2012

**Total Due : $ 747.65**
AFTER 1/13/2013 PAY $822.42

| **PAYMENT WITH CREDIT CARD** | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support**
          **Texas Records & Reporting**
          **P.O. Box 952172**
          **Dallas, TX  75395-2172**

P's Appx.  128

# RINEY PALTER PLLC
## CHECK REQUEST

| To: US Legal Support | Date: 11-20-12 |
|---|---|
| | Voucher: |
| | Amount: $ ~~853200~~ 503.21 |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGL 01-01 | INVOICE NUMBER: 9136285 |
|---|---|

DESCRIPTION:

2 Depositions of Shirley Robinson on 11/7/12

ENTERED – TIME MATTERS

| C/M#: | |
|---|---|
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

GENERAL LEDGER CODE

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |

WCS / June
_____
Requested By

_____
Signing Director

_____
Approved By

Return to:_____

When Needed:_____

Mail to: US Legal Support
                or

_____

**P's Appx. 129**

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001   Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91369285 | 11/14/2012 | 134534 |
| **Job Date** | **Case No.** | |
| 11/7/2012 | 3:12-CV-611-G | |
| **Case Name** | | |
| Eagle Suspensions, Inc. v. Hellmann Worldwide Logistics, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX 75225-8009

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Shirley Robinson (Dallas Spring Corp.)      236.08
1 CERTIFIED COPY OF TRANSCRIPT OF:      . . . .
  Shirley Robinson*Fact Witness      267.13

**TOTAL DUE >>>**     **$503.21**
AFTER 12/29/2012 PAY     $553.53

Thank you. We appreciate your business. Please call us @ 214-741-6001 X 4341 if you have any billing questions.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

---

Tax ID: 76-0523238      Phone: 214-461-1200   Fax:214-461-1210

*Please detach bottom portion and return with payment.*

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
*Suite 1616*
Dallas, TX 75225-8009

Job No.    : 134534     BU ID    : 2-DAL
Case No.    : 3:12-CV-611-G
Case Name    : Eagle Suspensions, Inc. v. Hellmann Worldwide
               Logistics, Inc.

Invoice No.   : 91369285     Invoice Date  :11/14/2012
**Total Due   : $ 503.21**
AFTER 12/29/2012 PAY $553.53

| PAYMENT WITH CREDIT CARD | AMEX | MASTER | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support**
         **Texas Records & Reporting**
         **P.O. Box 952172**
         **Dallas, TX  75395-2172**

P's Appx.  130

# RINEY PALTER PLLC
### CHECK REQUEST

| To: Word for Word | Date: 8-27-12 |
| | Voucher: |
| | Amount: $ 216.40 |

TRUST ACCOUNT BALANCE_____

| FILE NUMBER: EAGL01-01 | INVOICE NUMBER: |

DESCRIPTION:

8-8-12 Deposition of John Russell

ENTERED – TIME MATTERS

| C/M#: | |
| Amount: | |
| Date: | |
| By: | |
| Conf#: | |

GENERAL LEDGER CODE

| General Ledger Code | Amount |
|---|---|
| | |
| | |
| | |

_Craig Stokley / June_
Requested By

_____
Signing Director

_____
Approved By

Return to:_____
                        or
Mail to: Gail Spurgeon

When Needed:_____

_____

**P's Appx.  131**

## Gail Spurgeon
Word for Word
P.O. Box 181298
Dallas, Texas 75218-8298
Phone: 214.887.6300
Fax: 214.887.6303

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/24/2012 | 3029 |

**BILL TO:**

**RINEY PALTER**
**W. CRAIG STOKELY**
**5949 SHERRY LANE**
**SUITE 1616**
**DALLAS TX  75225**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| **CAUSE NO. 3:12-CV-00611-G**<br>**EAGLE SUSPENSIONS, INC.**<br>**VS.**<br>**HELLMANN WORLDWIDE LOGISTICS, INC.**<br><br>**DEPOSITION OF (copy):**<br>**08/08/2012 JOHN RUSSELL** | 216.40 |

**THANK YOU FOR YOUR BUSINESS!!!**
**INVOICE PAYABLE UPON RECEIPT.**

**TOTAL**   **$216.40**

P's Appx.  132



Xact Data Discovery - Downtown Dallas, T
214-303-0100

**INVOICE**

**Invoice Number:** 30-02093

**Invoice Date:** 2/5/2013

REMIT PAYMENT TO: Xcellence, Inc.
Worksource #163
PO Box 414378
Kansas City, MO  64141

**Customer ID**    30PSSW

**Page:** 1

**Bill
To:** Palter Stokley Sims Wright PLLC
Nathanial L. Martinez
1933 E. Levee Street
Dallas, TX  75207
United States

**Ship
To:** Palter Stokley Sims Wright PLLC
Nathanial L. Martinez
1933 E. Levee Street
Dallas, TX  75207
United States

| Ship Via | | Contact | Nathanial L. Martinez |
|---|---|---|---|
| Ship Agent | | P.O. Number | EAGL01-01 |
| Ship Date | 2/5/2013 | Case No. | EAGL01-01 |
| Due Date | 3/7/2013 | Job No. | DTDA001924 |
| Terms | Net 30 Days | SalesPerson | Joseph Wieczorek |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE7 | B/W Blowbacks | 2,694 | Each Item | .09 | 242.46 |
| SUPP2 | Supplies Binder 3-ring 2" | 1 | Each Item | 10.00 | 10.00 |
| SUPP3 | Supplies Binder 3-ring 3" | 1 | Each Item | 15.00 | 15.00 |
| SUPP3 | Supplies Binder 3-ring 4" | 3 | Each Item | 20.00 | 60.00 |
| SUPP6 | Supplies Index Tabs | 236 | Each Item | .35 | 82.60 |

| Fed. Tax ID#:  43-1685216 | Amount Subject to Sales Tax | Amount Exempt from Sales Tax | Subtotal: | 410.06 |
|---|---|---|---|---|
| | 410.06 | 0.00 | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 33.83 |

**Total:**    443.89

Your signature below, or email approval, is an agreement that the above described work has been authorized and received.  Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt.  Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days.  Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____    Date: _____

**P's Appx.  133**



XACT DATA DISCOVERY
Because you need to know

Xact Data Discovery - Downtown Dallas, T
214-303-0100

**INVOICE**

**Invoice Number:** 30-02015

**Invoice Date:** 1/11/2013

**REMIT PAYMENT TO:** Xcellence, Inc.
Worksource #163
PO Box 414378
Kansas City, MO 64141

**Customer ID** 30PSSW

**Page:** 1

**Bill
To:** Palter Stokley Sims Wright PLLC
Nathanial L. Martinez
2201 Wolf St
Apt. 3205
Dallas, TX 75201
United States

**Ship
To:** Palter Stokley Sims Wright PLLC
Nathanial L. Martinez
2201 Wolf St
Apt. 3205
Dallas, TX 75201
United States

| | | | |
|---|---|---|---|
| **Ship Via** | | **Contact** | Nathanial L. Martinez |
| **Ship Agent** | | **P.O. Number** | Docs from Co Database |
| **Ship Date** | 1/11/2013 | **Case No.** | |
| **Due Date** | 2/10/2013 | **Job No.** | DTDA001852 |
| **Terms** | Net 30 Days | **SalesPerson** | Joseph Wieczorek |

| Item/Description | | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|---|
| IMAGE8 | B/W Blowbacks w/ slip sheets | 2,272 | Each Item | .08 | 181.76 |

Fed. Tax ID#: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 181.76 | 0.00 | Subtotal: | 181.76 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 15.00 |
| | | Total: | 196.76 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____     Date: _____

**P's Appx. 134**



## ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

BILL TO:
PALTER STOKLEY SIMS WRIGHT
ATTN: JOHN PALTER
1933 LEVEE
2712 AMHERST
DALLAS, TX 75225

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 414776 | 02/02/13 | $ 892.69 |
| 2144789280 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | |
| ACCOUNT NUMBER | | AMOUNT ENCLOSED |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 031-0281 K BURKHART EAGLE | **TO:** U S DISTRICT COURT - DALLAS  1100 COMMERCE ST, RM 1452 DALLAS, TX 75242 **FROM:** PALTER STOKLEY SIMS WRIGHT  1933 LEVEE DALLAS, TX 75207 STANDARD DAYTIME DELIVERY = $ 22.47 | T ALLEN 11:26 AM 01/31/13 | $ 22.47 |
| 028-0369 A GAMINO EAGLE/HELLMA | **TO:** JUDGE JOE FISH  1100 COMMERCE DALLAS, TX 75242 **FROM:** PALTER STOKLEY SIMS WRIGHT  1933 LEVEE DALLAS, TX 75207 STANDARD DAYTIME DELIVERY = $ 22.47 | J ROGERS 1:45 PM 01/28/13 | $ 22.47 |
| 031-0205 A GAMINO EAGLE/HELLMA | PROCESS SERVING: DAVID KANG HAS BEEN SUCCESSFULLY SERVED. **AT:** 1200 MINTERS CHAPEL RD, STE 300 GRAPEVINE, TX 76051 BY SERVER JOE CLEWIS THREE HOUR SERVING = $ 169.50 • WITNESS FEE = $ 65.00 • ADVANCE FEE = $ 14.75 | D KANG 10:54 AM 01/31/13 | $ 249.25 |
| 025-0651 A GAMINO EAGLE/HELLMA | PROCESS SERVING: JOHN MCCONNELL **AT:** 1454 HAMPTON RD GRAPEVINE, TX 76051 BY SERVER JOE CLEWIS THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00 ADVANCE FEE = $ 14.75 | J MCCONNELL 8:59 AM 01/28/13 | $ 299.25 |
| 025-0650 A GAMINO EAGLE/HILLMA | PROCESS SERVING: JOHN RUSSELL HAS BEEN SUCCESSFULLY SERVED. **AT:** 801 HANOVER DRIVE, STE 250 GRAPEVINE, TX 76051 BY SERVER JOE CLEWIS THREE HOUR SERVING = $ 169.50 • OUT OF COUNTY = $ 50.00 • WITNESS FEE = $ 65.00 ADVANCE FEE = $ 14.75 | J RUSSELL 8:41 AM 01/30/13 | $ 299.25 |

✓ Client QB

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 414776 | 892.69 | 1,191.93 | | | |

**Thank you!  We Appreciate Your Business.  For Questions Regarding this Invoice, please Call
Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 024-0221 K BURKHART EAGLE | TO:    PALTER STOKLEY SIMS WRIGHT  1933 LEVEE DALLAS, TX 75207<br>FROM:  RINEY PALTER  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 24.74 | K BURKHART 10:52 AM 01/24/13 | $ 24.74 |
| 022-0597 D LATOUR KJS | FROM:  RINEY PALTER  5949 SHERRY, STE 1616 DALLAS, TX 75225<br>TO:    PALTER STOKLEY SIMS WRIGHT  1933 LEVEE DALLAS, TX 75207<br>STANDARD EVENING DELIVERY = $ 30.93 | D LATOUR 4:10 PM 01/22/13 | $ 30.93 |
| 021-0133 K BURKHART GIORDANO | FROM:  PALTER STOKLEY - TEMP ADDRESS  1933 LEVEE DALLAS, TX 75207<br>TO:    236TH DISTRICT COURT  401 W BELKNAP, 7TH FL FT WORTH, TX 76102<br>STANDARD DAYTIME DELIVERY = $ 61.06 | S BYRD 8:05 AM 01/22/13 | $ 61.06 |

| PAGE. | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 414181 | 116.73 | 299.24 | | | |

**Thank you!  We Appreciate Your Business.  For Questions Regarding this Invoice, please Call**
**Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091



*We deliver peace of mind*

| *INVOICE* | |
| --- | --- |
| Total Due | $2.49 |
| Invoice No. | RPX1-877 |
| Acct. No. | RPX1 |
| Period Ending | 9/30/2012 |
| Page | 1 |
| Amount Paid | |

Riney Palter
John T Palter
5949 Sherry Lane
1616
Dallas, TX 75225

**Remit Payments with this stub to:**
P.O. Box 59972
Dallas, TX 75229
214-351-5777

| | | Current Charges | $28.37 |
| --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | 0 |
| under 30 | 31-60 | over 60 | Fin. Chg. |
| | | Total Due | $28.37 |

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9/24/12 | 370.092412 June | Riney Palter PLLC 5949 Sherry Lane 1616 Dallas, TX 75225 Pcs:0 Wt:0.00 | Federal Building 1100 Commerce Dallas, TX 75201 A Aguillar 12:55 | $12.15 4 Hour Car or Any | Tot Surcharges: Fuel Surcharg | $0.97 [0.97] | $13.12 |
| 9/27/12 | 501.092712 June | Riney Palter PLLC 5949 Sherry Lane 1616 Dallas, TX 75225 Pcs:0 Wt:0.00 | Federal Building 1100 Commerce 1404 Dallas, TX 75201 ELENOR P 12:45 | $14.12 3 Hour Car or Any | Tot Surcharges: Fuel Surcharg | $1.13 [1.13] | $15.25 |

*EAGL01.01*

Invoice is payable upon receipt

**P's Appx.  137**



**ORIGINAL INVOICE**

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

RINEY PALTER P L L C
ACCOUNTS PAYABLE
5949 SHERRY LN, STE 1616
DALLAS, TX 75225

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 403551 | 09/08/12 | $ 384.61 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|
| 2144611200 | | |

▼  Detach at Perforation And Return This Top Portion With Your Payment  ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 248-0223 A GAMINO BARG0101 | TO:   SPECIAL DELIVERY PROCESS DEPT  5470 L B J FRWY, STE 100 DALLAS, TX 75240<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 11.04 | T C 11:43 AM 09/04/12 | $ 11.04 |
| 248-0143 J PHIPPS EAGL01-01 | TO:   JUDGE FISH  1100 COMMERCE, RM 1404 DALLAS, TX 75242<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 21.42 | E PIEVONI 9:45 AM 09/04/12 | $ 21.42 |
| 248-0124 S YOUNG GTSL04-05 | TO:   HILL COUNTY COURT  1 COURTHOUSE SQUARE HILLSBORO, TX 76645<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>OUT OF METROPLEX = $ 256.45 • ADVANCE FEE = $ 5.60 • COPY EXPENSE = $ 4.00 | CLERK 4:40 PM 09/04/12 | $ 266.05 |
| 250-0411 J PHIPPS MACK01-01 | TO:   JOHN NORRIS  3811 TURTLE CREEK, STE 400 DALLAS, TX 75219<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 21.42 | A WYTHINGTON 3:15 PM 09/06/12 | $ 21.42 |
| 251-0470 S YOUNG MILC01-02 | TO:   TARRANT COUNTY DISTRICT CLERK  401 W BELKNAP ST. FT WORTH, TX 76196<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 64.68 | Y GARZA 3:06 PM 09/07/12 | $ 64.68 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 403551 | 384.61 | 895.10 | | | |

**Thank you!  We Appreciate Your Business.  For Questions Regarding this Invoice, please Call**
**Bill McNutt at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

P's Appx. 138



**COURIER • WAREHOUSING • LOGISTICS**

**\*INVOICE\***

| | |
|---|---|
| Invoice Amount | $33.06 |
| Invoice No. | 18085-2092 |
| Account No. | 18085 |
| Period Ending | 3/4/2012 |
| Page | 1 |
| Unapplied-Credits | $0.00 |

**Remit Payments with this stub to:**
10610 Newkirk St.
Suite 206
Dallas, TX 75220
214-373-1999

Riney Palter, PLLC
Accounts Payable
5949 Sherry Ln
Ste 1616
Dallas, TX 75225-6532

----------cut and return with payment----------------------------------------

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | | Total |
|---|---|---|---|---|---|---|---|
| 2/29/12 | 115.022912 Alex Eagle / Hellman | Riney Palter, PLLC 5949 Sherry Ln Ste 1616 Dallas, TX 75225-6532 Pcs:1 Wt:0.00 | Northern District of Texas 1100 Commerce St Dallas, TX 75242-1001 m taylor | $11.00 4 Hour Deliv- Car | Tot Surcharges: Fuel Surcharge | $2.53 [2.53] | $13.53 |
| 3/1/12 | 63.030112 stephanie Personal | Dallas police dept 1400 S Lamar St Dallas, TX 75215-1801 Pcs:0 Wt:0.00 | Riney Palter, PLLC 5949 Sherry Ln Ste 1616 Dallas, TX 75225-6532 CANDA | $11.00 4 Hour Deliv- Car | REIMBURSMENT: REPORT FEE: Tot Surcharges: Fuel Surcharge | $6.00 $0.00 $2.53 [2.53] | $19.53 |

| | | | |
|---|---|---|---|
| | | Current Charges | $33.06 |
| $185.00 | $0.00 | $0.00 | 0 |
| under 30 | 31-60 | over 60 | Fin. Chg. |
| | | Account Balance | $218.06 |

Terms: 30 Days



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

RINEY PALTER P L L C
ACCOUNTS PAYABLE
5949 SHERRY LN, STE 1616
DALLAS, TX 75225



| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 382889 | 12/17/11 | $ 814.01 |
| 2144611200 | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT. | AMOUNT ENCLOSED |
| ACCOUNT NUMBER | | |

▼ Detach at Perforation And Return This Top Portion With Your Payment ▼

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 334-0392 J PHIPPS EAGL01-01 | FROM: SPECIAL DELIVERY PROCESS DEPT 5470 L B J FRWY DALLAS, TX 75240 TO: HOUSTON PROCESS OFFICE HOUSTON, TX 77098 | DELIVERED 7:57 AM 12/01/11 | $ 49.00 |
| 350-0573 A GAMINO FIRM -ESTATE | FROM: PROBATE COURT 3 509 MAIN ST, STE 209 DALLAS, TX 75202 TO: RINEY PALTER P L L C 5949 SHERRY LN, STE 1616 DALLAS, TX 75225 STANDARD DAYTIME DELIVERY = $ 21.90 • ADVANCE FEE = $ 53.00 • COPY EXPENSE = $ 320.00 | J CREWSE 5:00 PM 12/16/11 | $ 394.90 |
| 347-0161 S YOUNG STEF01-03 | FROM: CITATIONS DESK - COUNTY 600 COMMERCE, 1ST FL DALLAS, TX 75202 TO: SPECIAL DELIVERY PROCESS DEPT 5470 L B J FRWY, STE 100 DALLAS, TX 75240 STANDARD DAYTIME DELIVERY = $ 13.57 | TOM 10:22 AM 12/13/11 | $ 13.57 |
| 347-0255 S YOUNG STEF01-03 | PROCESS SERVING: BRADLEY D POWELL IS NOT AT THIS ADDRESS. AT: 6505 BANDERA AVE, APT 2D DALLAS, TX 75225 BY SERVER ADIL TADLI STANDARD SERVING = $ 96.52 | S T T F SERVICE 11:15 AM 12/14/11 | $ 96.52 |
| 347-0257 S YOUNG STEF01-03 | PROCESS SERVING: MELINDA L POWELL IS NOT AT THIS ADDRESS. AT: 6505 BANDERA AVE, APT 2D DALLAS, TX 75225 BY SERVER ADIL TADLI ADDITIONAL PAPER = $ 45.00 | S T T F SERVICE 11:30 AM 12/14/11 | $ 45.00 |
| 348-0386 S YOUNG STEF01-03 | PROCESS SERVING: BRADLEY D POWELL - 2 HAS BEEN SUCCESSFULLY SERVED. AT: 4911 CRANDBROOK DR. E. COLLEYVILLE, TX 76034 BY SERVER ADAM BRIDGEWATER STANDARD SERVING = $ 96.52 • OUT OF COUNTY = $ 20.00 | B D POWELL 6:10 PM 12/15/11 | $ 116.52 |
| 348-0388 S YOUNG STEF01-03 | PROCESS SERVING: MELINDA L. POWELL - 2 HAS BEEN SUCCESSFULLY SERVED. AT: 4911 CRANDBROOK DR. E. COLLEYVILLE, TX 76034 BY SERVER ADAM BRIDGEWATER ADDITIONAL PAPER = $ 45.00 | M L POWELL 6:10 PM 12/15/11 | $ 45.00 |
| 350-0276 S CANADA THEL0101 | TO: DALLAS DISTRICT CLERK 600 COMMERCE DALLAS, TX 75202 FROM: RINEY PALTER P L L C 5949 SHERRY LN, STE 1616 DALLAS, TX 75225 STANDARD DAYTIME DELIVERY = $ 21.90 • WAITING TIME (20 MIN) = $ 9.70 | S ANDERENY 11:35 AM 12/16/11 | $ 31.60 |
| 350-0279 S CANADA THEL0101 | FROM: DALLAS DISTRICT CLERK 600 COMMERCE DALLAS, TX 75202 TO: RINEY PALTER P L L C 5949 SHERRY LN, STE 1616 DALLAS, TX 75225 STANDARD DAYTIME DELIVERY = $ 21.90 | A MACKAY 1:05 PM 12/16/11 | $ 21.90 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 382889 | 814.01 | 814.01 | | | |

**Thank you! We Appreciate Your Business. For Questions Regarding this Invoice, please Call Bill at (214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com - TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

**P's Appx. 140**



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3200 • Fax (214) 866-3201

**RINEY PALTER P L L C**
**ACCOUNTS PAYABLE**
**5949 SHERRY LN, STE 1616**
**DALLAS, TX  75225**

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 381789 | 12/03/11 | $ 57.68 |

| ACCOUNT NUMBER | THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT. | AMOUNT ENCLOSED |
|---|---|---|
| 2144611200 | | |

▽  Detach at Perforation And Return This Top Portion With Your Payment  ▽

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME | TOTAL AMOUNT |
|---|---|---|---|
| 334-0243 J PHIPPS EAGL01-01 | TO:   SPECIAL DELIVERY PROCESS DEPT  5470 L B J FRWY DALLAS, TX 75240<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 10.94 | M ESQUIVEL 10:45 AM 11/30/11 | $ 10.94 |
| 333-0303 D LATOUR MADI01-01 | TO:   WHITEHALL REAL ESTATE  903 N BOWSER,  STE 170 RICHARDSON, TX 75081<br>FROM:  RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 23.37 | R GREENBERG 1:55 PM 11/29/11 | $ 23.37 |
| 333-0305 D LATOUR MADI01-01 | FROM:  WHITEHALL REAL ESTATE  903 N BOWSER,  STE 170 RICHARDSON, TX 75081<br>TO:   RINEY PALTER P L L C  5949 SHERRY LN, STE 1616 DALLAS, TX 75225<br>STANDARD DAYTIME DELIVERY = $ 23.37 | D LATOUR 2:17 PM 11/29/11 | $ 23.37 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 381789 | 57.68 | 57.68 | | | |

**Thank you!  We Appreciate Your Business.  For Questions Regarding this Invoice, please Call Bill at**
**(214) 866-3220 or Send an Email to Bill.McNutt@SpecialDelivery.com  -  TXDPS-PSB License A16470**

SPECIAL DELIVERY SERVICE, INC.  •  5470 L.B.J. FREEWAY  •  DALLAS, TX 75240  •  (214) 866-3200  •  FEDERAL ID NO. 75-2811091

My ProMe    Support    Locations    English ·    Search    Subr

**FedEx**    Ship    Track    Manage    Learn    FedEx Office®

**FedEx Billing Online**

View Cart    Printer-friendly    Logout    Help
0.00

| Account Summary | Search/Download | My Options | Message Center |

**Tracking ID Details**                                                Back

**Tracking ID Summary**                                    Help    Hide

**Billing Information**                          **Messages**

| | | |
|---|---|---|
| Tracking ID no. | <Prev  794594714933 ▼  Next> | Package sent from: 75208 zip code |
| Invoice no. | 4-229-95060 | Distance Based Pricing, Zone 3 |
| Account no. | 3520-7701-7 | Fuel Surcharge  FedEx has applied a fuel surcharge Read More.. |
| Bill date | 01/24/2013 | |
| Total Billed | $19.45 | |
| Tracking ID Balance due | $0.00 | |
| Status | Paid CC | |

View Invoice History
View signature proof of delivery

**Transaction Details**                                    Help    Hide

**Sender Information**                          **Recipient Information**

John Palter                                    Thomas R. Nork
5949 Sherry Lane - Suite1616                   LEGGE FARROW KIMMITT McGRATH
DALLAS TX 75225                                5151 San Felipe
US                                             HOUSTON TX 77056
                                               US

**Shipment Details**                           **Charges**

| | | | |
|---|---|---|---|
| Ship date | 01/24/2013 | Transportation Charge | 21.05 |
| Payment type | Shipper | Fuel Surcharge | 1.77 |
| Service type | FedEx Standard Overnight | Weekday Delivery | 0.00 |
| Zone | 03 | Automation Bonus Discount | -3.37 |
| Package type | FedEx Envelope | Total charges | $19.45 |
| Weight | 0.00 lbs | | |
| Pieces | 1 | | |
| Meter No. | 104680064 | | |
| Declared value | $0.00 | | |

**Original Reference**

| | |
|---|---|
| Customer reference no. | Eagle |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 01/25/201309:02 |
| Service area code | A1 |
| Signed by | B.BBALOWSKY |

View signature proof of delivery

Notify user    Dispute

Back

**FedEx.**                                        Search  Subr

Customer Focus            Featured Services         Companies           Follow FedEx        United States · English
New Customer Center       FedEx SameDay            FedEx Express
Small Business Center     FedEx Home Delivery      FedEx Ground
Service Guide             Healthcare Solutions     FedEx Office
Customer Support          Online Retail Solutions  FedEx Freight
My FedEx Office Rewards   Packaging Services       FedEx Custom Critical
                          Ancillary Clearance Services   FedEx Trade Networks
Company Information                                FedEx SupplyChain
About FedEx               Other Resources
Careers                   Compatible Solutions Program
Investor Relations        Developer Resource Center
                          FedEx Ship Manager Software
                          FedEx Mobile

My Profile     Support     Locations     🌐 English ·     Search   Sub|

**FedEx**.    Ship    Track    Manage    Learn    FedEx Office®

**FedEx Billing Online**

View Cart   🖨 Printer-friendly   🔒 Logout   (?)   | Help |
0.00

| Account Summary | Search/Download | My Options | Message Center |

## Tracking ID Details

Back

### Tracking ID Summary

⤢ Help   ⊟ Hide

| Billing Information | | Messages |
|---|---|---|

**Billing Information**

| | |
|---|---|
| Tracking ID no. | <Prev  794594784150 ▼  Next> |
| Invoice no. | 4-229-95060 |
| Account no. | 3520-7791-7 |
| Bill date | 01/24/2013 |
| Total Billed | $16.26 |
| Tracking ID Balance due | $0.00 |
| Status | Paid CC |

**Messages**

Package sent from: 75208 zip code
Distance Based Pricing, Zone 2
Fuel Surcharge   FedEx has applied a fuel surcharge Read More...

View Invoice History
View signature proof of delivery

### Transaction Details

⤢ Help   ⊟ Hide

**Sender Information**

John Patter
5949 Sherry Lane - Suite1616
DALLAS TX 75225
US

**Shipment Details**

| | |
|---|---|
| Ship date | 01/24/2013 |
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 02 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 104680064 |
| Declared value | $0.00 |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | EAGLOI.0\ |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 01/25/201312:30 |
| Service area code | A1 |
| Signed by | L.HUTCHINS |

View signature proof of delivery

**Recipient Information**

Stevel L. Russell/Michael C. W
Russell & Wright, PLLC
15770 Dallas Parkway
DALLAS TX 75248
US

**Charges**

| | |
|---|---|
| Transportation Charge | 17.60 |
| Fuel Surcharge | 1.48 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -2.82 |
| **Total charges** | **$16.26** |

Notify user        Dispute

Back

**FedEx**.

Search  Sub|

| Customer Focus | Featured Services | Companies | Follow FedEx | 🌐 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx SameDay | FedEx Express | | |
| Small Business Center | FedEx Home Delivery | FedEx Ground | | |
| Service Guide | Healthcare Solutions | FedEx Office | | |
| Customer Support | Online Retail Solutions | FedEx Freight | | |
| My FedEx Office Rewards | Packaging Services | FedEx Custom Critical | | |
| | Ancillary Clearance Services | FedEx Trade Networks | | |
| Company Information | | FedEx SupplyChain | | |
| About FedEx | Other Resources | | | |
| Careers | Compatible Solutions Program | | | |
| Investor Relations | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |



FedEx Billing Online

FedEx     Ship     Track     Manage     Learn     FedEx Office®

Support   Locations   English
Search fedex.com          Sign

**FedEx Billing Online**

View Cart   Printer-friendly   Logout   ?   Help
0.00

| Account Summary | Search/Download | My Options | Message Center |

Tracking ID Details                                                          Back

**Tracking ID Summary**                                         Help    Hide

| Billing Information | | Messages |
|---|---|---|
| Tracking ID no. | ‹Prev 793165195683 ▾ Next › | Distance Based Pricing, Zone 3 |
| Invoice no. | 4-021-53349 | Fuel Surcharge - FedEx has applied a fuel surcharge Read More |
| Account no. | 3356-9350-6 | |
| Bill date | 01/27/2012 | |
| Total Billed | $16.51 | |
| Status | Paid CC | |

View Tracking ID History
View signature proof of delivery

**Transaction Details**                                        Help    Hide

| Sender Information | | Recipient Information | |
|---|---|---|---|
| Craig Stakley | | Thomas R. Nork, Esq | |
| Riney Palter, PLLC | | Phelps Dunbar, LLP | |
| 5949 Sherry Ln | | 700 LOUISIANA ST STE 2600 | |
| DALLAS TX 75225 | | HOUSTON TX 77002 | |
| US | | US | |

| Shipment Details | | Charges | |
|---|---|---|---|
| Ship date | 01/27/2012 | Transportation Charge | 19.75 |
| Payment type | Shipper | Fuel Surcharge | 1.90 |
| Service type | FedEx Standard Overnight | Weekday Delivery | 0.00 |
| Zone | 03 | Discount | -4.15 |
| Package type | FedEx Envelope | Automation Bonus Discount | -0.99 |
| Pieces | 1 | Total charges | $16.51 |
| Weight | 0.0 lbs | | |
| Rated method | 000 | | |
| Meter No. | 9393892 | | |
| Declared value | $0.00 | | |

| Original Reference | |
|---|---|
| Customer reference no. | EAGL01-01 |
| Department no. | |
| RMA no. | |
| Reference #2 | |
| Reference #3 | |

| Proof of Delivery | |
|---|---|
| Delivery date | 01/30/2012 10:23 |
| Service area code | A1 |
| Signed by | M CORDOVA |

View signature proof of delivery

Back

FedEx.

Search fedex.com     Sign

P's Appx.  145



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

## Office of the Secretary of State
### Packing Slip

December 5, 2011
Page 1 of 1

Attn: Riney Palter PLLC
Riney Palter PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX 75225

Batch Number: **39932964**
Client ID: **141908821**
Client Reference: **EAGL01-01**

Batch Date: **12-05-2011**
Return Method: **Email**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 399329640002 | **Find by Registered Agent** | **Hellmann Worldwide Logistics, Inc.** | | $1.00 |
| 399329640003 | **Find** | **hellmann worldwide logistics, inc.** | | $1.00 |

| | | | **Total Fees:** | $2.00 |
|---|---|---|---|---|

| | **Total Amount Charged to Client Account:** | $2.00 |
|---|---|---|

(Applies to documents or orders where Client Account is the payment method)

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received. Any amount credited to Client Account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days. Acknowledgement of Filing Document(s) (if present) is attached.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ http://www.sos.state.tx.us/*
Phone: (512) 463-5555          FAX: (512) 463-5709          Dial: 7-1-1 for Relay Services

**P's Appx. 146**

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

## Office of the Secretary of State
### Packing Slip

November 2, 2011
Page 1 of 1

Attn: Riney Palter PLLC
Riney Palter PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX 75225

Batch Number: **39510350**          Batch Date: **11-02-2011**

Client ID: **141908821**            Return Method: **Email**

Client Reference: **EAGL01-01**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 395103500002 | **Find by Registered Agent** | **Hellman Worldwide Logistics, Inc.** | | $1.00 |
| 395103500003 | **Find by Registered Agent** | **Hellmann Worldwide Logistics, Inc.** | | $1.00 |

**Total Fees:**          $2.00

**Total Amount Charged to Client Account:**          $2.00
(Applies to documents or orders where Client Account is the payment method)

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received. Any amount credited to Client Account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days. Acknowledgement of Filing Document(s) (if present) is attached.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: (512) 463-5555          FAX: (512) 463-5709          Dial: 7-1-1 for Relay Services

**P's Appx.  147**



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

## Office of the Secretary of State
### Packing Slip

October 12, 2011
Page 1 of 1

Attn: Riney Palter PLLC
Riney Palter PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX 75225

Batch Number: **39248362**          Batch Date: **10-12-2011**

Client ID: **141908821**              Return Method: **Email**

Client Reference: **Eagle Suspension / Hellmann Worl**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 392483620002 | Find | **Eagle Suspensions, Inc** | | **$1.00** |
| 392483620003 | Find | **Hellmann Worldwide Logistics** | | **$1.00** |
| | | **Total Fees:** | | **$2.00** |

**Total Amount Charged to Client Account:**      **$2.00**
(Applies to documents or orders where Client Account is the payment method)

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received. Any amount credited to Client Account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days. Acknowledgement of Filing Document(s) (if present) is attached.

User ID: WEBSUBSCRIBER

Eagle 01.01  —  Craig Stokley

Parking  4 days @ $ 8.00/day  = $ 32.00

February 8th, 2013 ⎫
March 18th, 2013 ⎬ Trial
March 19th, 2013 ⎭
March 20th, 2013

**PALTER STOKLEY SIMS WRIGHT PLLC**          **OPERATING ACCOUNT**                    2015

Alex Gamino                                                              2/27/2013
Date          Type  Reference                    Original Amt.    Balance Due        Discount          Payment
2/8/2013      Bill  EAGL01-01 Parking                    5.00            5.00                              5.00
                                                                                  Check Amount           5.00

Comerica - OPERATI    EAGL01-01 Parking                                                                   5.00



51N311/39287

**P's Appx.  150**

**Riney, Palter PLLC**
**Everett Zeller**

12/15/2012
Page No.: 2

| 11/14/2012 | Court Reporter - U.S. Legal Support Inv.#91369988<br>Deposition of Everett Zeller, Everett Zeller-Eagle Suspension,<br>& Everett Zeller-Dallas Spring | 1.00 | $747.65 |
|---|---|---|---|
| 11/15/2012 | Court Reporter - Constantin & Associates Inv.#3744<br>Deposition of John McConnell | 1.00 | $640.30 |
| 11/16/2012 | Texas Pictorial - Conference Room Rental on 11/16/12<br>Laredo, TX | 1.00 | $150.00 |
| 11/20/2012 | Travel Expense to Laredo, TX for John McConnell Deposition<br>Airfare $489.60, Hotel $198.36, Internet $10.77, Meals<br>$24.76 | 1.00 | $723.49 |
| 12/10/2012 | Court Reporter - Alfonso DeLeon - Deposition of Jose<br>Martinez on 11/16/12 | 1.00 | $1,294.00 |

|  | Total Expenses | $3,555.44 |
|---|---|---|
| Total New Charges | | $5,160.44 |
| Previous Balance | | $15,789.01 |
| Total Payments and Credits | | $-15,789.01 |
| Balance Due | | $5,160.44 |

**P's Appx.  151**

Riney, Palter PLLC
Everett Zeller

11/15/2012
Page No.:  3

| | | | | | |
|---|---|---|---|---|---|
| 11/14/2012 | NLM | Pursue exhibits for Deposition of Jose Martinez. Confer with Craig Stokley regarding same. Pursue strategy with Craig Stokley and Everett Zeller regarding case status and future action. Draft deposition outline. | 4.00 | $225.00 | $900.00 |
| 11/14/2012 | WCS | Defend Everett Zeller's deposition. Defend Corporate Representative of Dallas Spring's deposition.  Defend Corporate Representative of Eagle Suspensions deposition.  Multiple meetings regarding same.  Prepare for John McConnell's deposition. | 10.00 | $250.00 | $2,500.00 |
| 11/15/2012 | NLM | Confer with Craig Stokley regarding deposition of John McConnell.  Pursue strategy with Craig Stokley regarding deposition of Jose Martinez. Prepare exhibits for deposition of Jose Martinez. Revise deposition outline regarding same. | 8.00 | $225.00 | $1,800.00 |
| 11/15/2012 | WCS | Prepare for and take deposition of John McConnell.  Confer regarding same in preparation for Joe Martinez's deposition. | 4.00 | $250.00 | $1,000.00 |

|  |  |
|---|---|
| Fee Subtotal | $17,307.50 |
| Adjustments to Fees | $-2,075.00 |
| Total Fees | $15,232.50 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/30/2012 | EAGL01-01 Travel expenses on 10/30 | 1.00 | $26.65 |
| 11/06/2012 | EAGL01-01 Travel expenses on 11/06 | 1.00 | $26.65 |
| 11/14/2012 | Court Reporter - U.S. Legal Support Inv.#91369285 Depositions of Shirley Robinson | 1.00 | $503.21 |
| | Total Expenses | | $556.51 |

| | |
|---|---|
| Total New Charges | $15,789.01 |
| Previous Balance | $8,551.46 |
| Total Payments and Credits | $-8,551.46 |

**P's Appx.  152**

**Riney, Palter PLLC**
**Everett Zeller**

1/15/2012
Page No.:  2

|  |  | Total Fees | $3,250.00 |
|---|---|---|---|

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/06/2012 | EAGL01-01 Travel Expense to Fort Worth for Hearing 75 miles & $3.00 parking | 1.00 | $44.63 |

|  |  | Total Expenses | $44.63 |
|---|---|---|---|

Total New Charges — $3,294.63

Previous Balance — $0.00

Total Payments and Credits — $-629.56

Balance Due — $2,665.07

Previous Balance of IOLTA Account — $629.56
1/15/2012  Apply Funds to AR — $-629.56
New Balance of IOLTA Account — $0.00

P's Appx.  153



# OfficeMax®

OfficeMax #415
SUITE 501
N. ARLINGTON, TX  76011
(817) 860-7052

AM

| | |
|---|---|
| Legal Tablet | $5.29 E |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491029739 | $10.99 E |
| OMX Dur VW 3" Binder Black | |
| 011491055257 | $19.99 E |
| Econ VW 1" Binder 12/Pk Wh | |
| 031570370928 | $29.99 E |
| Mls Mobile Mse 3500 Flame | |
| 044855068590 | $39.99 |
| MS20 Wireless Desktop Com | |
| 049000040869 | $1.79 |
| Coca Cola Zero 20oz | |

| | |
|---|---|
| Subtotal | $288.92 |
| Tax 8.000% | $23.12 |
| TOTAL | $312.04 |
| | |
| VISA | $312.04 |
| Card number: | XXXXXXXXXXXXX9834 |
| Authorization | 025867 |

**Eagle Suspensions Inc.**

| | VENDOR NO. | CHECK DATE | | CHECK NO. |
|---|---|---|---|---|
| | MIS000 | 08/28/12 | | 11580 |

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 08/24/12 | 8242012 | 1,250.00 | 0 | 1250.00 | |

Eagle Suspensions' Portion
$1250.00

RE: Eagle Suspensions, Inc. V.
Hellman worldwide Logistics
Inc.
Cause No. : 3:12-CV-0611-G

PRINTED IN U.S.A.

HERF BUSINESS FORMS • DENTON, TEXAS USA • 940-484-4147

WL85186LH

**TOTALS**                                           1,250.00

---

ON THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**11580**

**Eagle Suspensions Inc.**
1605 Lakeway Drive • Lewisville, TX 75057
(972) 219-8484 • (972) 219-3994 fax

| CHECK NUMBER | DATE | Comerica | 32-75 |
|---|---|---|---|
| 11580 | 08/28/12 | Comerica Bank - Texas Dallas, Texas | 1110 |

PAY EXACTLY  One thousand two hundred fifty & 00/100 ————

AMOUNT
1250.00

PAY TO THE ORDER OF

Abrams Mediation & Arbitration Inc.
Texas, Southern & Central US, & East coast
4901 Lyndon B Johnson Freeway, Ste 150
Dallas, TX 75244-6179

Eagle Suspensions Inc.

*Shirley Robinson*
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

**P's Appx.  155**

*Alfonso De Leon*
Certified Shorthand and Stenomask Reporter
606 Idylwood Lane
Laredo, Texas  78045
(956) 722-5677 Fax (956) 724-1696
ponchodeleon@sbcglobal.net
· · · · · · · · · · · · · · · · · · · · · · · · · · · ·

December 3, 2012

RINEY & PALTER
Mr. Nathanial Martinez
Attorney at Law
5954 Sherry Lane, Suite 1616
Dallas, Texas  75225

Deposition of Jose D. Martinez (Original and copy)............................................$1,294.00

CAUSE NO. 3:12-CV-611-G, EAGLE SUSPENSIONS, INC. VERSUS HELMANN WORLDWIDE
LOGISTICS, INC.

**P's Appx.  156**

**INVOICE # 3744**

# CONSTANTIN & ASSOCIATES
## Certified Court Reporters
P. O. BOX 170597
ARLINGTON, TX 76003-0597
PHONE:          817-919-0167
FACSIMILE:     817-483-9446

**DATE:**     November 29, 2012

**TO:**     MR. W. CRAIG STOKLEY          **RE:**     No. 3:12-CV-00611-G
Riney Palter, PLLC                              Eagle Suspensions, Inc.
5949 Sherry Lane, Suite 1616                    vs.
Dallas, Texas 75225                             Hellmann Worldwide Logistics, Inc.

For the oral deposition (including rough draft) of:

**11/15/12     JOHN MCCONNELL                        $640.30**

**Thank you for your business!**

**Susan M. Constantin**

# RETURN THIS PORTION WITH PAYMENT

**DUE DATE:    UPON RECEIPT**
**AMOUNT  DUE:     $640.30**

**MAIL TO:     CONSTANTIN & ASSOCIATES**
**Certified Court Reporters**
**P. O. BOX 170597**
**ARLINGTON, TX 76003-0597**

**INVOICE # 3744**

P's Appx   157

**Gail Spurgeon**
Word for Word
P.O. Box 181298
Dallas, Texas 75218-8298
Phone: 214.887.6300
Fax: 214.887.6303

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/24/2012 | 3029 |

**BILL TO:**

RINEY PALTER
W. CRAIG STOKELY
5949 SHERRY LANE
SUITE 1616
DALLAS TX  75225

| DESCRIPTION | AMOUNT |
|-------------|--------|

CAUSE NO. 3:12-CV-00611-G
EAGLE SUSPENSIONS, INC.
VS.
HELLMANN WORLDWIDE LOGISTICS, INC.

DEPOSITION OF (copy):
08/08/2012 JOHN RUSSELL                                    216.40

THANK YOU FOR YOUR BUSINESS!!!
INVOICE PAYABLE UPON RECEIPT.

**TOTAL**          $216.40

P's Appx.  158



**2611 East Elm Street**
**Laredo, Texas   78043**
724-7441 <> E-mail: depopro@stx.rr.com

# INVOICE

| | |
|---|---|
| Invoice Number: | 1373 |
| Invoice Date: | Oct 24, 2012 |
| Page: | 1 |

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX  75225-8009

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX  75225-8009

| Customer ID | Texas Pictorial Employer ID No. | Payment Terms | |
|---|---|---|---|
| MARTNAT-01 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| GONZGEO-01 | US Mail | | 11/23/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | PROSVC-CIT | Process Service for Citations: Joes Martinez, 3:12-CV-611-G | 65.00 | 65.00 |
| 1.00 | PROSVC-WITFEE | Witness Fee | 40.00 | 40.00 |
| 20.60 | TRICHG | Round trip mileage charge. | 0.55 | 11.33 |
| 1.00 | POST-01 | Postage and Handling | 0.45 | 0.45 |

| | |
|---|---|
| Subtotal | 116.78 |
| Sales Tax | 4.27 |
| Total Invoice Amount | 121.05 |
| Payment/Credit Applied | |
| **TOTAL** | **121.05** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

TP Form 0001 Invoice II



# INVOICE

**2611 East Elm Street**
**Laredo, Texas   78043**
724-7441 <> E-mail: depopro@stx.rr.com

| | |
|---|---|
| Invoice Number: | 1397 |
| Invoice Date: | Nov 16, 2012 |
| Page: | 1 |

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX  75225-8009

Nathanial Martinez
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX  75225-8009

| Customer ID | Texas Pictorial Employer ID No. | Payment Terms |
|---|---|---|
| MARTNAT-01 | 74-1894767 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| GONZGEO-01 | US Mail | | 12/16/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | RENCONFD | Conference Room Rental/Food & Drink: Eagle Suspensions, Inc. VS Hellman Worldwide Logistics; Depo of Joe Martinez; 11-16-12 | 150.00 | 150.00 |

| | |
|---|---|
| Subtotal | 150.00 |
| Sales Tax | |
| Total Invoice Amount | 150.00 |
| Payment/Credit Applied | |
| **TOTAL** | **150.00** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

TP Form 0001 Invoice II

P's Appx.  160

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

George L. Gonzalez

Business name/disregarded entity name, if different from above

dba Texas Pictorial

Check appropriate box for federal tax classification:

[✓] Individual/sole proprietor  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ............

[ ] Other (see instructions) ▶

[ ] Exempt payee

Address (number, street, and apt. or suite no.)

2611 E. Elm Street

City, state, and ZIP code

Laredo, TX 78043

Requester's name and address (optional)

List account number(s) here (optional)

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | – | | | – | | | | |

Employer identification number

| 7 | 4 | – | 1 | 8 | 9 | 4 | 7 | 6 | 7 |

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶ *George L. Gonzalez*

Date ▶ 11 –15 –2012

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of Form**

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

P's Appx.  161

# STATEMENT

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100  Fax:713-653-7143

| Account No. | Date |
|---|---|
| C44019 | 12/3/2012 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $747.65 | $0.00 | $0.00 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | **$747.65** |

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX  75225-8009

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/29/2012 | 91369988 | 747.65 | 11/14/2012 | Everett Zeller-Dallas Spring | Eagle Suspensions, Inc. v. Hellmann Worldwide Logistics, Inc. |

Tax ID: 76-0523238

Phone: 214-461-1200   Fax:214-461-1210

*Please detach bottom portion and return with payment.*

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX  75225-8009

Account No.  :  C44019
Date         :  12/3/2012

**Total Due**   :  **$ 747.65**

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001  Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91369988 | 11/29/2012 | 134568 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 3:12-CV-611-G | |
| **Case Name** | | |
| Eagle Suspensions, Inc. v. Hellmann Worldwide Logistics, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX  75225-8009

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Everett Zeller | 263.23 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Everett Zeller-Eagle Suspensions | 232.29 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Everett Zeller-Dallas Spring | 252.13 |

| TOTAL DUE  >>> | **$747.65** |
|---|---|
| AFTER 1/13/2013  PAY | $822.42 |

Thank you. We appreciate your business. Please call us @ 214-741-6001 X 4341 if you have any billing questions.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 214-461-1200   Fax:214-461-1210

*Please detach bottom portion and return with payment.*

Craig Stokley
Riney Palter, PLLC
5949 Sherry Lane
Suite 1616
Dallas, TX  75225-8009

Job No.      : 134568        BU ID      :2-DAL
Case No.     : 3:12-CV-611-G
Case Name  : Eagle Suspensions, Inc. v. Hellmann Worldwide
                   Logistics, Inc.

Invoice No. : 91369988       Invoice Date :11/29/2012
**Total Due  : $ 747.65**
AFTER 1/13/2013  PAY $822.42

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support**
                 **Texas Records & Reporting**
                 **P.O. Box 952172**
                 **Dallas, TX  75395-2172**

P's Appx.  163

# TAB 2

P's Appx. 164

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EAGLE SUSPENSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action  No. 3:12-CV-00611-G |
| | § | |
| HELLMANN WORLDWIDE | § | JURY |
| LOGISTICS, INC., | § | |
| | § | |
| Defendant. | § | |

---

## DECLARATION OF JOHN T. PALTER

---

1.      My name is John T. Palter. I am over the age of 21, am of sound mind, and suffer from no legal or mental disabilities. I have never been convicted of a felony or a crime involving moral turpitude. I am fully competent to testify on the facts stated herein, which are within my personal knowledge, and are true and correct. I submit this declaration in support of Plaintiff Eagle Suspensions, Inc.'s ("Eagle") Motion for Attorneys' Fees ("Motion").

2.      I am a founding member of the law firm of Palter Stokley Sims Wright, PLLC ("PSSW"), attorneys for Plaintiff Eagle in this matter. Prior to that time, I served as Managing Member of the law firm of Riney Palter, PLLC.

3.      I have been practicing law for more than twenty years. I have a wide range of experience advocating the interests of individual, emerging growth, and institutional clients in complex commercial, employment and intellectual property disputes. I have served as lead and local counsel in numerous jury and bench trials and arbitrations in cases involving securities, accounting, intellectual property, copyright and trademark infringement, trade secrets, non-compete agreements, employment, insurance coverage, oil and gas, dissenter's rights, deceptive

DECLARATION OF JOHN T. PALTER – PAGE 1

P's Appx.  165

trade practices, quasi-torts, and pre- and post-judgment collections.

  4. I graduated from Drake University School of Law in 1985 and I am admitted to practice in the State of Texas, State of New Mexico, United States Supreme Court, United States Court of Appeals for the Fifth Circuit and Federal Circuit, as well as the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

  5. In preparation of the statements and opinions set forth in this Declaration, I have reviewed Eagle's Motion for Attorneys' Fees and Costs and the declaration of W. Craig Stokley and Exhibit "B" attached thereto including the related fee statements and cost records.

  6. In connection with my opinions set forth in this declaration, I have considered the following factors:

    a. the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service properly;

    b. the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer;

    c. the fee customarily charged in the locality for similar legal services;

    d. the amount involved and the results obtained;

    e. the time limitations imposed by the client or by the circumstances;

    f. the nature and length of the professional relationship with the client;

    g. the experience, reputation, and ability of the lawyer or lawyers performing the services; and

    h. whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

  7. I am familiar with hourly rates charged in Dallas County for business litigation

matters in both state and federal court, including matters similar to this case. I am familiar with the hourly rates of first year associates up to senior partners at various law firms, as well as legal assistants, including those in Dallas County. The hourly rates for attorneys at PSSW and Riney Palter, PLLC range from $375-$395 for members, $175-$250 for associates and $175 for paralegal. It is my opinion that the hourly rates charged by PSSW and Riney Palter, PLLC to Eagle in this matter are reasonable in this Dallas, Texas Area.

8.    I understand that Plantiff's attorneys worked approximately 1090.8 hours, and that paralegals worked approximately 154.6 hours in connection with the successful prosecution of this case through Final Judgment. This legal work including the (i) investigation of the factual and legal basis for the claims, including anticipated defenses; (ii) preparation of demand letters in an attempt to resolve the matter without filing of a lawsuit;  (iii) researching, drafting and filing of the original and amended complaints; (iv) preparation and response to written discovery and oral depositions, including document review, disclosures, objections and related work; (v) motion practice including the preparation and filing of a motion for summary judgment prosecution; (vii) responding to defendant's motion for summary judgment; (viii) preparation of the pretrial order  including exhibits and witness lists and disclosures; (ix) preparation for and attendance at the jury trial; and (x) preparation of the final judgment.

9.    Based upon my personal involvement in the prosecution of Eagle's claims against Hellmann, my review of the billing records and expense documentation, and my experience as a trial attorney in Dallas County, it is my opinion that the sum $240,466 is a reasonable, necessary, usual and customary fee in Dallas County for the prosecution of this case through the entry of a final judgment after trial before this court.

I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED on April 24, 2013.


JOHN T. PALTER

# TAB 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EAGLE SUSPENSIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action  No. 3:12-CV-00611-G |
| | § | |
| HELLMANN WORLDWIDE | § | JURY |
| LOGISTICS, INC., | § | |
| | § | |
| Defendant. | § | |

---

## DECLARATION OF NATHANIAL L. MARTINEZ

---

1.      My name is Nathanial L. Martinez.  I am over the age of 21, am of sound mind, and suffer from no legal or mental disabilities.  I have never been convicted of a felony or a crime involving moral turpitude.  I am fully competent to testify on the facts stated herein, which are within my personal knowledge, and are true and correct.  I submit this declaration in support of Plaintiff Eagle Suspensions, Inc.'s ("Eagle") Motion for Attorneys' Fees ("Motion").

2.      I am an associate attorney at the law firm of Palter Stokley Sims Wright, PLLC ("PSSW"), attorneys for Plaintiff Eagle in this matter.

3.      I have been practicing law in Texas since 2010.  Since then, I have gained experience in complex commercial litigation in both state and federal court in areas of general contract and business tort law.  My experience includes pursuing and defending claims for breach of contract, breach of fiduciary duty, fraud, trademark infringement, unfair competition, tortious interference, conspiracy, and misappropriation of trade secrets.  I also have experience in constitutional law, employment discrimination, and trust and estate litigation.

4.      I received my Bachelor of Arts degree in Government from The University of

**DECLARATION OF NATHANIAL L. MARTINEZ – PAGE 1**

Texas at Austin in 2006, with a minor in Philosophy.  I received my law degree from the J. Reuben Clark Law School at Brigham Young University in Provo, Utah, graduating in 2010.  I am admitted to practice in the State of Texas and the United States District courts in the Northern, Southern, Eastern, and Western Districts of Texas.

5.     I have reviewed Eagle's Motion for Attorneys' Fees and Costs, the declaration of W. Craig Stokley (and attached billing statements and accounting records), and the declaration of John T. Palter.  Based upon my involvement in the prosecution of Eagle's claims against Hellmann and my experience as an attorney, I believe the amount of attorneys' fees sought by Eagle are reasonable and necessary in this matter.  Furthermore, I agree with the statements and opinions expressed by Mr. Stokley (including Mr. Stokley's summary of my legal experience) and Mr. Palter in their respective declarations.

6.     I am familiar with hourly rates charged in Dallas County for business litigation matters in both state and federal court, including matters similar to this case.  I am generally familiar with the hourly rates of first year associates up to senior partners at various law firms, as well as legal assistants, including those in Dallas County.  It is my opinion that the hourly rates charged by PSSW and Riney Palter, PLLC to Eagle in this matter are reasonable.

7.     Based upon the foregoing, it is my opinion that the attorneys' fees and costs sought in connection with Eagle's Motion for Attorneys' Fees are usual and customary.  Further, it is my testimony that the attorneys' fees and costs were reasonable and necessary to the successful outcome of this case.

I declare under penalty of perjury that the foregoing is true and correct,

EXECUTED on April 24, 2013.

NATHANIAL L. MARTINEZ

**DECLARATION OF NATHANIAL L. MARTINEZ – PAGE 2**

P's Appx.  171

# TAB 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EAGLE SUSPENSIONS, INC., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action  No. 3:12-CV-00611-G |
| | § | |
| HELLMANN WORLDWIDE | § | JURY |
| LOGISTICS, INC., | § | |
| | § | |
| **Defendant.** | § | |

## DECLARATION OF EVERETT ZELLER

1.      My name is Everett Zeller.  I am over the age of 21, am of sound mind, and suffer from no legal or mental disabilities.  I have never been convicted of a felony offense or a crime involving moral turpitude.  I am fully competent to testify on the facts stated herein, which are within my personal knowledge, and are true and correct.

2.      I am the Vice-President of Eagle Suspensions, Inc. ("Eagle").  Eagle is a spring manufacturer whose main plant is located in Durant, Oklahoma.  Eagle utilizes large industrial presses, among other equipment, to fabricate leaf springs for suspension systems in vehicles such as cars, trucks, and trailers of all sizes.  On behalf of Eagle, I engaged Riney Palter, PLLC ("Riney Palter") to represent Eagle in its claims against Hellmann Worldwide Logistics, Inc. ("Hellmann").   In January 2013, as this case was drawing closer to trial, I requested and authorized the transfer of Eagle's engagement with Riney Palter to Palter Stokley Sims Wright, PLLC ("PSSW").

3.      In this matter I directed the lead attorney on this case, W. Craig Stokley, to send Hellmann a demand letter on Eagle's behalf due to Hellmann's failure to ship two large

**DECLARATION OF EVERETT ZELLER – PAGE 1**

**P's Appx.  173**

industrial presses from Mexico to Durant, Oklahoma.  I also directed Mr. Stokley to engage in pre-suit discovery regarding potential claims against Hellmann, which included taking the deposition of Hellmann's Corporate Representative, David Kang.

4.       When it became clear, based on Mr. Kang's testimony, that the shipment of the presses was lost due to Hellmann's actions and/or inactions, I directed Mr. Stokley to file a lawsuit on behalf of Eagle against Hellmann to recover Eagle's damages and attorneys' fees.

5.       Because Hellmann would not make Eagle whole for its damages and attorneys' fees, on behalf of Eagle, I requested that Mr. Stokley proceed to trial against Hellmann in order to attempt to recover the damages and attorneys' fees suffered by Eagle due to Hellmann's wrongful conduct.

6.       I was present during all three days of trial.  Eagle prevailed at trial.  In addition to the damages that were awarded by the jury, Eagle has incurred and been billed attorneys' fees in this case, which total $240,466 as of April 11, 2013.  Eagle has also incurred and been billed expenses in the amount of $8,491.14 as of April 11, 2013.  Eagle has paid every invoice in its ordinary course of paying invoices as they are received.  The only invoice that has not currently been paid is the one that was received for time billed from April 1 through April 11, 2013.  This invoice, and any others, will be paid in Eagle's ordinary course of business.

7.       I understand that the Court has the authority to award Eagle its reasonable attorneys' fees in this case.  It is my opinion that the hourly rates charged by Riney Palter and PSSW in this case are reasonable, especially given the successful outcome of the case.  It is my opinion that Craig Stokley properly staffed this case.  I am satisfied with the representation provided by PSSW and Riney Palter, PLLC to Eagle in this case.  PSSW did a great job preparing this case for trial and then successfully conducting the trial.  With the exception of the

**DECLARATION OF EVERETT ZELLER – PAGE 2**

most recent invoices, Eagle has paid all outstanding invoices from Riney Palter and PSSW in this matter. It is my opinion that the attorneys' fees charged by PSSW in this case are reasonable and were necessary to the successful prosecution of Eagle's claims in this case.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 24, 2013.

_____
**EVERETT ZELLER**

**DECLARATION OF EVERETT ZELLER – PAGE 3**