UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EAGLE SUSPENSIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0611-G |
| HELLMAN WORLDWIDE LOGISTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, the plaintiff is awarded $230,153.09 for its initial fee request dated April 24, 2013, and additional attorneys' fees in the amount of $127,002.38 for incurred in connection with the appeal and in litigating its fee request after the filing of its initial motion.

SO ORDERED.

January 20, 2015.

_____
A. JOE FISH
**Senior United States District Judge**